# EXHIBIT D

US006836420B1

## (12) United States Patent
### Seshadri et al.

(10) Patent No.: **US 6,836,420 B1**
(45) Date of Patent: **Dec. 28, 2004**

(54) **METHOD AND APPARATUS FOR RESETABLE MEMORY AND DESIGN APPROACH FOR SAME**

(75) Inventors: **Vijay K. Seshadri**, San Jose, CA (US); **Kenneth S. McElvain**, Los Altos, CA (US)

(73) Assignee: **Synplicity, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 265 days.

(21) Appl. No.: **10/091,787**

(22) Filed: **Mar. 4, 2002**

(51) Int. Cl.7 .............................................. **G06F 17/50**
(52) U.S. Cl. .............................. **365/51**; 365/63; 716/18; 716/2; 716/3
(58) Field of Search ...................... 365/51, 63; 716/18, 716/2, 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,831,868 A | * | 11/1998 | Beausang et al. | 716/18 |
|---|---|---|---|---|
| 5,903,466 A | * | 5/1999 | Beausang et al. | 716/18 |
| 6,289,498 B1 | * | 9/2001 | Dupenloup | 716/18 |
| 6,292,931 B1 | * | 9/2001 | Dupenloup | 716/18 |
| 6,295,636 B1 | * | 9/2001 | Dupenloup | 716/18 |
| 6,298,472 B1 | * | 10/2001 | Phillips et al. | 716/18 |
| 6,378,123 B1 | * | 4/2002 | Dupenloup | 716/18 |
| 6,421,818 B1 | * | 7/2002 | Dupenloup et al. | 716/18 |
| 6,463,560 B1 | * | 10/2002 | Bhawmik et al. | 714/733 |
| 6,539,523 B1 | * | 3/2003 | Narain et al. | 716/5 |
| 6,598,209 B1 | * | 7/2003 | Sokolov | 716/4 |
| 6,609,229 B1 | * | 8/2003 | Ly et al. | 716/4 |

FOREIGN PATENT DOCUMENTS

JP 408153126 A * 6/1996 ........... G06F/17/50

* cited by examiner

*Primary Examiner*—Viet Q. Nguyen
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A resetable memory is described that includes a memory without reset capability having a data output coupled to a first input of a first multiplexer. A second input of the first multiplexer has a reset value input. A channel select for the first multiplexer is coupled to a resetable storage cell output that indicates whether a storage cell within the memory without reset capability has been written to after a reset or has not been written to after a reset.

**20 Claims, 10 Drawing Sheets**





FIG. 1



FIG. 2A



FIG. 2B

```verilog
module synReset(data_in, addr, reset, we, clk, data_out);

parameter data_width = 1024;
parameter addr_width = 10;
parameter RAMsize = 8;
parameter reset_value = 8'D0;

input [data_width-1:0] data_in;
input [addr_width-1:0] addr;
input reset, we, clk;
output [data_width-1:0] data_out;

integer i;
reg [data_width-1:0] mem [RAMsize-1:0];
wire [data_width-1:0] data_out;
//synthesis loop_limit 2000
always @(posedge clk)
begin
        if(reset == 1'b1)
        begin
                for (i=0; i < RAMsize ; i=i+1)
                        begin
                                mem[i] = reset_value;
                        end
        end else if(we == 1'b1)
        begin
                        mem[addr] = data_in;
        end
end
assign data_out = mem[addr];
endmodule
```

FIG. 2C



FIG. 3


FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

1

# METHOD AND APPARATUS FOR RESETABLE MEMORY AND DESIGN APPROACH FOR SAME

## FIELD OF THE INVENTION

The field of invention relates generally to electronic circuit design; and more specifically, to a method and apparatus for a resetable memory and a design approach for same.

## BACKGROUND

FIG. **1** shows a memory unit **101**. The memory unit **101** may be viewed as having a plurality of storage cells (or simply, "cells"). Associated with each cell is a unique address that provides access to the location of a particular storage cell. Each storage cell has the capacity to store "n" bits (where n is an integer greater than or equal to one). The n bits may be collectively referred to as a word of data.

Often, a memory unit **101** is written to by: 1) providing a word of data (i.e., "n" bits of data as seen in FIG. **1**) to be written into the memory unit **101** on a data bus (such as input data bus **103** observed in FIG. **1**); 2) providing an address (e.g., on address bus **102**) that defines which storage cell will store the word of data; and 3) presenting a signal to the memory unit that effectively indicates the word of data on the data bus is to be written into the memory unit (such activating the write enable (WE) control line **104** of FIG. **1**). Alternatively, the write could be time based as in a shift register, or it could be a mix of address and time based write.

Often, a memory unit **101** is read from by: 1) providing an address (e.g., on address bus **102**) that defines which cell a word of data will be read from; and 2) presenting a signal to the memory unit that effectively indicates a word of data is to be read from the memory unit (such as activating the read enable (RE) control line **130** of FIG. **1**). The word of data is presented at the data output bus **106**. In embodiments alternative to that observed in FIG. **1**, the data in and data out buses **103**, **106** may be combined to form a bi-directional bus. Also, in various alternate embodiments, one of the enable lines **104**, **130** may be eliminated so that a single line is used to toggle the memory unit between being in a writable state and being in a readable state. Alternatively, it could be time based as in a shift register, or a mix of address and time based read. A commercial example that uses a mix of address and time based read/write is the Xilinx Virtex SRL primitive that is written into like a shift register and is read from like a RAM.

The memory unit **101** of FIG. **1** can be used to implement a number of storage related devices such as a random access memory (RAM), a first-in-first-out (FIFO) queue (e.g., by appropriately controlling the address values of the memory unit **101** such that a FIFO queue is emulated with the memory unit **101**), a content addressable memory (CAM), a shift register, etc. A problem with memory units (as they are offered to designers who wish to employ them in their circuit designs), however, is that they do not have a reset function. A reset function effectively "clears" the memory unit's cell word values to some "reset" value (e.g., a n wide value of "0"); and, often, the integration of circuitry for resetting the cell word values of the memory unit **101** is too expensive and/or complicated to implement. For example, according to one approach, in order to implement a resetable memory, each n wide storage cell is implemented with resetable flip-flops that are individually accessed via complicated multiplexing and control circuitry. Here, the use of resetable flip-flops to implement each n wide storage cell (as well as the complicated multiplexing and control circuitry) can result in a resetable memory unit having noticeably slower performance (and that consumes more silicon surface area) than a memory unit that does not have resetable storage cells.

## SUMMARY OF THE INVENTION

An apparatus is described that includes a memory without reset capability having a data output coupled to a first input of a first multiplexer. A second input of the first multiplexer has a reset value input. A channel select for the first multiplexer is coupled to a resetable storage cell output that indicates whether a storage cell within the memory without reset capability has been written to after a reset or has not been written to after a reset.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a memory unit.

FIG. **2***a* shows an embodiment of a resetable memory that is constructed with a memory unit that does not have a reset function.

FIG. **2***b* shows another embodiment of a resetable memory that is constructed with a memory unit that does not have a reset function.

FIG. **2***c* shows an embodiment of a register transfer level (RTL) description that may be used to describe the resetable memory of FIG. **2***a*.

FIG. **3** shows an embodiment of a methodology that can be executed by the resetable memory of FIG. **2**.

FIG. **4** shows a design methodology that automatically incorporates a resetable memory that is constructed with a memory that does not have a reset function into a semiconductor chip design.

FIG. **5** shows another embodiment of a resetable memory that is constructed with a memory unit that does not have a reset function.

FIG. **6** shows another embodiment of a resetable memory that is constructed with a memory unit that does not have a reset function.

FIG. **7** shows an embodiment of a methodology that may be used to automatically install a resetable memory having a reset value write unit as observed in FIG. **6**.

FIG. **8** shows an embodiment of a computing system.

## DETAILED DESCRIPTION

A resetable memory is described that includes a memory without reset capability having a data output coupled to a first input of a first multiplexer. A second input of the first multiplexer has a reset value input. A channel select for the first multiplexer is coupled to a resetable storage cell output that indicates whether a storage cell within the memory without reset capability has been written to after a reset or has not been written to after a reset. Other methods and apparatus are also described.

### Resetable Memory Unit Embodiment(s)

FIG. **2***a* shows an embodiment of a resetable memory **220** that is constructed with a memory unit **201** that does not have a reset function. The memory unit without reset **201** of FIG. **2***a* can be viewed as corresponding to the memory unit without reset **101** that was originally described in FIG. **1**. The resetable memory **220** of FIG. **2***a* includes both a memory without reset **201** (as described above) as well as a

3

memory unit **205** that includes a reset function (i.e., a memory unit **205** with reset).

In various embodiments, the data width of the memory unit with reset **205** is "smaller" than the data width of the memory unit without reset **201**. That is, in various approaches, the cell word size of the memory unit with reset **205** is less than the cell word size of the memory cell without reset **201**. In a further embodiment, the cell word size of the memory unit with reset **205** is one bit wide (i.e., such that its output line **210** carries only two states "1" or "0").

As elaborated on in more detail below, the smaller memory with reset **205** cost effectively disguises the inability of the larger memory **201** to reset its cells. That is, the cooperative integration of the "smaller" memory with reset **205** and the "larger" memory with reset **201** allows the larger memory without reset **201** to appear (e.g., to downstream circuitry from data output **209**) "as if" it has a reset function; yet, the complexities/costs associated with integrating a reset function into the larger memory without reset **201** are avoided. As a result, an overall resetable memory **220** is constructed from the pair of memories **201**, **205** that has a reset function, yet is less expensive/complex than a memory unit of comparable storage capacity.

The resetable memory unit **220** may be viewed as having a memory unit data output **209** and an actual memory unit data output **206**. The actual memory unit data output **206** corresponds to the memory unit data output **106** described in FIG. **1**. That is, for any read operation, the data word stored in the cell being addressed of the memory unit without reset **201** is observed at the actual memory unit data output **206**.

The memory unit data output **209** is the "effective" memory unit output as observed by the downstream circuitry that may use the data that is read from the resetable memory **220**. A multiplexer **207** is positioned between the memory unit data output **209** and the actual memory unit data output **206**. A first multiplexer **207** input receives the actual memory unit data output **206**. A second multiplexer **207** input receives a reset value **208**.

The multiplexer **207** is configured to present at the memory unit data output **209**: 1) the reset value **208** if the resetable memory unit **220** cell being addressed during a read operation has not been written to since its last "reset"; and 2) the data word read from the memory unit **201** (as provided on the actual memory unit data output **206**) if the resetable memory unit **220** cell being addressed during the read operation has been written to since its last "reset". In this manner, the memory unit output **209** presents data consistent with the operation of a memory unit having the ability to reset the data words that it stores.

That is, after the resetable memory **220** has been "reset", any attempt to read a data word from a particular cell within the memory unit without reset **201** will produce the reset value **208** at the memory unit data output **209**. This functional behavior continues for each cell until a particular cell is written to. After a particular cell is written to, the newly written data is presented at the memory unit data output **209** until the next reset of the resetable memory **220** occurs. The multiplexer **207** and memory unit with reset **205** may be viewed as providing for the emulation of a reset function for the memory unit without reset **201** reset.

In an embodiment where the data output **210** of the memory unit with reset **205** (which feeds the channel select input of multiplexer **207**) is one bit wide, the data output **210** effectively acts a state bit that signifies whether the resetable memory **220** cell being read from has been: 1) not written to since a last resetable memory **220** reset; or 2) has been

4

written to since a last resetable memory **220** reset. Note that in the particular embodiment of FIG. **2**a a "0" is used to signify the former and a "1" is used to signify the later.

The memory unit with reset **205** acts a storage resource that keeps a record, for each cell within the memory unit without reset **201**, as to whether or not the particular cell has been written to after a reset of the resetable memory **220**. The reset input of the memory unit with reset **205** acts as the reset input **219** for the resetable memory **220**. When the reset **219** is active, each cell within the memory unit with reset is cleared (e.g., is given a value of "0"). Noting that the Write Enable **204**, Address **202**, and Read Enable **230** lines of both memory units **201**, **205** are tied together, any attempt to read a particular cell within the memory unit without reset **201** causes a simultaneous read from the memory unit with reset **205** at its corresponding cell.

Thus, if an attempt is made to read a cell after a reset (and before any writing to the cell has occurred), the reset output value of the memory unit with reset **205** (e.g., a "0") will be presented to the multiplexer's **207** channel select input. According to the embodiment of FIG. **2**, a channel select value of "0" causes the reset value **208** to be presented at the resetable memory output **209**. As such, the resetable memory output **209** properly reflects a reset value for a cell that has not been written to after a reset has been applied.

Similarly, any attempt to write to a particular cell within the memory unit without reset **201** causes a simultaneous write into the memory unit with reset **205** at its corresponding cell. Noting that the data input **214** of the memory unit with reset **205** is tied to a "1" in the embodiment of FIG. **2**, the first writing to a particular cell within the memory unit without reset **201** will cause the corresponding cell within the memory unit with reset **205** to have its reset value (of "0") to be written over (with a value of "1").

Thus, subsequently, if an attempt is made to read the same cell before a next a reset occurs, an output value of "1" will be presented from output **210** of the memory unit with reset **205** to the multiplexer's **207** channel select input. According to the embodiment of FIG. **2**, a channel select value of "1" causes the actual memory unit without reset output **206** to be presented at the resetable memory output **209**. As such, the resetable memory output **209** properly reflects the most recently written cell value for those cells that have been written to after a reset has been applied.

In this manner, the circuit of FIG. **2**a emulates the behavior of a memory unit having the storage capacity of memory unit **201** but also having reset capability. For each cell within the memory unit without reset **201**, once the r resetable memory **220** is reset, the reset value **208** should be observed for all subsequent read operations until the cell is written to. After the cell is written to, the value of the most recent written data should be observed until the next reset of the resetable memory **220** occurs.

FIG. **3** shows a methodology that reviews the approaches discussed above. First, a reset is asserted **301**. This causes the reset value **208** to be provided **302** as the effective memory cell output—until the cell has been written to. If the cell has been written to, the actual value of the cell contents as stored within the memory unit without reset **201** are presented **303** as the output.

Before continuing note that the particular embodiment of FIG. **2**a indicates that the same reset value **208** is used for each resetable memory **220** cell. In alternate embodiments, different reset values may be used for various groupings of cells (or individual cells themselves). For example, referring to FIG. **2**b a reset value function circuit **230** may be inserted

between (and coupled to) the reset value 208 input of the multiplexer 207 and the address input 202 of the resetable memory 220. The circuit 230 may be designed to issue different reset values, depending on the particular addressing value that appears on the address input 202.

### Automatic Inference and Implementation Of Memory With Selective Reset

A further utility of the approaches discussed above is the ease at which a memory having reset may be incorporated into a designer's circuit design—even if the underlying semiconductor technology does not easily provide for a memory core having selective reset. For example, semiconductor circuits are typically designed with a particular semiconductor manufacturing process (i.e., a "foundry") in mind. Usually, the foundry supplies models of basic building blocks (e.g., logic gates, memory units, etc.) from which a semiconductor chip design can be constructed.

The resetable memory approach discussed above may be used to effectively provide a designer with a resetable memory, even though the foundry only manufactures traditional memory units without reset (such as the traditional memory unit discussed with respect to FIG. 1); or, offers resetable memories that are too cumbersome to implement as a large memory. For example, in one embodiment, a software design tool may be configured to offer the insertion of a resetable memory (such as that described above in FIG. 2) into a designer's design. If the designer decides to incorporate a resetable memory into his or her design, the resetable memory is automatically "built into" the designers design.

In one embodiment, the use of a resetable memory is automatically inferred from the behavioral level or RTL level description of the designer's design; and, in response, a resetable memory is automatically inserted into the circuit designer's design. A behavioral level or RTL level description is a circuit description that is tailored to be understood by a computer and that describes the circuit in terms of its methodology (e.g., the various processes performed by the circuit and the relationship(s) between them) as opposed to describing the circuit only in terms of its hardware components and the interconnections between them (e.g., gates, registers, signal lines, etc.).

Given that behavioral or RTL level descriptions are written in terms of methodologies to be understood by a computer, they are frequently documented in a form that is similar to a software program or a pseudo code description of the operational flow of the circuit. As an example, FIG. 2c provides an embodiment of an RTL level description that can be used to describe the resetable memory of FIG. 2a. In order to automatically "install" a resetable memory into a circuit designer's design, a software design tool can be configured to automatically infer the use a resetable memory from a behavioral level or RTL level description by identifying from the operational flow of the circuit description that a reset condition is being individually applied to one or more variables (e,g., that is to be implemented in hardware as a data word that resides within some type of storage cell).

Furthermore, in response to the inferred use of a resetable memory, the software tool may be further designed to automatically install (or present the designer with an offer to automatically install) a resetable memory into the designer's circuit. In one embodiment, the resetable memory 220 is incorporated into the designer's circuit at the gate level. Typically, an RTL level description of a circuit is compiled into a gate level netlist that describes the specific digital structures used in the design and the interconnections between them. Thus, upon recognition of a reset condition within the behavioral level or RTL level description of the circuit, the compilation result into its corresponding gate level form is modified by the design tool so as to incorporate the resetable memory.

In a further embodiment, if a memory unit with reset is offered by the applicable foundry, the foundry offering is incorporated into the resetable memory as the memory unit with reset 205. Further still, the design tool may be configured with its own design library that includes a memory with reset 205 that can be configured from a foundry's standard logic offerings. As result, the resetable memory 220 can be constructed even for those foundries that do not offer a memory with reset in their standard offerings. An embodiment of a gate level memory with reset that can be constructed from standard logic is provided in more detail ahead.

FIG. 4 shows a methodology that reviews such a design flow sequence. First, the use of a resetable memory is automatically inferred 401 from the designer's behavioral or RTL level description. The automatic inference can be accomplished, for example, by configuring the design tool to recognize from the operational flow of the circuit that: 1) some type of reset is being applied to the stored data values within the circuit; and 2) the stored data values are being changed to some type of reset value in response. After the use of a resetable memory has been inferred 401, a resetable memory is incorporated into the designer's design (e.g., at the gate level as described just above).

Note therefore that embodiments of the present approach (as well as those discussed further ahead) may be implemented not only within a semiconductor chip but also within machine-readable media. For example, the designs discussed above may be stored upon and/or embedded within machine readable media associated with a design tool used for designing semiconductor devices. Thus, it is also to be understood that embodiments of this invention may be used as or to support a software program executed upon some form of processing core (such as the CPU of a computer) or otherwise implemented or realized upon or within a machine-readable medium. A machine-readable medium includes any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computer). For example, a machine readable medium includes read only memory (ROM); random access memory (RAM); magnetic disk storage media; optical storage media; flash memory devices; electrical, optical, acoustical or other form of propagated signals (e.g., carrier waves, infrared signals, digital signals, etc.); etc.

### Resetable Memory With Gate Level Design For Memory Unit With Reset

FIG. 5 relates to resetable memory design embodiment that can use standard foundry logic to create a memory unit with reset. As such, the design of FIG. 5 can be used even if the underlying foundry does not provide a memory with reset in its standard design library. According to the design embodiment of FIG. 5, a resetable register 511 is used as a storage cell for the memory unit with reset. Here, the register 511 holds the value of a state bit that controls the channel select of the multiplexer 507 for its corresponding cell.

The register 511 also has a reset input 519 used to effectively reset the storage cell. When a reset signal is presented to the register 511, the state bit from the register output is set to a "0". As such, the channel select line 510 of

the multiplexer **507** is positioned to enable the reset value input **508** of the multiplexer **507**. According to the design approach of FIG. **5**, the register **511** output is coupled in a feedback arrangement to an input of a second multiplexer **513**. The other input **514** of the second multiplexer **513** corresponds to a logical value that is opposite that of the register **511** reset value. That is, because the register **511** reset value is "0" in the embodiment of FIG. **2**, a "1" is provided to the input **514** of the second multiplexer **513**.

Note that, after a reset, the feedback input to the second multiplexer **513** will be a "0" because the register **511** reset value is "0". The second multiplexer **513** is configured to transition from the enablement of the feedback input to the enablement of the "1" input **514** when the memory unit cell is first written to after a reset. That is, for as long as the memory unit cell is not written to after a reset (i.e., is either reset again, read from or not used at all), the write enable (WE) line **504** and ADDR_HIT line **517** remain at a logic "0".

As such, during this time period, the value of the channel select line **515** for the second multiplexer **513** is a logic "0". This corresponds to the register **511** being continuously latched with its reset output value of "0". As described above, this further corresponds to the channel select line **510** of the first multiplexer **507** being positioned to enable the reset value input **508** of the multiplexer **507**. In the embodiment of FIG. **5**, the WE line **504** is a logic "1" only if a write operation occurs; and, the ADDR_HIT line **517** is a logic "1" only if the address corresponding to the memory unit without reset **501** cell represented by register **511** appears at the address input **502**.

As such, the output **515** of the AND gate **516** is a logic "1" only if the memory unit without reset **501** cell represented by register **511** is being written to. When this occurs, the "1" input **514** to the second multiplexer **513** is enabled, and a "1" is latched into the register **511**. Thus, due to the feedback input of the second multiplexer, a "1" is continuously latched into the register **511** after the first write operation is performed upon the memory unit cell (after it has been a reset); and, a "0" does not appear at the register **511** output until it is next reset.

This corresponds to the actual memory unit data output **506** being enabled by the first multiplexer **507** after the memory unit cell is first written to (after it has been reset). The actual memory unit data output **506** is then enabled until the memory unit cell is reset again. Before continuing, note that the ADDR_HIT **517** may be provided by a logic circuit (not shown in FIG. **5** for simplicity) that effectively decodes the address input **502** value.

For simplicity only one register **511** is shown in FIG. **5**. However, it should be understood that each of the various inputs of multiplexer **550** may be coupled to its own register and corresponding circuit. That is, for example, the circuitry outlined by region **560** may be repeated at each multiplexer **550** input to provide reset capability for a plurality of cells. Note that the ADDR_HIT input **517** associated with each repeated circuit should register a logical "1" only when the particular memory unit cell that the circuit applies to is accessed.

The third multiplexer **550** collects each register output. During a memory read from a memory unit cell having selective reset capability, the address of the memory unit cell to be read is used as an input to the third multiplexer **550** so that the reset state bit from the appropriate register (i.e., the register that corresponds to the memory unit cell being read from) is delivered to the first multiplexer **507**. As such, the channel select **510b** of the first multiplexer is controlled on a "per cell" basis.

First Alternate Embodiment of Resetable Memory

FIG. **6** shows another resetable memory embodiment **620**. The resetable memory **620** of FIG. **6** includes a memory unit without reset **601** and a reset value write unit **640** and reset input **619** that are coupled to the write enable **604**, address **602** and data input **603** of the memory unit without reset **601**. According to one approach, in response to an active reset being applied at the reset input **619**, the reset value write unit **640** writes a reset value into each cell of the memory unit without reset **601**. Thus, similar to the approaches described above, the memory unit without reset **601** "appears" to circuitry downstream from output **606** "as if" it is resetable.

Because an extended amount of time may be consumed by the reset value write unit **640** in the writing of a reset value into a number of memory unit without reset **601** cells, the resetable memory embodiment **620** of FIG. **6** is most appropriate in those environments where a write operation to the memory unit without reset **601** does not occur for an extended period of time after the reset input **619** is activated. As such the write enable input **604**, the address input **602** and the data input **603** are sufficiently free to accept the input signals provided by the reset value write unit **640** (while reset values are being written into the memory unit without reset **601**) without interruption from sources outside the resetable memory **620**. The reset value write unit **640** may be designed, as just one embodiment, to repeatedly: 1) increment a prior address value so as to form a current address value; and, 2) write a reset value at the current address value.

Here, an appropriate environment for the type of resetable memory **620** observed in FIG. **6** can be determined from an analysis of the number of available clock cycles that may be used to execute a reset. As clock cycles can be inferred from within a behavioral or RTL level environment, the above described analysis can be performed at the behavioral level or RTL level as well. Generally, the more clock cycles that may be consumed in executing a reset, the more likely it is that the approach of FIG. **6** can be successfully implemented.

As such, a design tool may be configured to not only infer the use of a resetable memory from a behavioral or RTL level description, but may also be configured to infer the number available of clock cycles for executing a reset to one or more variables. This may be accomplished, for example, by estimating or calculating the time (e.g., by counting the number of clock cycles) between the moment a reset is issued to a particular variable; and, the earliest moment when the reset variable could be subsequently needed by the operational flow of the circuit

Furthermore, a determination as to the amount of time that is available to implement a reset may be used to drive which particular type of resetable memory (e.g., a resetable memory **220** having a memory unit with reset **205** as observed in FIG. **2**a; or, a resetable memory **620** having a reset value write unit **640** as observed in FIG. **6**) is to be automatically installed by a software design tool. FIG. **7** shows an embodiment of a methodology that describes such an approach in more detail. Here, as in the methodology of FIG. **4**, the existence of a resetable memory is inferred **701** from the operational flow of a behavioral or RTL level circuit description.

Then, the number of available of clock cycles available for implementing a reset are inferred **702**. Here, if the

9

number of clock cycles is small enough so as to be less than a threshold value "X" (which, in turn, corresponds to the amount of time consumed by the reset value write unit **640**) then the use of a resetable memory having a reset value write unit **640** is de-emphasized (because the reset value write unit **640** may need more time to execute the reset than the circuit can wait to use the reset value). As such, a resetable memory having a memory unit with reset and a memory unit without (e.g., as observed in FIG. 2a) is automatically installed **705**. By contrast, if the number of clock cycles is large enough so as to be greater than the threshold value "X" then the use of a resetable memory having a reset value write unit **640** is emphasized (because the reset value write unit **640** has a sufficient amount of time to execute a reset). As such, a resetable memory having a reset value write unit **640** (e.g., as observed in FIG. 6) is automatically installed **704**. Here, often, the approach of FIG. 6 consumes less semiconductor chip surface area than the approach of FIG. 2a; and, as such, in an effort to efficiently consume semiconductor surface area, the methodology of FIG. 7 installs the approach of FIG. 2a only if the approach of FIG. 6 is deemed to be unfeasible.

FIG. 8 shows an embodiment of a computing system **800** that can execute instructions residing on a machine readable medium (noting that other (e.g., more elaborate) computing system embodiments are possible). The instructions may be related to integrated circuit design (e.g., as described in FIGS. 2a through 7). In one embodiment, the machine readable medium may be a fixed medium such as a hard disk drive **802**. In other embodiments, the machine readable medium may be movable such as a CD ROM **803**, a compact disc, a magnetic tape, etc. The instructions (or portions thereof) that are stored on the machine readable medium are loaded into memory (e.g., a Random Access Memory (RAM)) **805**; and, the processing core **806** then executes the instructions. The instructions may also be received through a network interface **807** prior to their being loaded into memory **805**.

In the foregoing specification, the invention has been described with reference to specific exemplary embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from broader spirit and scope of the invention as set forth in the appended claims. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:
1. A method, comprising:
   a) inferring the existence of a resetable memory from a behavioral or RTL level description of a semiconductor circuit; and
   b) incorporating a resetable memory design into a design for said semiconductor circuit.
2. The method of claim **1** wherein said incorporating a resetable memory design into a design for said semiconductor circuit further comprises incorporating a gate level resetable memory description into a gate level description of said semiconductor circuit.
3. The method of claim **1** wherein said resetable memory design comprises a memory without reset capability having a data output coupled to a first input of a first multiplexer, a second input of said first multiplexer having a reset value input, a channel select for said first multiplexer coupled to a resetable storage cell output that indicates whether a storage cell within said memory without reset capability has been written to after a reset or has not been written to after a reset.

10

4. The method of claim **3** wherein said storage cell is a storage cell within a memory unit having reset capability.
5. The method of claim **3** wherein said storage cell is a register.
6. The method of claim **1** wherein said resetable memory design further comprises a memory unit without reset and a rest value write unit that writes a reset value into storage cells of the memory unit without reset after a reset is applied.
7. The method of claim **1** further comprising inferring a number of clock cycles available for a reset between said inferring the existence and said incorporating.
8. The method of claim **7** wherein said incorporating a resetable memory design further comprises incorporating a resetable memory design having a first memory unit without reset capability and a second memory unit with reset capability if said number of clock cycles corresponds to a first amount of time that is less than a second amount of time in which a reset value can be written into a memory unit without reset capability.
9. The method of claim **7** wherein said incorporating a resetable memory design further comprises a resetable memory design having a reset value write circuit coupled to a memory unit without reset capability if said number of clock cycles corresponds to a first amount of time that is greater than a second amount of time in which a reset value can be written into said memory unit without reset capability.
10. The method of claim **1** wherein said inferring the existence of a resetable memory further comprises identifying within an operational flow of said description that a reset is being applied to a variable.
11. A machine readable medium having stored thereon a sequence of instructions which, when executed by a digital processing system, cause said system to perform a method, said method, comprising:
   a) inferring the existence of a resetable memory from a behavioral or RTL level description of a semiconductor circuit; and
   b) incorporating a resetable memory design into a design for said semiconductor circuit.
12. The machine readable medium of claim **11** wherein said incorporating a resetable memory design into a design for said semiconductor circuit further comprises incorporating a gate level resetable memory description into a gate level description of said semiconductor circuit.
13. The machine readable medium of claim **11** wherein said resetable memory design comprises a memory without reset capability having a data output coupled to a first input of a first multiplexer, a second input of said first multiplexer having a reset value input, a channel select for said first multiplexer coupled to a resetable storage cell output that indicates whether a storage cell within said memory without reset capability has been written to after a reset or has not been written to after a reset.
14. The machine readable medium of claim **13** wherein said storage cell is a storage cell within a memory unit having reset capability.
15. The machine readable of claim **13** wherein said storage cell is a register.
16. The machine readable medium of claim **11** wherein said resetable memory design further comprises a memory unit without reset and a reset value write unit that writes a reset value into storage cells of said memory unit without reset after a reset is applied.
17. The method of claim **11** further comprising inferring a number of clock cycles available for a reset between said inferring the existence and said incorporating.

**18**. The method of claim **17** wherein said incorporating a resetable memory design further comprises incorporating a resetable memory design having a first memory unit without reset capability and a second memory unit with reset capability if said number of clock cycles corresponds to a first amount of time that is less than a second amount of time in which a reset value can be written into a memory unit without reset capability.

**19**. The method of claim **17** wherein said incorporating a resetable memory design further comprises a resetable memory design having a reset value write circuit coupled to a memory unit without reset capability if said number of clock cycles corresponds to a first amount of time that is greater than a second amount of time in which a reset value can be written into said memory unit without reset capability.

**20**. The method of claim **11** wherein said inferring the existence of a resetable memory further comprises identifying within an operational flow of said description that a reset is being applied to a variable.

* * * * *