COPY
ORIGINAL FILED
2012 DEC 21 A 9:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
3  GABRIEL S. GROSS (Bar No. 254672)
   ggross@kasowitz.com
4  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
5  UTTAM G. DUBAL (Bar No. 266007)
   udubal@kasowitz.com
6  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
7  Redwood Shores, California 94065
   Tel: (650) 453-5170
8  Fax: (650) 453-5171

9  WILLIAM H. WRIGHT (Bar No. 161580)
   wwright@orrick.com
10 I. NEEL CHATTERJEE (Bar No. 173985)
   nchatterjee@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, California 94025
   Tel: (650) 614-7400
13 Fax: (650) 614-7401

14 Attorneys for Plaintiff SYNOPSYS, INC.

KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 12 6467

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. _____<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 and CIVIL L.R. 3-16** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Synopsys, Inc. states that it has no parent corporation, and that Ameriprise Financial, Inc. is the only publicly-held corporation that owns 10% or more of Plaintiff Synopsys, Inc.'s stock.

PLAINTIFF'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

3 | Dated: December 21, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Douglas E. Lumish
Jeffrey G. Homrig
Gabriel S. Gross
Joseph H. Lee
Uttam G. Dubal

William H. Wright
I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFF LLP

Attorneys for Plaintiff
SYNOPSYS, INC.