AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Synopsys, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | 12-6467 |
| Mentor Graphics Corporation, | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**   KAW

To: *(Defendant's name and address)*  Mentor Graphics Corporation
8005 SW Boeckman Road
Wilsonville, Oregon 97070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas E. Lumish
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEC 2 1 2012

CLERK OF COURT
Helen L. Almacen

Date: _____

_____
*Signature of Clerk or Deputy Clerk*