1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890
   jhomrig@kasowitz.com
3  GABRIEL S. GROSS (Bar No. 254672)
   ggross@kasowitz.com
4  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
5  UTTAM G. DUBAL (Bar No. 266007)
   udubal@kasowitz.com
6  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
7  Redwood Shores, California 94065
   Tel: (650) 453-5170
8  Fax: (650) 453-5171

9  WILLIAM H. WRIGHT (Bar No. 161580)
   wwright@orrick.com
10 I. NEEL CHATTERJEE (Bar No. 173985)
   nchatterjee@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, California 94025
   Tel:  (650) 614-7400
13 Fax:  (650) 614-7401

14 Attorneys for Plaintiff SYNOPSYS, INC.

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                         OAKLAND DIVISION

19 SYNOPSYS, INC., a Delaware Corporation,    Case No. C 12-06467 KAW

20                                            **DECLINATION TO PROCEED BEFORE
                                              A MAGISTRATE JUDGE**
               Plaintiff,                                   **AND**
21                                            **REQUEST FOR REASSIGNMENT TO A
          v.                                  UNITED STATES DISTRICT JUDGE**
22
23 MENTOR GRAPHICS CORPORATION, an
   Oregon Corporation,
24             Defendant.

25

26      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

27      The undersigned party hereby declines to consent to the assignment of this case to a

28 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

   DECLINATION TO PROCEED BEFORE A MAGISTRATE.              CASE NO. C 12 -06467 KAW
   JUDGE AND REQUEST FOR REASSIGNMENT

1    this case to a United States District Judge.

2

3    Dated: January 4, 2013                      By: */s/ Joseph H. Lee*
                                                 Douglas E. Lumish
4                                                Jeffrey G. Homrig
                                                 Gabriel S. Gross
5                                                Joseph H. Lee
                                                 Uttam G. Dubal
6                                                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

7                                                William H. Wright
                                                 I. Neel Chatterjee
8                                                ORRICK, HERRINGTON & SUTCLIFF LLP

9                                                Attorneys for Plaintiff
                                                 SYNOPSYS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE                              CASE NO. C 12 -06467 KAW.
JUDGE AND REQUEST FOR REASSIGNMENT                    - 2 -