AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Synopsys, Inc., | ) | C 12 6467 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Mentor Graphics Corporation, | ) | KAW |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Mentor Graphics Corporation
    8005 SW Boeckman Road
    Wilsonville, Oregon  97070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Douglas E. Lumish
    Kasowitz, Benson, Torres & Friedman LLP
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, CA 94065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                CLERK OF COURT

                                                Helen L. Almacen

Date: DEC 2 1 2012                                         *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C 12 6467 KAW

## AFFIDAVIT OF SERVICE

SYNOPSYS, INC., A DELAWARE CORPORATION

    Plaintiff/Petitioner,

vs.

MENTOR GRAPHICS CORPORATION, AN OREGON CORPORATION

    Defendant/Respondent.

_____/

Received by **COURT SUPPORT, INC.** to be served upon:

**MENTOR GRAPHICS CORPORATION, AN OREGON CORPORATION**

ss.

I, RYAN LANCASTER, depose and say that:

On 12/21/2012 at 02:05 PM, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; EXHIBITS; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL .LR. 3–16; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE; STANDING ORDER FOR ALL JUDGES; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on **MENTOR GRAPHICS CORPORATION, AN OREGON CORPORATION** at 818 W 7TH STREET, Los Angeles, CA 90017 in the manner indicated below:

By delivering a true copy of this process to **MARGARET WILSON, CT CORP SYSTEMS – AGENT FOR SERVICE** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female – Age: 50 – Skin: White – Hair: Blonde/Brown – Height: 5–6 – Weight: 130**

At the time of service I was over the age of 18, am not a party to the above action, and am a Registered Process Server in good standing, in the judicial district in which this process was served.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

Fee: _____

X _____ 1/2/13
RYAN LANCASTER – 7067
COURT SUPPORT, INC.
181 HILLSIDE AVENUE
WILLISTON PARK, NY 11596
516-742-7455
Atty File#: – Our File# **26652**