United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

SYNOPSYS INC,                                    No. C 12-06467 KAW

        Plaintiff(s),                          NOTICE OF IMPENDING
                                 REASSIGNMENT TO A UNITED
    v.                                               STATES DISTRICT COURT JUDGE

MENTOR GRAPHICS CORP,

        Defendant(s).
_____/

       The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

      [X]  One or more of the parties has requested reassignment to a United States District Judge

or has not consented to the jurisdiction of a United States Magistrate Judge, or

      [] One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

      ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

WESTMORE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE

THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.


Dated:  January 8, 2013

                                   Richard W. Wieking, Clerk
                                   United States District Court

                                   _Susan Imbriani_
                                   By: Susan Imbriani
                                   Deputy Clerk

cc: Intake
C 12-06467 KAW
NOTICE OF IMPENDING REASSIGNMENT