1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SYNOPSYS INC,                              No.  CV 12-06467 KAW

9              Plaintiff,                       **ORDER**

10      v.

11   MENTOR GRAPHICS CORP,

12             Defendant.
     _____/

13

14   GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Maxine M. Chesney** in the

16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials MMC** immediately after the case number. All dates presently scheduled are vacated

18   and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

20   has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

21   the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

22

23                                          FOR THE EXECUTIVE COMMITTEE:

24

25   Dated:  January 8, 2013                    _____
                                                Richard W. Wieking
26   rev 4-12                                   Clerk of Court

27

28

**United States District Court**
For the Northern District of California