1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  MARK E. MILLER (S.B. #130200)
   markmiller@omm.com
3  MICHAEL SAPOZNIKOW (S.B. #242640)
   msapoznikow@omm.com
4  ELIZABETH OFFEN-BROWN (S.B. #279077)
   eoffenbrown@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA 94111
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendant
   MENTOR GRAPHICS CORPORATION
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14

15 SYNOPSYS, INC., a Delaware Corporation     Case No. 3:12-cv-06467-MMC

16                Plaintiff,                  **STIPULATION TO EXTEND THE
                                              TIME FOR DEFENDANT MENTOR
17         v.                                 GRAPHICS CORPORATION TO FILE
                                              RESPONSIVE PLEADING TO
18 MENTOR GRAPHICS CORPORATION, an            SYNOPSYS, INC.'S COMPLAINT FOR
   Oregon Corporation,                        PATENT INFRINGEMENT**
19
                  Defendant.
20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO FILE ANSWER
CASE NO. 3:12-CV-06467-MMC

1     Pursuant to Civil Local Rule 6-1, this Stipulation to Extend the Time for Defendant Mentor Graphics Corporation to File a Responsive Pleading to Synopsys, Inc.'s Complaint for Patent Infringement ("Stipulation") is made by and between Defendant Mentor Graphics Corporation ("Mentor Graphics"), and Plaintiff Synopsys, Inc., ("Synopsys"), in the above-captioned matter for the purpose of allowing additional time for Mentor Graphics to file a responsive pleading to Synopsys' Complaint for Patent Infringement ("Complaint").

    The Complaint was filed and served on December 21, 2012. Mentor Graphics' responsive pleading to the Complaint is currently due January 11, 2012. Synopsys has agreed to extend the time within which Mentor Graphics has to file a responsive pleading to the Complaint up to and including February 11, 2012.

    Counsel do not anticipate that the requested time modification will have any other effect on the schedule for the case.

Dated: January 9, 2013

                                  GEORGE A. RILEY
                                  MARK E. MILLER
                                  MICHAEL SAPOZNIKOW
                                  ELIZABETH OFFEN-BROWN
                                  O'MELVENY & MYERS LLP

                                  By: /s/ *Mark E. Miller*
                                       Mark E. Miller
                                  Attorneys for Defendant
                                  MENTOR GRAPHICS CORPORATION

1 | Dated: January 9, 2013

2
3
4
5
    DOUGLAS E. LUMISH
    JEFFREY G. HOMRIG
    GABRIEL S. GROSS
    JOSEPH H. LEE
    UTTAM G. DUBAL
    KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP

6
7
8
    WILLIAM H. WRIGHT
    I. NEEL CHATTERJEE
    ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10
11
12
    By:  /s/ *Douglas E. Lumish*
         Douglas E. Lumish
    Attorneys for Plaintiff
    SYNOPSYS, INC.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO FILE ANSWER
CASE NO. 3:12-CV-06467-MMC

2

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas E. Lumish.

Dated: January 9, 2013

By: */s/ Mark E. Miller*
Mark E. Miller
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

STIPULATION TO EXTEND TIME TO FILE ANSWER
CASE NO. 3:12-CV-06467-MMC

3