UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>                Plaintiff, <br><br>         v. <br><br> MENTOR GRAPHICS CORPORATION, <br>                Defendant. | CASE NO. 3:12-cv-06467-MMC <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X   Private ADR (*please identify process and provider*). Mediation before JAMS mediator Hon. Edward A. Infante (Ret.) was conducted on January 21, 2013. The parties agree to continue the discussions started with Judge Infante.

_____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X   other requested deadline.   The parties conducted mediation on January 21, 2013.


//

//

//

//

OHSUSA:753314999.1

| | |
|---|---|
| Dated: March 8, 2013 | I. NEEL CHATTERJEE<br>WILLIAM H. WRIGHT<br>VICKIE L. FEEMAN<br>Orrick, Herrington & Sutcliffe, LLP<br><br>DOUGLAS E. LUMISH<br>JEFFREY G. HOMRIG<br>GABRIEL S. GROSS<br>JOSEPH H. LEE<br>Kasowitz, Benson, Torres & Friedman, LLP<br><br>M. PATRICIA THAYER<br>PHILIP W. WOO<br>Sidley Austin LLP<br><br>By: */s/ William H. Wright*_____<br>Attorneys for Plaintiff<br>SYNOPSYS, INC. |
| Dated: March 8, 2013 | GEORGE A. RILEY<br>MARK E. MILLER<br>MICHAEL SAPOZNIKOW<br>ELIZABETH OFFEN-BROWN<br>O'Melveny & Meyers, LLP<br><br>By: */s/ Mark E. Miller*_____<br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

Pursuant to Civil Local Rule 5-1(i)(3), counsel for SYNOPSYS, INC. has obtained the concurrence of MENTOR GRAPHICS counsel in the filing of this Stipulation.

By: /s/ *William H. Wright*_____
William H. Wright
Attorneys for Plaintiff
SYNOPSYS, INC.

[~~PROPOSED~~] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   March 12, 2013

_____
HONORABLE MAXINE M. CHESNEY
United States Senior District Judge

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

OHSUSA:753314999.1