| | |
|---|---|
| David T. Pritikin (Pro Hac Vice)<br>dpritikin@sidley.com<br>SIDLEY AUSTIN LLP<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>M. Patricia Thayer (SBN 90818)<br>pthayer@sidley.com<br>Philip W. Woo (SBN 196459)<br>pwoo@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>William H. Wright (SBN 161580)<br>wwright@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 629-2020<br>Facsimile: (213) 612-2499<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC., a Delaware Corporation | George A. Riley (SBN 118304)<br>griley@omm.com<br>Mark E. Miller (SBN 130200)<br>markmiller@omm.com<br>Luann L. Simmons (SBN 203526)<br>lsimmons@omm.com<br>Michael Sapoznikow (SBN 242640)<br>msapoznikow@omm.com<br>Elizabeth Offen-Brown (SBN 279077)<br>eoffenbrown@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC, a Delaware Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>       Defendant. | Case No. 3:12-cv-06467-MMC<br><br>[~~PROPOSED~~] **ORDER APPOINTING COMMISSIONER AND DIRECTING SUBMISSION OF HAGUE CONVENTION APPLICATION** |

1.    The Court hereby (a) appoints Shelle Higgins of Noisy sur École as a Commissioner and Audrey Shirley of Surrey, England as Alternate Commissioner for collecting evidence located in France pursuant to Article 17 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of March 18, 1970 (the "Hague Convention"), (b) issues the Commission attached to this order, and (c) requests that the French Ministère de la Justice approve the Commission.

2.    The Request for International Judicial Assistance pursuant to the Hague Convention (the "Request") attached to this order is hereby issued at the Court's Request and is incorporated herein.

3.    Plaintiff Synopsys, Inc. shall provide this Order and its attachments, along with French translations, to the French Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commercial international (D3), 13, Place Vendôme, 75042 Paris Cedex 01, France.

4.    Upon approval of the Commission by the French Ministère de la Justice, a party who receives document requests shall provide written responses and objections to the document requests within 30 days, and shall subsequently begin production of documents, for which no objections apply, within 45 days of receipt of the document requests on a rolling basis. For the document requests that have already been served in this case, production of documents, for which no objections apply, shall begin on a rolling basis within 14 days from when the Commission is approved by the French Ministère de la Justice. Privilege logs will be provided pursuant to the March 22, 2013 Joint Case Management Statement and any further scheduling orders.

5.    Should a party move to compel production of documents located in France, and should this Court order the production of documents, this Court's order shall set the scope of the documents to be produced. The Court notes that the parties have agreed that a party in possession, control, or custody of the documents in France shall voluntarily produce the ordered documents through the procedures set forth in the Commission. While the Commission is in effect, the fact that documents are located in France shall not be a valid basis for noncompliance with an order compelling production.

6. A party producing documents pursuant to the Commission shall, if requested from the receiving party, provide an appropriate declaration, based on the producing party's knowledge, regarding the admissibility of the documents, pursuant to Federal Rules of Evidence 803 and 902. For purposes of admissibility, any deposition taken in France shall be treated as if it were taken in the United States.

7. Except as expressly stated in this Order, the production of documents to the Commissioner or Alternate Commissioner pursuant to the Hague Convention, and the terms of the Request shall not constitute or operate as a waiver of any argument, position, allegation or defense of any party in the above-captioned action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, or protections that may apply to that evidence under the law of France, the United States, or California.

SO ORDERED:

Dated this 27 day of June, 2013.

_____
Maxine M. Chesney
Unites States District Judge

| | | |
|---|---|---|
| 1 | David T. Pritikin (Pro Hac Vice)<br>dpritikin@sidley.com | George A. Riley (SBN 118304)<br>griley@omm.com |
| 2 | SIDLEY AUSTIN LLP<br>1 South Dearborn Street | Mark E. Miller (SBN 130200)<br>markmiller@omm.com |
| 3 | Chicago, IL  60603<br>Telephone:  (312) 853-7000 | Luann L. Simmons (SBN 203526)<br>lsimmons@omm.com |
| 4 | Facsimile:   (312) 853-7036 | Michael Sapoznikow (SBN 242640)<br>msapoznikow@omm.com |
| 5 | M. Patricia Thayer (SBN 90818)<br>pthayer@sidley.com | Elizabeth Offen-Brown (SBN 279077)<br>eoffenbrown@omm.com |
| 6 | Philip W. Woo (SBN 196459)<br>pwoo@sidley.com | O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor |
| 7 | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 | San Francisco, CA 94111<br>Telephone: (415) 984-8700 |
| 8 | San Francisco, CA  94104<br>Telephone:  (415) 772-1200 | Facsimile: (415) 984-8701 |
| 9 | Facsimile:   (415) 772-7400 | Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |
| 10 | I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com | |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road | |
| 12 | Menlo Park, CA  94025<br>Telephone:  (650) 614-7400 | |
| 13 | Facsimile:    (650) 614-7401 | |
| 14 | William H. Wright (SBN 161580)<br>wwright@orrick.com | |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 | |
| 16 | Los Angeles, CA  90017<br>Telephone:  (213) 629-2020 | |
| 17 | Facsimile:    (213) 612-2499 | |
| 18 | Attorneys for Plaintiff<br>SYNOPSYS, INC., a Delaware Corporation | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 23 | SYNOPSYS, INC, a Delaware Corporation, ) | Case No. 3:12-cv-06467-MMC |
| 24 | Plaintiff, ) ) | **COMMISSION** |
| 25 | vs. ) ) | |
| 26 | MENTOR GRAPHICS CORPORATION, an )<br>Oregon Corporation, ) | |
| 27 | ) | |
| 28 | Defendant. ) ) | |

1. Pursuant to Article 17 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of March 18, 1970 (the "Hague Convention"), Shelle Higgins of Noisy sur École is appointed as the Commissioner and Audrey Shirley of Surrey, England is appointed as the Alternate Commissioner for collecting evidence located in France in *Synopsys, Inc. v. Mentor Graphics Corporation*, Civil Action No. 3:12-CV-04-06467-MMC, pending the approval of the French Ministère de la Justice and subject to the terms of the Request for International Judicial Assistance issued by the United States District Court for the Northern District of California.

2. The Commissioner and Alternate Commissioner are directed to (i) receive from producing parties documents located in France and to simultaneously transmit the documents to counsel for Synopsys, Inc. and Mentor Graphics Corporation, (ii) attend depositions that occur in France, and (iii) take such other steps required of the Commissioner under the Hague Convention and the reservations of France thereto, including, upon completion of the Commission, informing the French Ministère de la Justice.

3. Costs associated with a deposition under the Commission shall be borne by the party seeking the deposition, including, without limitation, the fees of the commissioner and the translation fees or costs. Each party will be responsible for the fees and expenses, if any, of its own attorneys relating to the Hague Convention proceedings.

4. Depositions of the following individuals may be taken in France: William Addi, Christophe Ballan, Serge Bedikian, Luc Burgun, Francois Douezy, Frederic Dumoulin, Frederic Emirian, Gerard Fenelon, Christine Guinement-Navarre, Gerard Morisset, Gabrielle Pullini, David Robin, Eric Selosse, Fabrice Touzard, Laurent Vuillemin, Jean-Sebastien Weil, and Ziqing Yao.