**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| 1 | "assignment condition" (in claim 1 of the '841 patent, claims 1 and 8 of the '488, and claims 30-32, 35, 36, 39, 40, and 42-45 of the '318 patent) | "the condition under which the hardware description function (e.g., "AL" or "AD") is true for a particular variable (e.g., "Q") in the user description." Intrinsic Evidence[1] Col. 3:16-4:32; Col. 4:56-7:7; Col. 15:64-16:16; Col. 19:30-37. '841 patent, claims 1-8. '488 patent, claims 1-14. '318 patent, claims 1-50. Prosecution History of Parent App. No. 07/632,439, Amendment of 6/28/93 at 10. Extrinsic Evidence Testimony and opinion of Dr. Donald Thomas. | "a condition used by a hardware generator to select a hardware element, by determining the logic OR of all the conditions under which a hardware description function is true for a particular variable" Intrinsic Evidence[2] '841 Patent at 3:38-47, 15:43-51, 16:1-9, 17:63-67, 18:13-16, 18:24-40, 18:57 - 19:2, 19:2-6, 19:18-29, 19:38-48, 20:6-24, 21:32-44. '841 patent, claims 1-8. '488 patent, claims 1-14. '318 patent, claims 1-50. US 5,748,488 File History, Response to Office Action (mailed on August, 20, 1996) at pp. 6-7, Response to Office Action (mailed on March 10, 1997) at pp. 5-9. Extrinsic Evidence U.S. Patent 5,146,583 at Figs. 2, 10-12; 6:20-7:27 |

---

[1] The '841, '318, and '488 patents are related, and the specifications for these patents are essentially the same. Thus, for brevity, Synopsys has primarily provided cites to the disclosure of '488 patent as intrinsic evidence of the specification.

[2] The '841, '318, and '488 patents are related, and the specifications for these patents are essentially the same. Thus, Mentor Graphics has primarily provided cites to the disclosure of the earliest filed of these patents, the '841 patent, as intrinsic evidence.

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
|  |  |  | (6467MENT-0019888, 6467MENT-0019896- 98, 6467MENT-0019903-04).<br><br>Alfred S. Gilman, *VHDL - The Designer Environment*, IEEE Design & Test (1986), at 44-45 (6467MENT-0033916-17).<br><br>Roger Lipsett, et al., *VHDL - The Language*, IEEE Design & Test (1986), at 32-34 (6467MENT-0033924-26).<br><br>Yuichi Kurosawa, et al., *LSI Logic Synthesis Expert System*, Electronics and Communications in Japan, Part 3, Vol 73, No. 8, (1990).<br><br>de Geuss, et al., *Logic synthesis speeds ASIC design,* IEEE Spectrum (1989).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 2 | "asynchronous data function AD( )"<br><br>(in claim 1 of the '841 patent and claims 1 and 9 of the '488 patent)<br><br>"asynchronous data function" | "a hardware description function for data specifying the condition or conditions under which the variable is [asynchronously/ synchronously] assigned a value."<br><br>The terms "asynchronous" and "synchronous" have their plain and ordinary meanings.<br><br>The plain and ordinary meaning of "asynchronous" | "a hardware description function describing the condition or conditions when a variable is [asynchronously/ synchronously] assigned a logic one value"<br><br>The terms "asynchronous" and "synchronous" have their plain and ordinary meanings in the context of the '841, '488, and '318 patents and asserted claims.<br><br>The plain and ordinary meaning of "synchronous" in |

2

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | (in claim 32 of the '318 patent)<br><br>"synchronous data function SD( )"<br><br>(in claims 2 and 8 of the '488 patent)<br><br>"synchronous data function"<br><br>(in claim 36 of the '318 patent) | is "not synchronous."<br><br>The plain and ordinary meaning of "synchronous" is "triggered by a timing signal."<br><br>Intrinsic Evidence<br><br>Col. 3:34-67; Col. 4:13-7:7 ; Col. 15:22-36; Col. 15:64-21:38; Col 21:57-22:21; Col. 61:52-62:12; Fig. 8A.<br><br>'841 patent, claims 1-8.<br>'488 patent, claims 1-14.<br>'318 patent, claims 1-50.<br><br>Extrinsic Evidence<br><br>Testimony and opinion of Dr. Donald Thomas. | the context of the '841, '488, and '318 patents and asserted claims is "occurring on a clock edge."<br><br>The plain and ordinary meaning of "asynchronous" in the context of the '841, '488, and '318 patents and asserted claims is "not occurring on a clock edge."<br><br>Intrinsic Evidence<br><br>'841 Patent at 4:21-25; 4:36-40; 5:9-19; 5:57-60; 6:6-7; 6:25-28; 16:15-26; 16:46-50; 16:63-17:6; 17:63-18:40; 18:57-19:29; 19:38-48; 19:60-65; 20:1-22; 20:48-64; 20:65-21:23; 21:66-22:11; 27:30-40; 27:52-54; 27:63-28:7; 28:32-53; 28:54-29:5; 29:31-45; 31:35-49; 32:20-24; 35:45-53; 38:50-55<br><br>'841 patent, claims 1-8.<br>'488 patent, claims 1-14.<br>'318 patent, claims 1-50.<br><br>Extrinsic Evidence<br><br>Minc, Incorporated, *PLDesigner, A Design Synthesis Tool, Features and Specifications* (1988). (6467MENT-0012340).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| 3 | "asynchronous load function AL( )" (in claim 1 of the '841 patent and claims 1 and 9 of the '488 patent) "asynchronous load function" (in claim 32 of the '318 patent) "synchronous load function SL( )" (in claims 2 and 8 of the '488 patent) "synchronous load function" (in claim 36 of the '318 patent) | "a hardware description function for load specifying the condition or conditions under which the variable is [asynchronously/ synchronously] assigned a value." The terms "asynchronous" and "synchronous" have their plain and ordinary meanings. The plain and ordinary meaning of "asynchronous" is "not synchronous." The plain and ordinary meaning of "synchronous" is "triggered by a timing signal." Intrinsic Evidence Col. 3:34-67; Col. 4:13-7:7; Col. 15:22-36; Col. 15:64-21:38; Col 21:57-22:21; Col. 61:52-62:12; Fig. 8A. '841 patent, claims 1-8. '488 patent, claims 1-14. '318 patent, claims 1-50. Extrinsic Evidence Testimony and opinion of Dr. Donald Thomas. | "a hardware description function describing the condition or conditions when a variable is [asynchronously/ synchronously] assigned a value" The terms "asynchronous" and "synchronous" have their plain and ordinary meanings in the context of the '841, '488, and '318 patents and asserted claims. The plain and ordinary meaning of "synchronous" in the context of the '841, '488, and '318 patents and asserted claims is "occurring on a clock edge." The plain and ordinary meaning of "asynchronous" in the context of the '841, '488, and '318 patents and asserted claims is "not occurring on a clock edge." Intrinsic Evidence '841 Patent at 4:21-25; 4:36-47; 5:9-19; 5:57-60; 6:6-7; 6:25-28; 16:15-26; 16:46-50; 16:63-17:6; 17:63-18:40; 18:57-19:29; 19:38-48; 19:60-65; 20:1-22; 20:48-64; 20:65-21:23; 21:66-22:11; 27:30-40; 27:52-54; 27:63-28:7; 28:32-53; 28:54-29:5; 29:31-45; 31:35-49; 32:20-24; 35:45-53; 38:50-55. '841 patent, claims 1-8. '488 patent, claims 1-14. '318 patent, claims 1-50. |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
|  |  |  | Extrinsic Evidence<br><br>Minc, Incorporated, *PLDesigner, A Design Synthesis Tool, Features and Specifications* (1988). (6467MENT-0012340).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 5 | "GOTO statement"<br><br>(in claim 1 of the '841 patent) | The preamble of claim 1 is not a limitation on claim scope. While Synopsys has provided a preliminary construction for language appearing in the claim preamble, such construction should not be considered as an assertion or admission that any preamble language is limiting.<br><br>To the extent the preamble is deemed a substantive limitation, the term "GOTO statement" means "a flow control statement that goes to another part of the user description."<br><br>Intrinsic Evidence<br><br>Col. 11:18-39; Col. 12:12:42; Col. 13:11-19; Col. 39:39-58; Fig. 4.<br><br>'841 patent, claims 1-8.<br><br>Extrinsic Evidence | The preamble of claim 1 containing "GOTO statement" is a limitation on the claim scope because it recites essential structure or steps, it is necessary to give life, meaning, and vitality to the claim, it provides an antecedent basis to terms used in the body of the claim, and/or it recites additional subject matter underscored as important by the specification.<br><br>The plain and ordinary meaning of "GOTO statement" is its meaning in programming languages that include that command.<br><br>Intrinsic Evidence<br><br>'841 patent, claims 1-8.<br>'488 patent, claims 1-14.<br>'318 patent, claims 1-50.<br><br>File History for U.S. Patent No. 5,530,841, Notice of Allowance (mailed on December 8, 1995). |

5

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | Testimony and opinion of Dr. Donald Thomas. | File History for U.S. Patent No. 5,691,911, Office Action (mailed on April 23, 1996); Amendment and Remarks (mailed October 28, 1996); Notice of Allowance (mailed on March 18, 1997).<br><br>Extrinsic Evidence<br><br>Alfred V. Aho, et al., *Compilers - Principles, Techniques, and Tools* (1986). (6467MENT-0021969).<br><br>Brian W. Kernighan, et al., *The C Programming Language* (1978) at 204.<br><br>Donald Thomas, et al., *Algorithmic and Register-Transfer Level Synthesis: The System Architect's Workbench* (1990), at 46. (6467MENT-0019280).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 6 | "hardware independent user description of a logic circuit"<br><br>(in claim 1 of the '841 patent and claims 1, 2, 8 and 9 of the '488 patent) | The preambles of claim 1 of the '841 patent and claims 1, 2, 8 and 9 of the '488 patent are not a limitation on claim scope. While Synopsys has provided a preliminary construction for language appearing in the claim preambles, such construction should not be considered as an assertion or admission that any preamble language is limiting.<br><br>To the extent any preamble is deemed a substantive limitation, the term "hardware independent user description of a logic circuit" has its plain and | The preambles of claim 1 of the '841 Patent and claims 1, 2, 8, and 9 of the '488 Patent are a limitation on claim scope because they recite essential structure or steps, they are necessary to give life, meaning, and vitality to the claim, they provide an antecedent basis to terms used in the body of the claim, and/or they recite additional subject matter underscored as important by the specification.<br><br>The term "hardware independent user description of a logic circuit" means "a user description of the desired |

6

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | ordinary meaning, which is "a user description of the desired operation of a logic circuit, independent of the specific hardware for implementing the logic circuit." <br><br> Intrinsic Evidence <br><br> Col. 2:24-3:44; Col. 7:8-18; Col. 9:38-58; Col. 10:41-11:27; Col. 12:23-42; Col. 15:50-55; Col. 18:1-9; Col. 18:42-54; Col. 19:51-59; Col. 20:30-43; Col. 21:58-66; Col. 22:53-64; Col. 23:25-34; Col. 23:60-24:7; Col. 25:26-37; Col. 26:56-65; Col. 27:60-28:7; Col. 28:34-44; Col. 29:34-45; Col. 30:15-28; Col. 31:21-32; Col. 32:5-15; Col. 33:25-34; Col. 34:23-31; Col. 35:1-13; Col. 36:50-58; Col. 37:25-34; Col. 38:5-13; Col. 38:55-65; Col. 39:40-58; Col. 60:41-62:23. <br><br> '841 patent, claims 1-8. <br> '488 patent, claims 1-14. <br><br> Extrinsic Evidence <br><br> Precision Synthesis Style Guide at 13 and 65 (Release 2010a Update 1 Jul 2010). <br><br> Testimony and opinion of Dr. Donald Thomas. | operation of a logic circuit containing only signal levels in a logic network and the conditions under which those signal levels are generated, without describing the structures for implementing the logic circuit" <br><br> Intrinsic Evidence <br><br> '841 Patent at 1:62-2:64, 3:31-37, 7:12-16, 9:28-10:16, 15:24-38, 39:54-40:10, 41:50-52, 60:60- 63, 61:16-25, 62:3-7. <br><br> '841 patent, claims 1-8. <br> '488 patent, claims 1-14. <br> '318 patent, claims 1-50. <br><br> File History for U.S. Application No. 07/632,439, Response to Office Action (mailed on March, 21, 1994); Response to Office Action (mailed November 17, 1994). <br><br> File History for U.S. Patent No. 5,581,781, Office Action (mailed on December 23, 1992); Amendment and Remarks (mailed June 28, 1993); Office Action (mailed on September 21, 1993); Amendment and Remarks (mailed March 24, 1994); Office Action (mailed on June 17, 1994); Amendment and Remarks (mailed November 21, 1994); Office Action (mailed on February 15, 1995); Amendment and Remarks (mailed June 7, 1995); Notice of Allowance (mailed on |

7

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | September 6, 1995).<br><br>File History for U.S. Patent No. 5,748,488, Office Action (mailed on February 20, 1996); Amendment and Remarks (mailed August 23, 1996); Office Action (mailed on November 12, 1996); Amendment and Remarks (mailed March 10, 1997); Notice of Allowance (mailed on March 27, 1996).<br><br>File History for U.S. Patent No. 5,661,661, Office Action (mailed on January 26, 1996); Amendment and Remarks (mailed July 31, 1996); Notice of Allowance (mailed on October 16, 1996).<br><br>Extrinsic Evidence<br><br>IEEE, *IEEE Standard VHDL Language Reference Manual*, IEEE Std. 1076-1987 (1988), at 1-1 (6467MENT-0023726).<br><br>Alfred S. Gilman, *VHDL - The Designer Environment*, IEEE Design & Test (1986), at 44-45 (6467MENT-0033916-17).<br><br>Roger Lipsett, et al., *VHDL - The Language*, IEEE Design & Test (1986), at 32-34 (6467MENT-0033924-26).<br><br>Yuichi Kurosawa, et al., *LSI Logic Synthesis Expert* |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
|  |  |  | *System*, Electronics and Communications in Japan, Part 3, Vol 73, No. 8, (1990). de Geuss, et al., *Logic synthesis speeds ASIC design*, IEEE Spectrum (1989), Donald Thomas, et al., *Algorithmic and Register-Transfer Level Synthesis: The System Architect's Workbench* (1990). (6467MENT-0019249-276). Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 7 | "inferring" (in claims 1, 10, 11 and 20 of the '420 patent) | This term has its plain and ordinary meaning, which is "deducing [e.g., the existence of a resetable memory from a behavioral or RTL level description of a semiconductor circuit]." Intrinsic Evidence Col. 5:7-8; Col. 5:26-32; Col. 5:33-59; Col. 6:19-51; Col. 8:44-48; Col. 9:23-38; Figs. 2C, 4, 7 and 8. '420 patent, claims 1-20; *see also* Prosecution History of the '420 patent. Extrinsic Evidence *Merriam-Webster's Collegiate Dictionary* (10th Ed. 1998) at 597. | "recognizing that a portion of a circuit design corresponds to a specific hardware structure or class of structures" Intrinsic Evidence '420 Patent at Fig. 2C; 3:50-4:35; 5:11-18; 5:32-6:6; 6:19-31; 6:55-7:42 '420 patent, claims 1-20 Extrinsic Evidence LaNae Avra & Edward J. McCluskey, *Behavioral Synthesis of Testable Systems with VHDL* (1990), at 410 (6467MENT-0001068). Pran Kurup et al., *Logic Synthesis Using Synopsys* |

9

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | Testimony and opinion of Dr. Donald Thomas. | (1995), at 4-18 (6467MENT-0008737-51).<br><br>Actel HDL Coding Style Guide (1997), at 5-52 (6467MENT-0000021-68).<br><br>Michael John Sebastian Smith, *Application-Specific Integrated Circuits* (1997), at 572 (6467MENT-0015747).<br><br>Exemplar Logic, *HDL Synthesis Guide*, Release 4.2 (1998), at 3- 29 to 3-35, 9-3, 10-3 to 10-7 (6467MENT-0023246-52, 6467MENT-0023588, 6467MENT-0023596-600).<br><br>Synplicity Application Note, *RAM Inferencing with Synplify* (1999), at 1-5 (6467MENT-0018083-87).<br><br>Actel HDL Coding Style Guide (2000), at 5-52 (6467MENT-0000145-192).<br><br>Cadence, HDL *Modeling for Ambit BuildGates Synthesis*, Product Version 4.0.8 (2001), at 24-26, 54-56 (6467MENT0002367-69, 6467MENT-0002397-99).<br><br>John Knight, Lecture Notes (2001), at 10 (6467MENT-0008359).<br><br>Synopsys, *VHDL Simulation Coding and Modeling* |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | *Style Guide*, Version 2002.12 (2002), at A-1 to A-8 (6467MENT-0018021-28). <br><br> Synplicity, *RAM Inferencing in Synplify Software Using Xilinx RAMs* (2002), at 1-5 (6467MENT-0019170-74). <br><br> Synplicity, *Inferring RAM in Synplify*, at 1-2 (6467MENT- 0018890-91). <br><br> Xilinx, Synthesis Technology (XST) User Guide, v3.1i, at 2-2, 2-12 to 2-79 (6467MENT-0021621, 6467MENT-0021631-98). <br><br> Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 8 | "level sensitive latch" (in claim 1 of the '841 patent) | "flow through latch." <br><br> Intrinsic Evidence <br><br> '841 patent, claims 1-8. <br><br> Prosecution History of the '841 patent, Amendment of 3/13/1996 at 1. <br><br> Extrinsic Evidence <br><br> Testimony and opinion of Dr. Donald Thomas. | "a storage element that either outputs a constant value or allows its output to change, depending on the level of a control signal received by the storage element, where the control signal is not a clock" <br><br> Intrinsic Evidence <br><br> '841 Patent at 5:9-39; 24:56-25:9; 25:33-47; 26:15-28. <br><br> '841 patent, claim 1 <br><br> Extrinsic Evidence <br><br> Edward J. McCluskey, *Logic Design Principles with Emphasis on Testable Semicustom Circuits* (1986). |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | (6467MENT-0010554). Minc, Incorporated, *PLDesigner, A Design Synthesis Tool, Features and Specifications* (1988). (6467MENT-0012340). Jim Strauss, *Synthesis From Register-Transfer Level VHDL, IEEE* (1989). (6467MENT-0016313). Robert Alverson, et al., *Thor User's Manual: Tutorial and Commands* (1988). (6467MENT-0025195). Actel HDL Coding Style Guide (1997). (6467MENT-0000001). Cadence, *HDL Modeling for Ambit BuildGates Synthesis*, Product Version 4.0.8 (2001). (6467MENT-0002344). Synopsys, *FPGA Compiler II / FPGA Express Verilog HDL Reference Manual, Version 1999.05* (1999). (6467MENT-0016567). Synopsys, *HDL Compiler for Verilog Reference Manual, Version 2000.05* (2000). (6467MENT-0017182). Synopsys, *CoCentric SystemC Compiler RTL User and Modeling Guide, Version 2001.08* (2001). (6467MENT-0017617). |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | Synopsys, *Describing Synthesizable RTL in SystemC, Version 1.0* (2001). (6467MENT-0017839).<br><br>Synopsys, *FPGA Compiler II User Guide, Version 2001.08-FC3.6.1* (2001). (6467MENT-0021246).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 9 | "operational characteristics of said logic network"<br><br>(in claim 25 of the '318 patent | This term has its plain and ordinary meaning, which is "a user description of the desired operation of the logic network, independent of the specific hardware for implementing the logic network."<br><br>Intrinsic Evidence<br><br>Col. 2:24-3:44; Col. 7:8-18; Col. 9:38-58; Col. 10:41-11:27; Col. 12:23-42; Col. 15:50-55; Col. 18:1-9; Col. 18:42-54; Col. 19:51-59; Col. 20:30-43; Col. 21:58-66; Col. 22:53-64; Col. 23:25-34; Col. 23:60-24:7; Col. 25:26-37; Col. 26:56-65; Col. 27:60-28:7; Col. 28:34-44; Col. 29:34-45; Col. 30:15-28; Col. 31:21-32; Col. 32:5-15; Col. 33:25-34; Col. 34:23-31; Col. 35:1-13; Col. 36:50-58; Col. 37:25-34; Col. 38:5-13; Col. 38:55-65; Col. 39:40-58; Col. 60:41-62:23. '318 patent, claims 1-50.<br><br>Extrinsic Evidence | "a user description of the desired operation of a logic circuit containing only signal levels in a logic network and the conditions under which those signal levels are generated, without describing the structures for implementing the logic circuit"<br><br>Intrinsic Evidence<br><br>'841 Patent at 1:62-2:64, 3:31-37, 7:12-16, 9:28-10:16, 15:24-38, 39:54-40:10, 41:50-52, 60:60-63, 61:16-25, 62:3-7.<br><br>'841 patent, claims 1-8.<br>'488 patent, claims 1-14.<br>'318 patent, claims 1-50.<br><br>File History for U.S. Application No. 07/632,439, Response to Office Action (mailed on March, 21, 1994); Response to Office Action (mailed November 17, 1994).<br><br>File History for U.S. Patent No. 5,581,781, Office |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | Precision Synthesis Style Guide at 13 and 65 (Release 2010a Update 1 Jul 2010). Testimony and opinion of Dr. Donald Thomas. | Action (mailed on December 23, 1992); Amendment and Remarks (mailed June 28, 1993); Office Action (mailed on September 21, 1993); Amendment and Remarks (mailed March 24, 1994); Office Action (mailed on June 17, 1994); Amendment and Remarks (mailed November 21, 1994); Office Action (mailed on February 15, 1995); Amendment and Remarks (mailed June 7, 1995); Notice of Allowance (mailed on September 6, 1995). File History for U.S. Patent No. 5,748,488, Office Action (mailed on February 20, 1996); Amendment and Remarks (mailed August 23, 1996); Office Action (mailed on November 12, 1996); Amendment and Remarks (mailed March 10, 1997); Notice of Allowance (mailed on March 27, 1996). File History for U.S. Patent No. 5,661,661, Office Action (mailed on January 26, 1996); Amendment and Remarks (mailed July 31, 1996); Notice of Allowance (mailed on October 16, 1996). Extrinsic Evidence IEEE, *IEEE Standard VHDL Language Reference Manual*, IEEE Std. 1076-1987 (1988), at 1-1 (6467MENT-0023726). Alfred S. Gilman, *VHDL - The Designer Environment*, |

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | IEEE Design & Test (1986), at 44-45 (6467MENT-0033916-17).<br><br>Roger Lipsett, et al., *VHDL - The Language*, IEEE Design & Test (1986), at 32-34 (6467MENT-0033924-26).<br><br>Yuichi Kurosawa, et al., *LSI Logic Synthesis Expert System*, Electronics and Communications in Japan, Part 3, Vol 73, No. 8, (1990).<br><br>de Geuss, et al., *Logic synthesis speeds ASIC design,* IEEE Spectrum (1989),<br><br>Donald Thomas, et al., *Algorithmic and Register-Transfer Level Synthesis: The System Architect's Workbench* (1990). (6467MENT-0019249-276).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 10 | "predetermined assignment conditions"<br><br>(in claims 40 and 42-45 of the '318 patent) | *See* Synopsys's construction for "assignment condition."<br><br>Otherwise, the term "predetermined" has its plain and ordinary meaning, which is "determined beforehand."<br><br>Intrinsic Evidence<br><br>Col. 3:16-4:32; Col. 4:56-7:39; Col. 15:22-16:16; | "an assignment condition that is set in the user description"<br><br>Intrinsic Evidence<br><br>'841 Patent at 15:24-28.<br><br>'841 patent, claims 1-8.<br>'488 patent, claims 1-14. |

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | Col. 19:30-37; Col. 21:39-22:55; Col. 61:52-62:23.<br><br>'318 patent, claims 1-50.<br><br>Prosecution History of Parent App. No. 07/632,439, Amendment of 6/28/93 at 10.<br><br>Extrinsic Evidence<br><br>*Merriam-Webster's Collegiate Dictionary* (9th Ed. 1984) at 926 (definition for "predetermine").<br><br>Testimony and opinion of Dr. Donald Thomas. | '318 patent, claims 1-50.<br><br>File History for U.S. Patent No. 5,581,781, Office Action (mailed on December 23, 1992); Amendment and Remarks (mailed June 28, 1993); Office Action (mailed on September 21, 1993); Amendment and Remarks (mailed March 24, 1994); Office Action (mailed on June 17, 1994); Amendment and Remarks (mailed November 21, 1994); Office Action (mailed on February 15, 1995); Amendment and Remarks (mailed June 7, 1995); Notice of Allowance (mailed on September 6, 1995).<br><br>File History for U.S. Patent No. 5,680,318, Office Action (mailed on July 12, 1996); Amendment and Remarks (mailed January 15, 1997); Notice of Allowance (mailed on April 1, 1997).<br><br>File History for U.S. Patent No. 5,748,488, Office Action (mailed on February 20, 1996); Amendment and Remarks (mailed August 23, 1996); Office Action (mailed on November 12, 1996); Amendment and Remarks (mailed March 10, 1997); Notice of Allowance (mailed on March 27, 1996).<br><br>File History for U.S. Patent No. 5,661,661, Office Action (mailed on January 26, 1996); Amendment and Remarks (mailed July 31, 1996); Notice of Allowance (mailed on October 16, 1996). |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | File History for U.S. Patent No. 5,737,574, Office Action (mailed on January 25, 1996); Amendment and Remarks (mailed July 29, 1996); Office Action (mailed on October 28, 1996); Amendment and Remarks (mailed April 28, 1997); Notice of Allowance (mailed on May 23, 1997). Testimony and opinion of Dr. Majid Sarrafzadeh. |
| 11 | "resetable memory" (in claims 1-3, 10-13 and 20 of the '420 patent) | "a memory unit with a plurality of storage cells, each cell associated with a unique address that provides access to that storage cell, where the memory unit can be reset to a particular value." Intrinsic Evidence Col. 1:14-18; Col. 1:59-63; Col. 3:14-23; Col. 4:46-54; Col. 4:62-66; Col. 5:51-59; *see also* Col. 2:60-5:5 and Col. 6:52-8:34; Figs. 1-8. '420 patent, claims 1-20; *see also* Prosecution History of the '420 patent. Extrinsic Evidence Testimony and opinion of Dr. Donald Thomas. | "a unit comprising one or more storage cells that can set the read value of each storage cell in the unit to '0' in a single step" Intrinsic Evidence '420 Patent at 1:14-2:6; 3:3-23; 3:50-4:45; 5:9-18; 5:32-6:6; 6:19-31; 6:55-7:42 '420 Patent claims 1-20. Extrinsic Evidence Minc, Incorporated, *PLDesigner, A Design Synthesis Tool, Features and Specifications* (1988) at 5-7. (6467MENT-0012345-47). Actel HDL Coding Style Guide (1997), at 5 (6467MENT-0000021). Synopsys, *FPGA Express - VHDL Reference Manual* |

**Exhibit A**

| No. | Claim Term<br><br>(Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | (1997), at 8-1 to 8-2 (6467MENT-0016484-85).<br><br>Synopsys, *FPGA Compiler II / FPGA Express Verilog HDL Reference Manual* (1999), at 6-1 to 6-2 (6467MENT-0016697-98).<br><br>Actel HDL Coding Style Guide (2000), at 5 (6467MENT-0000123).<br><br>Synopsys, *HDL Compiler for Verilog Reference Manual* (2000), at 6-2 to 6-3 (6467MENT-0017331-32).<br><br>Cadence, *HDL Modeling for Ambit BuildGates Synthesis*, Product Version 4.0.8 (2001), at 24-25, 54 (6467MENT- 0002367-68, 6467MENT-0002397).<br><br>Synopsys, *CoCentric SystemC Compiler RTL User and Modeling Guide*, Version 2001.08 (2001), at 4-2 to 4-3 (6467MENT-0017732-33).<br><br>Synopsys, *Describing Synthesizable RTL in SystemC*, Version 1.0 (2001), at 4-2 to 4-3 (6467MENT-0017910-11).<br><br>Frank Jay, IEEE Standard Dictionary of Electrical and Electronics Terms, Third Ed. (1984), at 542, 891 (6467MENT-0033944-45). |

**Exhibit A**

| No. | Claim Term (Asserted Claims Including) | Plaintiff's Proposed Construction and Extrinsic and Intrinsic Evidence | Defendant's Proposed Construction and Extrinsic and Intrinsic Evidence |
|---|---|---|---|
| | | | Oxford University Press, *Dictionary of Computing*, Third Ed. (1990), at 277-278, 296 (6467MENT-0033939-40).<br><br>McGraw-Hill, *Dictionary of Computing & Communications*, 5th Ed. (1994) at 1237-1238 (6467MENT-0033901-04).<br><br>Rudolf F. Graf, *Modern Dictionary of Electronics*, 7th Ed. (1999) at 464, 491 (6467MENT-0033910; 6467MENT-0033912-13).<br><br>'841 Patent at 31:35-49, 32:12-19.<br><br>Edward J. McCluskey, *Logic Design Principles with Emphasis on Testable Semicustom Circuits* (1986), at 275-79 (6467MENT-0010850-54).<br><br>Testimony and opinion of Dr. Majid Sarrafzadeh. |