| | |
|---|---|
| DAVID T. PRITIKIN (*Pro Hac Vice*) | KRISTIN L. CLEVELAND (S.B. #184639) |
| dpritikin@sidley.com | kristin.cleveland@klarquist.com |
| SIDLEY AUSTIN LLP | STEPHEN J. JONCUS (Pro Hac Vice) |
| 1 South Dearborn Street | stephen.joncus@klarquist.com |
| Chicago, IL 60603 | JEFFREY S. LOVE (S.B. #195068) |
| Telephone:   (312) 853-7000 | jeffrey.love@klarquist.com |
| Facsimile:   (312) 853-7036 | ANDREW M. MASON (Pro Hac Vice) |
| | andrew.mason@klarquist.com |
| M. PATRICIA THAYER (S.B. #90818) | JOHN D. VANDENBERG (Pro Hac Vice) |
| pthayer@sidley.com | john.vandenberg@klarquist.com |
| PHILIP W. WOO (S.B. #196459) | KLARQUIST SPARKMAN, LLP |
| pwoo@sidley.com | 121 S.W. Salmon Street, Suite 1600 |
| SIDLEY AUSTIN LLP | Portland, OR  97204 |
| 555 California Street, Suite 2000 | Telephone:   (503) 595-5300 |
| San Francisco, CA 94104 | Facsimile:   (503) 595-5301 |
| Telephone:   (415) 772-1200 | |
| Facsimile:   (415) 772-7400 | GEORGE A. RILEY (S.B. #118304) |
| | griley@omm.com |
| I. NEEL CHATTERJEE (S.B. #173985) | MARK E. MILLER (S.B. #130200) |
| nchatterjee@orrick.com | markmiller@omm.com |
| ORRICK, HERRINGTON & | LUANN L. SIMMONS (S.B. #203526) |
| SUTCLIFFE LLP | lsimmons@omm.com |
| 1000 Marsh Road | MICHAEL SAPOZNIKOW (S.B. #242640) |
| Menlo Park, CA 94025 | msapoznikow@omm.com |
| Telephone:   (650) 614-7400 | ELIZABETH OFFEN-BROWN (S.B. #279077) |
| Facsimile:   (650) 614-7401 | eoffenbrown@omm.com |
| | O'MELVENY & MYERS LLP |
| WILLIAM H. WRIGHT (S.B. #161580) | Two Embarcadero Center, 28th Floor |
| wwright@orrick.com | San Francisco, CA 94111 |
| ORRICK, HERRINGTON & | Telephone:   (415) 984-8700 |
| SUTCLIFFE LLP | Facsimile:   (415) 984-8701 |
| 777 South Figueroa Street, Suite 3200 | |
| Los Angeles, CA 90017 | |
| Telephone:   (213) 629-2020 | Attorneys for Defendant |
| Facsimile:   (213) 612-2499 | MENTOR GRAPHICS CORPORATION |

Attorneys for Plaintiff SYNOPSYS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation | Case No. 3:12-cv-06467-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF CLAIM CONSTRUCTION DISCOVERY** |
| v. | |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLOSE OF
CLAIM CONSTRUCTION DISCOVERY
CASE NO. 3:12-CV-06467-MMC

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, pursuant to the March 22, 2013 Joint Case Management Statement (Dkt. 32), the date for the Patent L.R. 4-4 Close of Claim Construction Discovery is currently September 4, 2013;

WHEREAS, the parties have scheduled depositions relating to claim construction issues on September 10 and 11;

WHEREAS, the only other prior scheduling modification in this case has been a stipulation to extend the date for the parties to exchange Patent Local Rule 4-2 disclosures (Dkt. 48), which did not affect any other scheduled dates or events;

WHEREAS, the requested extension will not affect any other scheduled dates or events in this action.

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following modification to the Patent L.R. 4-4 Close of Claim Construction Discovery:

| Event | Current Date | New Date |
| --- | --- | --- |
| Close of Claim Construction Discovery (Patent L.R. 4-4) | September 4, 2013 | September 13, 2013 |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Andrew M. Mason, submitted herewith.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | KRISTIN L. CLEVELAND |
| 2 | Dated:  September 9, 2013 | STEPHEN J. JONCUS |
| | | JEFFREY S. LOVE |
| 3 | | ANDREW M. MASON |
| | | JOHN D. VANDENBERG |
| 4 | | KLARQUIST SPARKMAN, LLP |

GEORGE A. RILEY
MARK E. MILLER
LUANN L. SIMMONS
MICHAEL SAPOZNIKOW
ELIZABETH OFFEN-BROWN
O'MELVENY & MYERS LLP


By:  /s/ *Andrew M. Mason*
     Andrew M. Mason
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION


Dated:  September 9, 2013          DAVID T. PRITIKIN
                                   M. PATRICIA THAYER
                                   PHILIP W. WOO
                                   SIDLEY AUSTIN LLP

                                   I. NEEL CHATTERJEE
                                   WILLIAM H. WRIGHT
                                   ORRICK, HERRINGTON
                                   & SUTCLIFFE LLP


By:  /s/ *Philip W. Woo*
     Philip W. Woo
Attorneys for Plaintiff
SYNOPSYS, INC.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated:  September 9, 2013

By: /s/ *Andrew M. Mason*
Andrew M. Mason

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  September 10, 2013

Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLOSE OF
CLAIM CONSTRUCTION DISCOVERY
CASE NO. 3:12-CV-06467-MMC                                                                                           3