| | |
|---|---|
| DAVID T. PRITIKIN (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> SIDLEY AUSTIN LLP <br> 1 South Dearborn Street <br> Chicago, IL 60603 <br> Telephone:   (312) 853-7000 <br> Facsimile:   (312) 853-7036 <br><br> ASEEM S. GUPTA (S.B. # 252858) <br> agupta@sidley.com <br> M. PATRICIA THAYER (S.B. #90818) <br> pthayer@sidley.com <br> PHILIP W. WOO (S.B. #196459) <br> pwoo@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone:   (415) 772-1200 <br> Facsimile:   (415) 772-7400 <br><br> I. NEEL CHATTERJEE (S.B. #173985) <br> nchatterjee@orrick.com <br> ORRICK, HERRINGTON & <br> SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone:   (650) 614-7400 <br> Facsimile:   (650) 614-7401 <br><br> WILLIAM H. WRIGHT (S.B. #161580) <br> wwright@orrick.com <br> ORRICK, HERRINGTON & <br> SUTCLIFFE LLP <br> 777 South Figueroa Street, Suite 3200 <br> Los Angeles, CA 90017 <br> Telephone:   (213) 629-2020 <br> Facsimile:   (213) 612-2499 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | GEORGE A. RILEY (S.B. #118304) <br> griley@omm.com <br> MARK E. MILLER (S.B. #130200) <br> markmiller@omm.com <br> LUANN L. SIMMONS (S.B. #203526) <br> lsimmons@omm.com <br> MICHAEL SAPOZNIKOW (S.B. #242640) <br> msapoznikow@omm.com <br> ELIZABETH OFFEN-BROWN (S.B. #279077) <br> eoffenbrown@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:   (415) 984-8701 <br><br> KRISTIN L. CLEVELAND (S.B. #184639) <br> kristin.cleveland@klarquist.com <br> STEPHEN J. JONCUS (*Pro Hac Vice*) <br> stephen.joncus@klarquist.com <br> JEFFREY S. LOVE (S.B. #195068) <br> jeffrey.love@klarquist.com <br> ANDREW M. MASON (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> JOHN D. VANDENBERG (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204 <br> Telephone:   (503) 595-5300 <br> Facsimile:   (503) 595-5301 <br><br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING A REVISED EXHIBIT A TO THE PARTIES' JOINT CLAIM CONSTRUCTION STATEMENT** |

STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING
OF A REVISED JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. 3:12-CV-06467-MMC

1  IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc.
2  ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:
3  WHEREAS, pursuant to the April 1, 2013 Pretrial Preparation Order (Dkt.
4  36) and Patent L.R. 4-4, on August 5, 2013 the parties filed a Joint Claim
5  Construction and Prehearing Statement (Dkt. 49) ("JCCPS"), along with a chart
6  summarizing the parties proposed constructions and supporting evidence, which was
7  attached as Exhibit A to the JCCPS (Dkt. 49-1);
8  WHEREAS, during the course of claim construction discovery, the parties
9  have clarified the issues to resolve through claim construction and now wish to file a
10 Revised Exhibit A to the JCCPS (attached as Exhibit 1 to this motion) to reflect the
11 Parties' current proposed claim constructions and also to provide cross-citations to
12 the patents-in-suit so that the Parties' supporting evidence may be more easily
13 compared;
14 WHEREAS, good cause exists for filing the Revised Exhibit A because that
15 Revised Exhibit A (i) better facilitates resolution of the claim construction disputes
16 as it reflects the parties' current proposed constructions; and (ii) will simplify
17 comparison of the evidence cited by the Parties in support of their respective
18 constructions;
19 WHEREAS, filing the Revised Exhibit A will not affect any scheduled dates or
20 events in this action.
21 NOW, THEREFORE, pursuant to Civil Local Rule 7-12 and Paragraph 6 of
22 this Court's Standing Order, the parties hereby stipulate to the filing of the Revised
23 Exhibit A to the JCCPS.
24
25
26
27
28

IT IS SO STIPULATED.

Dated:  September 19, 2013

GEORGE A. RILEY
MARK E. MILLER
LUANN L. SIMMONS
MICHAEL SAPOZNIKOW
ELIZABETH OFFEN-BROWN
O'MELVENY & MYERS LLP

KRISTIN L. CLEVELAND
STEPHEN J. JONCUS
JEFFREY S. LOVE
ANDREW M. MASON
JOHN D. VANDENBERG
KLARQUIST SPARKMAN, LLP


By:  /s/ *Andrew M. Mason*
        Andrew M. Mason

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION


Dated:  September 19, 2013

ASEEM S. GUPTA
DAVID T. PRITIKIN
M. PATRICIA THAYER
PHILIP W. WOO
SIDLEY AUSTIN LLP

I. NEEL CHATTERJEE
WILLIAM H. WRIGHT
ORRICK, HERRINGTON
& SUTCLIFFE LLP


By:  /s/ *Aseem S. Gupta*
        Aseem S. Gupta

Attorneys for Plaintiff
SYNOPSYS, INC.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: September 19, 2013

By: /s/ *Andrew M. Mason*
Andrew M. Mason

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: September 24, 2013

Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING
OF A REVISED JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. 3:12-CV-06467-MMC                                                                          3