IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-12-6467 MMC |
| Plaintiff, | **AMENDED\*** |
| v. | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT; VACATING HEARING** |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |
| _____/ | |

     Before the Court is defendant's motion, filed September 12, 2013, for leave to file a motion for partial summary judgment as to one of the four patents at issue in the above-titled action. Plaintiff has filed opposition, to which defendant has replied.

     Having read and considered the parties' respective written submissions, the Court finds it preferable to address the issues raised by the proposed summary judgment motion at the same time as the Court addresses the summary judgment motion to be directed at the other three patents-in-suit. In particular, by that later date, not only the Court in resolving those issues, but also the parties in structuring their respective arguments, will have heard and can reference the evidence offered at the tutorial and, hopefully, will have had the benefit of one or more decisions clarifying the subject of patentability as well.

_____

\* The sole amendment is to vacate the scheduled hearing.

Accordingly, the motion for leave to file a motion for partial summary judgment is hereby DENIED.

In light of the above, the hearing scheduled for October 18, 2013 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 16, 2013

MAXINE M. CHESNEY
United States District Judge