| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) | George A. Riley (SBN 118304) |
| dpritikin@sidley.com | griley@omm.com |
| SIDLEY AUSTIN LLP | Mark E. Miller (SBN 130200) |
| 1 South Dearborn Street | markmiller@omm.com |
| Chicago, IL 60603 | Luann L. Simmons (SBN 203526) |
| Telephone: (312) 853-7000 | lsimmons@omm.com |
| Facsimile: (312) 853-7036 | Michael Sapoznikow (SBN #242640) |
| | msapoznikow@omm.com |
| M. Patricia Thayer (SBN 90818) | Elizabeth Offen-Brown (SBN #279077) |
| pthayer@sidley.com | eoffenbrown@omm.com |
| Philip W. Woo (SBN 196459) | O'MELVENY & MYERS LLP |
| pwoo@sidley.com | Two Embarcadero Center, 28th Floor |
| SIDLEY AUSTIN LLP | San Francisco, CA 94111 |
| 555 California Street, Suite 2000 | Telephone: (415) 984-8700 |
| San Francisco, CA 94104 | Facsimile: (415) 984-8701 |
| Telephone: (415) 772-1200 | |
| Facsimile: (415) 772-7400 | Kristin L. Cleveland (SBN #184639) |
| | kristin.cleveland@klarquist.com |
| I. Neel Chatterjee (SBN 173985) | Stephen J. Joncus (*Pro Hac Vice*) |
| nchatterjee@orrick.com | stephen.joncus@klarquist.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Jeffrey S. Love (S.B. #195068) |
| 1000 Marsh Road | jeffrey.love@klarquist.com |
| Menlo Park, CA 94025 | Andrew M. Mason (*Pro Hac Vice*) |
| Telephone: (650) 614-7400 | andrew.mason@klarquist.com |
| Facsimile: (650) 614-7401 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| William H. Wright (SBN 161580) | KLARQUIST SPARKMAN, LLP |
| wwright@orrick.com | 121 S.W. Salmon Street, Suite 1600 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Portland, OR 97204 |
| 777 South Figueroa Street, Suite 3200 | Telephone: (503) 595-5300 |
| Los Angeles, CA 90017 | Facsimile: (503) 595-5301 |
| Telephone: (213) 629-2020 | |
| Facsimile: (213) 612-2499 | Attorneys for Defendant |
| | MENTOR GRAPHICS CORPORATION, an |
| Attorneys for Plaintiff | Oregon Corporation |
| SYNOPSYS, INC., a Delaware Corporation | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. 3:12-cv-06467-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER ALLOWING EQUIPMENT AT** |
| vs. | **OCTOBER 28, 2013 HEARING** |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

Plaintiff Synopsys, Inc. and Defendant Mentor Graphics Corporation, by and through their attorneys, request and hereby submit the following list of presentation equipment to be brought into the U.S. District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 7, 19th Floor, San Francisco, CA, for use at the Technology Tutorial and Claim Construction Hearing of the above-captioned matter scheduled for October 28, 2013:

> 1 Projector;
> 1 Back-up Projector;
> 1 Video Switch;
> VGA Cables;
> Laptops;
> Small Table (for projector).

Counsel for Plaintiff Synopsys, Inc. and Defendant Mentor Graphics Corporation, and/or their authorized representatives are authorized to bring this equipment into the courtroom.

Dated:  October 24, 2013              By:  */s/Philip W. Woo*
                                           Philip W. Woo

                                      Attorneys for Plaintiff
                                      SYNOPSYS, INC., a Delaware Corporation

Dated:  October 24, 2013              By:  */s/Andrew M. Mason*
                                           Andrew M. Mason

                                      Attorneys for Defendant
                                      MENTOR GRAPHICS CORPORATION, an Oregon Corporation

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Synopsys has obtained the concurrence of Defendant's counsel in the filing of this Stipulated Request.

Dated: October 24, 2013               By:  */s/Philip W. Woo*
                                           Philip W. Woo

                                      Attorneys for Plaintiff
                                      SYNOPSYS, INC., a Delaware Corporation

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  It is further ORDERED that the parties shall contact the Deputy Clerk to arrange for courtroom access.

3  Dated: October 25, 2013

4  _____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE