IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. 12-6467 MMC |
|     Plaintiff, | |
|   v. | **ORDER DENYING DEFENDANT'S OCTOBER 14, 2013 ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| MENTOR GRAPHICS CORP., | |
|     Defendant | |

      Before the Court is defendant's Administrative Motion to File Under Seal, filed October 14, 2013, by which defendant seeks leave to file under seal a document designated by plaintiff. Having read and considered the administrative request, the Court rules as follows.

      Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10

days, after the motion is denied." Id. at 79-5(e)(2).

Here, the designating party has not filed a responsive declaration within the requisite time.

Accordingly, defendant's motion to file under seal is hereby DENIED, and defendant is hereby DIRECTED to file in the public record, no later than November 4, 2013, unredacted versions of Exhibit F to the October 14, 2013 Declaration of John D. Vandenberg.

**IT IS SO ORDERED.**

Dated: October 25, 2013

MAXINE M. CHESNEY
United States District Judge