| | |
|---|---|
| David T. Pritikin (Pro Hac Vice)<br>dpritikin@sidley.com<br>SIDLEY AUSTIN LLP<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |
| M. Patricia Thayer (SBN 90818)<br>pthayer@sidley.com<br>Philip W. Woo (SBN 196459)<br>pwoo@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400 | William H. Wright (SBN 161580)<br>wwright@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 629-2020<br>Facsimile: (213) 612-2499 |

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>      Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Synopsys, Inc. ("Plaintiff") makes this |
| 2 | administrative motion to file under seal Exhibit A to Plaintiff's concurrently filed "Declaration of |
| 3 | Philip W. Woo in Support of Plaintiff Synopsys, Inc.'s Opposition to Defendant's Motion for Leave |
| 4 | to Amend Invalidity Contentions." |

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Synopsys, Inc. ("Plaintiff") makes this administrative motion to file under seal Exhibit A to Plaintiff's concurrently filed "Declaration of Philip W. Woo in Support of Plaintiff Synopsys, Inc.'s Opposition to Defendant's Motion for Leave to Amend Invalidity Contentions."

Exhibit A is Plaintiff's Patent L.R. 3-1 Infringement Contentions, which were served on Defendant Mentor Graphics Corporation ("Defendant") on April 12, 2013. Plaintiff has designated Exhibit A as "Highly Confidential—Attorney's Eyes Only" in its entirety, pursuant to the Patent Local Rule 2-2 Interim Model Protective Order in the above-captioned matter. Exhibit A contain excerpts and citations throughout to Defendant's Veloce User's Guide (produced as 954MENT-0002518) and Defendant's Veloce Source Code, both designated "Highly Confidential—Attorney's Eyes Only" and produced in *Mentor Graphics Corp. v. EVE-USA, Inc., et al.*, No. 3:10-cv-00954-MO (D. Or. filed Aug. 12, 2010).

Plaintiff has not submitted any of its own confidential information, and this motion is made solely to protect Defendant's highly confidential information. For these reasons, Plaintiff respectfully requests that the Court grant this motion.

Dated: October 28, 2013

Respectfully submitted,

By: */s/Philip W. Woo*
    Philip W. Woo

David T. Pritkin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

1
ADMINISTRATIVE MOTION TO FILE UNDER SEAL – CASE NO. 3:12-CV-06467-MMC

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William H. Wright (SBN 161580)
wwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Plaintiff
SYNOPSYS, Inc., a Delaware Corporation