David T. Pritikin (Pro Hac Vice)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

William H. Wright (SBN 161580)
wwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Having considered Plaintiff's Administrative Motion to File Under Seal, the Declaration of Aseem Gupta in Support of Administrative Motion to File Under Seal, and all other papers filed in support thereof, the Court finds that good cause exists to file under seal Exhibit A to Plaintiff's Declaration of Philip W. Woo in Support of Plaintiff Synopsys, Inc.'s Opposition to Defendant's Motion for Leave to Amend Invalidity Contentions.

IT IS HEREBY ORDERED THAT Exhibit A to Plaintiff's Declaration of Philip W. Woo in Support of Plaintiff Synopsys, Inc.'s Opposition to Defendant's Motion for Leave to Amend Invalidity Contentions shall ~~be~~ remain filed under seal. See Civil L.R. 79-5(f)(1).

**IT IS SO ORDERED.**

DATED:  November 12, 2013

*[signature]*
MAXINE M. CHESNEY
United States District Judge

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL – CASE NO. 3:12-CV-06467-MMC