IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

  v.

MENTOR GRAPHICS CORP.,

    Defendant

                                     /

No. 12-6467 MMC

**ORDER DENYING DEFENDANT'S NOVEMBER 4, 2013 ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO DEFENDANT**

      Before the Court is defendant's administrative motion, filed November 4, 2013, by which defendant seeks leave to file under seal Exhibit E to the November 4, 2013 Declaration of Andrew M. Mason, a document designated as confidential by plaintiff. Having read and considered the administrative request, the Court rules as follows.

      Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10

days, after the motion is denied." Id. at 79-5(e)(2).

Here, the designating party has filed a responsive declaration stating it does not oppose the filing of the document in the public record.[1]

Accordingly, defendant's motion to file under seal is hereby DENIED, and defendant is hereby DIRECTED to file in the public record, no later than November 20, 2013, an unredacted version of Exhibit E to the November 4, 2013 Declaration of Andrew M. Mason.

**IT IS SO ORDERED.**

Dated: November 15, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff explains its designation of the document as confidential was due to its incorporation of material not included in the version of the document defendant seeks to file under seal.