United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

Plaintiff,

v.

MENTOR GRAPHICS CORPORATION,

Defendant.

No. C 12-6467 MMC

**ORDER VACATING NOVEMBER 22, 2013, HEARING ON DEFENDANT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Before the Court is defendant Mentor Graphics Corporation's Motion for Leave to Amend Invalidity Contentions, filed October 14, 2013. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for November 22, 2013.

**IT IS SO ORDERED.**

Dated: November 19, 2013

MAXINE M. CHESNEY
United States District Judge