IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | |
| v. | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER** |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, defendant Mentor Graphics Corporation's Motion for Entry of Proposed Protective Order, filed November 21, 2013, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

//

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: November 26, 2013

_____
MAXINE M. CHESNEY
United States District Judge