| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>Sidley Austin LLP<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Telephone:   (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>Aseem S. Gupta (S.B. # 252858)<br>agupta@sidley.com<br>M. Patricia Thayer (S.B. #90818)<br>pthayer@sidley.com<br>Philip W. Woo (S.B. #196459)<br>pwoo@sidley.com<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:   (415) 772-1200<br>Facsimile:   (415) 772-7400<br><br>I. Neel Chatterjee (S.B. #173985)<br>nchatterjee@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:   (650) 614-7400<br>Facsimile:   (650) 614-7401<br><br>William H. Wright (S.B. #161580)<br>wwright@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone:   (213) 629-2020<br>Facsimile:   (213) 612-2499<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | George A. Riley (S.B. #118304)<br>griley@omm.com<br>Mark E. Miller (S.B. #130200)<br>markmiller@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Michael Sapoznikow (S.B. #242640)<br>msapoznikow@omm.com<br>Elizabeth Offen-Brown (S.B. #279077)<br>eoffenbrown@omm.com<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>Kristin L. Cleveland (S.B. #184639)<br>kristin.cleveland@klarquist.com<br>Salumeh R. Loesch (*Pro Hac Vice*)<br>salumeh.loesch@klarquist.com<br>Jeffrey S. Love (S.B. #195068)<br>jeffrey.love@klarquist.com<br>Andrew M. Mason (*Pro Hac Vice*)<br>andrew.mason@klarquist.com<br>John D. Vandenberg (*Pro Hac Vice*)<br>john.vandenberg@klarquist.com<br>Klarquist Sparkman, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR  97204<br>Telephone:   (503) 595-5300<br>Facsimile:   (503) 595-5301<br><br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation<br><br>            Plaintiff,<br><br>   v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>            Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**STIPULATED [PROPOSED] ORDER TO EXTEND EMAIL DISCOVERY DEADLINE** |

The Court ORDERS as follows:

1. This Order supplements the Court's November 6, 2013 Order governing the discovery of electronic mail.

2. This Order applies to this litigation. The parties have requested a similar order in *Mentor Graphics Corp. v. EVE-USA, Inc. et. al.*, Case Nos. 3:10-CV-954-MO, 3:12-CV-1500-MO, 3:13-CV-579-MO (D. Or.).

3. This Order may be modified for good cause.

4. On November 1, 2013, Parties filed a Stipulated Administrative Motion for Entry of Order for Discovery of Email (Dkt. No. 89) and Proposed Order (Dkt. No. 89-1) in which the Parties agreed to complete rolling productions of email by December 20, 2013.

5. The Court entered the Proposed Order on November 6, 2013 (Dkt. No. 97), setting December 20, 2013 as the date by when the parties shall complete rolling productions of email.

6. The parties have agreed to and have shown good cause to extend the deadline to complete rolling productions of email from December 20, 2013 to January 10, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 20, 2013

MAXINE M. CHESNEY
United States District Judge