| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> SIDLEY AUSTIN LLP <br> 1 South Dearborn Street <br> Chicago, IL 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br><br> M. Patricia Thayer (SBN 90818) <br> pthayer@sidley.com <br> Philip W. Woo (SBN 196459) <br> pwoo@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br><br> I. Neel Chatterjee (SBN 173985) <br> nchatterjee@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone: (650) 614-7400 <br> Facsimile: (650) 614-7401 <br><br> William H. Wright (SBN 161580) <br> wwright@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 777 South Figueroa Street, Suite 3200 <br> Los Angeles, CA 90017 <br> Telephone: (213) 629-2020 <br> Facsimile: (213) 612-2499 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | George A. Riley (SBN 118304) <br> griley@omm.com <br> Mark E. Miller (SBN 130200) <br> markmiller@omm.com <br> Luann L. Simmons (SBN 203526) <br> lsimmons@omm.com <br> Michael Sapoznikow (SBN 242640) <br> msapoznikow@omm.com <br> Elizabeth Offen-Brown (SBN 279077) <br> eoffenbrown@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 984-8700 <br> Facsimile: (415) 984-8701 <br><br> Kristin L. Cleveland (SBN 184639) <br> kristin.cleveland@klarquist.com <br> Salumeh R. Loesch (*Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> Jeffrey S. Love (SBN 195068) <br> jeffrey.love@klarquist.com <br> Andrew M. Mason (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR 97204 <br> Telephone: (503) 595-5300 <br> Facsimile: (503) 595-5301 <br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **STIPULATED ADMINISTRATIVE MOTION TO MODIFY ORDER FOR DISCOVERY OF EMAIL (DKT. NO. 97)** |

1    Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Synopsys, Inc. ("Synopsys") and
2 Defendant Mentor Graphics Corporation ("Mentor") jointly submit this stipulated request to modify
3 the Order for Discovery of Email in this case.
4    On November 6, 2013, the Court entered an Order for Discovery of Email pursuant to the
5 parties' request.  *See* Dkt. No. 97.  Paragraph 13 of that order provided for two rounds of email
6 discovery, and the Court recently granted the parties' request to extend the second round of email
7 discovery, which is now scheduled to end January 21, 2014.  *See* Dkt. No. 121.  The parties have
8 met and conferred and agreed to add a third round of email discovery to Paragraph 13 of the Order
9 for Discovery of Email and to enlarge the email production limit in Paragraph 12 of the Order from
10 30,000 to 31,500 emails.  The parties will request entry of a parallel modification in *Mentor
11 Graphics Corp. v. EVE-USA, Inc. et al.*, Case Nos. 3:10-cv-954-MO (lead); 3:12-CV-1500-MO;
12 3:13-cv-579-MO.
13    Synopsys and Mentor respectfully request that this Court enter the attached proposed Order
14 to modify the Order for Discovery of Email in this case.
15    IT IS SO STIPULATED.

16  Dated:  January 21, 2014                By:  */s/Philip W. Woo*
17                                               Philip W. Woo
18                                          Attorneys for Plaintiff
                                            SYNOPSYS, INC.
19
20  Dated:  January 21, 2014                By:  */s/ Salumeh R. Loesch*
                                                 Salumeh R. Loesch
21
22                                          Attorneys for Defendant
                                            MENTOR GRAPHICS CORPORATION
23
24  Pursuant to Civil Local Rule 5-1(i)(3), counsel for Synopsys has obtained the concurrence of
25  Defendant's counsel in the filing of this stipulated request.
26  Dated:  January 21, 2014                By:  */s/Philip W. Woo*
                                                 Philip W. Woo
27
                                            Attorneys for Plaintiff
28                                          SYNOPSYS, INC., a Delaware Corporation