| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) | George A. Riley (SBN 118304) |
| dpritikin@sidley.com | griley@omm.com |
| SIDLEY AUSTIN LLP | Mark E. Miller (SBN 130200) |
| 1 South Dearborn Street | markmiller@omm.com |
| Chicago, IL  60603 | Luann L. Simmons (SBN 203526) |
| Telephone:  (312) 853-7000 | lsimmons@omm.com |
| Facsimile:  (312) 853-7036 | Michael Sapoznikow (SBN 242640) |
| | msapoznikow@omm.com |
| M. Patricia Thayer (SBN 90818) | Elizabeth Offen-Brown (SBN 279077) |
| pthayer@sidley.com | eoffenbrown@omm.com |
| Philip W. Woo (SBN 196459) | O'MELVENY & MYERS LLP |
| pwoo@sidley.com | Two Embarcadero Center, 28th Floor |
| SIDLEY AUSTIN LLP | San Francisco, CA 94111 |
| 555 California Street, Suite 2000 | Telephone:     (415) 984-8700 |
| San Francisco, CA  94104 | Facsimile:      (415) 984-8701 |
| Telephone:  (415) 772-1200 | |
| Facsimile:  (415) 772-7400 | Kristin L. Cleveland (SBN 184639) |
| | kristin.cleveland@klarquist.com |
| I. Neel Chatterjee (SBN 173985) | Stephen J. Joncus (*Pro Hac Vice*) |
| nchatterjee@orrick.com | stephen.joncus@klarquist.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Jeffrey S. Love (SBN 195068) |
| 1000 Marsh Road | jeffrey.love@klarquist.com |
| Menlo Park, CA  94025 | Andrew M. Mason (*Pro Hac Vice*) |
| Telephone:  (650) 614-7400 | andrew.mason@klarquist.com |
| Facsimile:   (650) 614-7401 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| William H. Wright (SBN 161580) | Salumeh R. Loesch |
| wwright@orrick.com | salumeh.loesch@klarquist.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | KLARQUIST SPARKMAN, LLP |
| 777 South Figueroa Street, Suite 3200 | 121 S.W. Salmon Street, Suite 1600 |
| Los Angeles, CA  90017 | Portland, OR  97204 |
| Telephone:  (213) 629-2020 | Telephone:     (503) 595-5300 |
| Facsimile:   (213) 612-2499 | Facsimile:      (503) 595-5301 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SYNOPSYS, INC., a Delaware Corporation | MENTOR GRAPHICS CORPORATION, an Oregon Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) | Case No. 3:12-cv-06467-MMC |
| Plaintiff, | ) ) ) | **STIPULATED [PROPOSED] ORDER MODIFYING ORDER FOR DISCOVERY OF EMAIL (DKT. NO. 97)** |
| vs. | ) ) | |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | ) ) ) | |
| Defendant. | ) ) | |

The Court ORDERS as follows:

1. This Order modifies the Order for Discovery of Email entered on November 6, 2013 (Dkt. No. 97) to add a third round of email discovery and to enlarge the email production limit.

2. Paragraph 12 of the Order for Discovery of Email is modified so that the email production limit is enlarged from 30,000 to 31,500 emails.

3. Paragraph 13 of the Order for Discovery of Email is modified and supplemented as follows:

> 13. The parties shall request emails in three rounds. The following schedule is adopted.
>
> \*   \*   \*   \*
>
> c. Round three: three custodians
>
> **Wednesday, January 22, 2014 at 4:00 p.m.**: Parties exchange requests of three custodians[1] and ten search terms, as well as time frames for the emails to be searched, if applicable.
>
> **Friday, January 24, 2014 at 10:00 a.m.**: Parties meet and confer regarding search terms, if necessary.
>
> **Friday, January 31, 2014**: The producing party shall inform the requesting party whether the number of documents returned by applying search terms for the proposed custodians exceeds 1,500 individual emails and provide the results of the searches. If the results exceed 1,500 individual emails, the requesting party shall, within two (2) business days, (a) select a subset of search terms for production that result in fewer than 1,500 individual emails and/or (b) modify the existing search terms.
>
> **February 14, 2014**: Parties complete production of third round of email discovery.

---

[1] The custodians identified in Round Three must be custodians previously identified by the parties in Round One and/or Round Two.

**February 19, 2014**:  Parties exchange privilege logs for the third round of email discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 23, 2014

_____
MAXINE M. CHESNEY
United States District Judge