David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>          Defendant. | Case No. 3:12-cv-06467-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPORTING DECLARATION |

1  Having considered Plaintiff's Administrative Motion For Leave to File Supporting Declaration to Synopsys' Motion Requiring Defendant to File Its Motion For Second Amended Invalidity Contentions With The Court (D.I. 130), the Court finds that good cause exists for Plaintiff to file its proposed declaration.

IT IS HEREBY ORDERED THAT Plaintiff Synopsys, Inc.'s Administrative Motion for Leave to File Supporting Declaration to Synopsys' Motion Requiring Defendant to File Its Motion For Second Amended Invalidity Contentions With The Court (D.I. 130) is GRANTED.  Plaintiff is directed to file its proposed declaration within 7 days of the date of this order.

IT IS SO ORDERED.

Dated:   February 24, 2014

_____
MAXINE M. CHESNEY
United States District Judge