UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC, <br><br> Plaintiff(s), <br><br> v. <br><br> MENTOR GRAPHICS CORP, <br><br> Defendant(s). <br> _____/ | No. C-12-06467 DMR <br><br> **ORDER DENYING DISCOVERY LETTER [DOCKET NO. 129] WITHOUT PREJUDICE** |

The court is in receipt of Defendant's ex parte discovery letter (Docket No. 129), which, along with all discovery matters, has been referred to this court by the district judge. *See* Docket Nos. 110, 136. It appears from the letter that the parties have not completed meeting and conferring about the disputes at issue. *See, e.g.,* Letter at 5 (Mentor proposing compromises). Accordingly, the letter is **denied without prejudice** and the parties are ordered to further meet and confer. If the parties are unable to resolve their disputes, the parties shall file a joint discovery letter by **March 10, 2014.**

IT IS SO ORDERED.

Dated: February 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge