David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

George A. Riley (SBN 118304)
griley@omm.com
Mark E. Miller (SBN 130200)
markmiller@omm.com
Luann L. Simmons (SBN 203526)
lsimmons@omm.com
Michael Sapoznikow (SBN 242640)
msapoznikow@omm.com
Elizabeth Offen-Brown (SBN 279077)
eoffenbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Kristin L. Cleveland (SBN 184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Jeffrey S. Love (SBN 195068)
jeffrey.love@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, </br></br>　　　　Plaintiff, </br></br>vs. </br></br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation, </br></br>　　　　Defendant. | Case No. 3:12-cv-06467-MMC (DMR) </br></br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT STIPULATED PROTECTIVE ORDER OR JOINT DISCOVERY LETTER (D.I. 128)** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, the Court, in its January 29, 2014 Order Re: Joint Discovery Letter [Docket No. 113], ordered the parties to meet and confer and submit a stipulated protective order or a joint discovery letter on the remaining disputes by February 28, 2014.  D.I. 128.

WHEREAS, the Parties have been meeting and conferring on a stipulated protective order and have made significant progress in reaching agreement on most aspects of a protective order;

WHEREAS, the Parties are continuing to meet and confer to iron out the specific details of a prosecution bar that will address both Parties' needs and concerns; and

WHEREAS the Parties' proposed extension will not affect the schedule for the case;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to extend the deadline to file a stipulated protective order or joint discovery letter on remaining protective order disputes to March 7, 2014.

Respectfully submitted,

Dated:  February 27, 2014        By:  */s/Philip W. Woo*
                                      Philip W. Woo

                                 Attorneys for Plaintiff
                                 SYNOPSYS, INC.

Dated:  February 27, 2014        By:  */s/ Salumeh R. Loesch*
                                      Salumeh R. Loesch

                                 Attorneys for Defendant
                                 MENTOR GRAPHICS CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   Hgdtwct{"49."4236        _____
                                  DONNA M. RYU
                                  United States Magistrate Judge

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT
STIPULATED PROTECTIVE ORDER OR JOINT DISCOVERY LETTER (D.I. 128) – CASE NO. 3:12-CV-06467-MMC

1    Pursuant to Civil Local Rule 5-1(i)(3), counsel for Synopsys has obtained the concurrence
2 of Defendant's counsel in the filing of this stipulation.

4 Dated: February 27, 2014                           By:  /s/Philip W. Woo
                                                         Philip W. Woo

                                                    Attorneys for Plaintiff
                                                    SYNOPSYS, INC., a Delaware Corporation

2