| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> SIDLEY AUSTIN LLP <br> 1 South Dearborn Street <br> Chicago, IL  60603 <br> Telephone:  (312) 853-7000 <br> Facsimile:  (312) 853-7036 <br><br> M. Patricia Thayer (SBN 90818) <br> pthayer@sidley.com <br> Philip W. Woo (SBN 196459) <br> pwoo@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA  94104 <br> Telephone: (415) 772-1200 <br> Facsimile:  (415) 772-7400 <br><br> I. Neel Chatterjee (SBN 173985) <br> nchatterjee@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA  94025 <br> Telephone:  (650) 614-7400 <br> Facsimile:   (650) 614-7401 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | George A. Riley (SBN 118304) <br> griley@omm.com <br> Mark E. Miller (SBN 130200) <br> markmiller@omm.com <br> Luann L. Simmons (SBN 203526) <br> lsimmons@omm.com <br> Michael Sapoznikow (SBN 242640) <br> msapoznikow@omm.com <br> Elizabeth Offen-Brown (SBN 279077) <br> eoffenbrown@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:    (415) 984-8700 <br> Facsimile:     (415) 984-8701 <br><br> Kristin L. Cleveland (SBN 184639) <br> kristin.cleveland@klarquist.com <br> Salumeh R. Loesch (*Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> Jeffrey S. Love (SBN 195068) <br> jeffrey.love@klarquist.com <br> Andrew M. Mason (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204 <br> Telephone:    (503) 595-5300 <br> Facsimile:     (503) 595-5301 <br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **[PROPOSED] ORDER RE: CASE SCHEDULE** |

The Court enters the following revised schedule in this case:

| Description | Previous Schedule | [Proposed] New Schedule[1] |
|---|---|---|
| Further Status Conference | January 17, 2014 | **March 7, 2014 (10:30 a.m.)** |
| Privilege Logs Due | March 31, 2014 | June 13, 2014 |
| Completion of Non-Expert Discovery | May 12, 2014 | July 18, 2014 |
| Expert Reports (Party with burden of proof) | June 6, 2014 | August 15, 2014 |
| Rebuttal Expert Reports | June 20, 2014 | August 29, 2014 |
| Reply Expert Reports | June 27, 2014 | September 5, 2014 |
| Completion of Expert Discovery | July 18, 2014 | September 19, 2014 |
| Deadline for *Daubert* Motions | | October 3, 2014 |
| Deadline for Dispositive Motions | July 25, 2014 | October 3, 2014 |
| Response to Dispositive Motions and *Daubert* Motions | August 8, 2014 | October 17, 2014 |
| Replies to Dispositive Motions and *Daubert* Motions | August 15, 2014 | October 24, 2014 |
| Hearing on Dispositive Motions and *Daubert* Motions | August 29, 2014 | November 7, 2014 (Or at Court's convenience) |
| Pretrial Meet and Confer | No later than September 8, 2014 | No later than December 1, 2014 |
| File Joint Pretrial Conference Statement, exhibit list and objections, witness list, trial briefs, motions in limine, joint proposed voir dire, joint | September 30, 2014 | December ~~19~~ 18, 2014 |

---

[1] Dates in **bold** were set by the Court in its December 23, 2013 order. D.I. 119.

| | | |
|---|---|---|
| proposed jury instructions, and proposed verdict forms | | |
| Pretrial Conference | October 14, 2014 | **January 13, 2015 (10:00 a.m.)** |
| TRIAL | 6-day trial beginning Monday, October 27, 2014 | **6-day trial beginning Monday, January 26, 2015 (9:00 a.m.)** |

IT IS SO ORDERED.

Dated: March 10, 2014

_____
MAXINE M. CHESNEY
United States District Judge