David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. 3:12-cv-06467-MMC |
| Plaintiff, | **APPLICATION AND ORDER FOR ADMISSION OF ATTORNEY LEONARD JOSEPH DENBINA PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |
| vs. | |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

1  I, Leonard Joseph Denbina, an active member in good standing of the bar of Texas, hereby
2  respectfully apply for admission to practice *pro hac vice* in the Northern District of California
3  representing Synopsys, Inc. in the above-entitled action. My local co-counsel in this case is M.
4  Patricia Thayer, an attorney who is a member of the bar of this Court in good standing and who
5  maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| SIDLEY AUSTIN LLP<br>717 North Harwood, Suite 3400<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>E-mail: ldenbina@sidley.com | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>E-mail: pthayer@sidley.com |

10  I am an active member in good standing of a United States Court or of the highest court of
11  another State or the District of Columbia, as indicated above; my bar number is 24082915.
12  A true and correct copy of a certificate of good standing or equivalent official document from
13  said bar is attached to this application.
14  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
15  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

16  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/2/2014

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Leonard Joseph Denbina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 24, 2014

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE