**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SYNOPSYS, INC.,                          No. C 12-6467 MMC (DMR)

12           Plaintiff,                        **ORDER DENYING DEFENDANT'S
                                               MOTION FOR RELIEF FROM APRIL 14,**
13      v.                                     **2014 ORDER**

14   MENTOR GRAPHICS CORPORATION,

15           Defendant.
                                          /
16

17        Before the Court is defendant's Motion for Relief from April 14, 2014 Nondispositive

18   Pretrial Order of Magistrate Judge, filed April 28, 2014.  Plaintiff, although not required to

19   do so, see Civil L.R. 72-2, has filed opposition.

20        Having fully considered the matter, the Court hereby DENIES the motion, for the

21   reason that defendant has failed to show the subject order is clearly erroneous or contrary

22   to law.  See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate

23   judge's order where it has been shown to be "clearly erroneous or contrary to law").

24        **IT IS SO ORDERED.**

25

26   Dated:  May 12, 2014

27                                             MAXINE M. CHESNEY
                                               United States District Judge

28