UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS INC,

        Plaintiff(s),

    v.

MENTOR GRAPHICS CORP,

        Defendant(s).
_____/

No. C-12-06467 DMR

**ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 171] WITHOUT PREJUDICE AND REQUIRING THE PARTIES TO FURTHER MEET AND CONFER**

       Before the court is a joint discovery letter filed under seal by Plaintiff and Defendant. [Docket Nos. 170, 171.] In the joint letter, Defendant seeks to compel Plaintiff to provide supplemental responses to some of Defendant's interrogatories. In Plaintiff's portion of the joint letter, Plaintiff indicates that the parties have not met and conferred on all of the discovery disputes, as required by this court's standing order. For example, shortly before the parties filed the joint letter, Plaintiff provided supplemental responses to some of the interrogatories at issue. Plaintiff avers that after it provided supplemental responses to Interrogatory Nos. 20 and 28, Defendant changed its position in the joint discovery letter and described disputes relating to topics about which the parties had not met and conferred.

       Accordingly, the court **denies the letter without prejudice** and orders the parties to meet and confer regarding the issues described in the joint letter. If the parties are unable to resolve their disputes without judicial intervention, they shall file a joint discovery letter of no more than 10

pages by **3 p.m. on June 24, 2014**. The parties shall also file an exhibit including **only** those interrogatories noted in the joint letter, as well as any responses, supplemental responses, and objections; the exhibit may also include any relevant interrogatories (and responses and objections) served in the Oregon action.

IT IS SO ORDERED.

Dated:  June 17, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2