| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) | George A. Riley (SBN 118304) |
| dpritikin@sidley.com | griley@omm.com |
| SIDLEY AUSTIN LLP | Mark E. Miller (SBN 130200) |
| 1 South Dearborn Street | markmiller@omm.com |
| Chicago, IL 60603 | Luann L. Simmons (SBN 203526) |
| Telephone: (312) 853-7000 | lsimmons@omm.com |
| Facsimile: (312) 853-7036 | Michael Sapoznikow (SBN 242640) |
| | msapoznikow@omm.com |
| M. Patricia Thayer (SBN 90818) | O'MELVENY & MYERS LLP |
| pthayer@sidley.com | Two Embarcadero Center, 28th Floor |
| Philip W. Woo (SBN 196459) | San Francisco, CA 94111 |
| pwoo@sidley.com | Telephone: (415) 984-8700 |
| SIDLEY AUSTIN LLP | Facsimile: (415) 984-8701 |
| 555 California Street, Suite 2000 | |
| San Francisco, CA 94104 | Kristin L. Cleveland (SBN 184639) |
| Telephone: (415) 772-1200 | kristin.cleveland@klarquist.com |
| Facsimile: (415) 772-7400 | Salumeh R. Loesch |
| | salumeh.loesch@klarquist.com |
| I. Neel Chatterjee (SBN 173985) | Jeffrey S. Love (SBN 195068) |
| nchatterjee@orrick.com | jeffrey.love@klarquist.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Andrew M. Mason (*Pro Hac Vice*) |
| 1000 Marsh Road | andrew.mason@klarquist.com |
| Menlo Park, CA 94025 | John D. Vandenberg (*Pro Hac Vice*) |
| Telephone: (650) 614-7400 | john.vandenberg@klarquist.com |
| Facsimile: (650) 614-7401 | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| Attorneys for Plaintiff | Portland, OR 97204 |
| SYNOPSYS, INC., a Delaware Corporation | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |
| | |
| | Attorneys for Defendant |
| | MENTOR GRAPHICS CORPORATION, an Oregon Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. 3:12-cv-06467-MMC |
| Plaintiff, | **STIPULATED [PROPOSED] ORDER MODIFYING ORDER FOR DISCOVERY OF EMAIL (DKT. NO. 97)** |
| vs. | |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

The Court ORDERS as follows:

    1.    This Order modifies the Order for Discovery of Email entered on November 6, 2013 (Dkt. No. 97) to add a fourth round of email discovery and to enlarge the email production limit.

    2.    Paragraph 12 of the Order for Discovery of Email is modified so that the email production limit is enlarged from 31,500 to 32,850 emails.

    3.    Paragraph 13 of the Order for Discovery of Email is modified and supplemented as follows:

> 13.  The parties shall request emails in four rounds.  The following schedule is adopted.
>
> \*     \*     \*     \*
>
> c.     Round four:  two custodians
>
> **Tuesday, June 3, 2014**:  Mentor provides search results for custodian Mark Porter using search terms previously identified during the meet-and-confer process.
>
> **Wednesday, June 4, 2014**:  Mentor provides requests for two custodians and five search terms per custodian.
>
> Synopsys informs Mentor whether Mentor should proceed with the production of Mr. Porter's emails.
>
> **Tuesday, June 10, 2014**:  Synopsys provides search results for Mentor's requests.
>
> Mentor provides search results for custodian Thomas Delaye using search terms previously identified during the meet-and-confer process.
>
> Mentor completes production of Mr. Porter's emails if Synopsys has requested such production.
>
> **Wednesday, June 11, 2014**:  If the search results for Mr. Delaye exceed 1,350 emails less the number of emails produced for Mr. Porter, Synopsys either (a) selects a subset of search terms for Mr. Delaye that will result in production of less

than 1,350 emails total or (b) modifies the existing search terms in accordance with the procedure for modifying search terms contained in the Order for Discovery of Email entered on November 6, 2013 (Dkt. No. 97).If the search results for Mentor's requests exceed 1,350 emails Mentor either (a) selects a subset of search terms will result in production of less than 1,350 emails total or (b) modifies the existing search terms in accordance with the procedure for modifying search terms contained in modifies the Order for Discovery of Email entered on November 6, 2013 (Dkt. No. 97).

**June 20, 2014**: Parties complete production of fourth round of email discovery.

**June 25, 2014**: Parties exchange privilege logs for the fourth round of email discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2014

MAXINE M. CHESNEY
United States District Judge

2
STIPULATED [PROPOSED] ORDER MODIFYING ORDER FOR DISCOVERY OF EMAIL – CASE NO. 3:12-CV-06467-MMC