**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   SYNOPSYS INC,                              No. C-12-06467 DMR

12              Plaintiff(s),
                                               **ORDER GRANTING ADDITIONAL**
13        v.                                   **TIME TO FILE JOINT DISCOVERY**
                                               **LETTER**
14   MENTOR GRAPHICS CORP,

15              Defendant(s).
     _____/
16

17        Per the court's order dated June 17, 2014, *see* Docket No. 173, the parties were required to

18   file a joint discovery letter, if any, on previously-raised discovery disputes by June 24, 2014.  The

19   parties have requested additional time, until June 26, 2014, at 3 p.m., to file the joint discovery

20   letter.  The request is **granted.**

21        IT IS SO ORDERED.

22

23   Dated:  June 25, 2014

24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge

26

27

28