| | |
|---|---|
| David T. Pritikin (Pro Hac Vice) | George A. Riley (SBN 118304) |
| dpritikin@sidley.com | griley@omm.com |
| SIDLEY AUSTIN LLP | Mark E. Miller (SBN 130200) |
| 1 South Dearborn Street | markmiller@omm.com |
| Chicago, IL 60603 | Luann L. Simmons (SBN 203526) |
| Telephone: (312) 853-7000 | lsimmons@omm.com |
| Facsimile: (312) 853-7036 | Michael Sapoznikow (SBN #242640) |
| | msapoznikow@omm.com |
| M. Patricia Thayer (SBN 90818) | O'MELVENY & MYERS LLP |
| pthayer@sidley.com | Two Embarcadero Center, 28th Floor |
| Philip W. Woo (SBN 196459) | San Francisco, CA 94111 |
| pwoo@sidley.com | Telephone: (415) 984-8700 |
| SIDLEY AUSTIN LLP | Facsimile: (415) 984-8701 |
| 555 California Street, Suite 2000 | |
| San Francisco, CA 94104 | Kristin L. Cleveland (SBN #184639) |
| Telephone: (415) 772-1200 | kristin.cleveland@klarquist.com |
| Facsimile: (415) 772-7400 | Salumeh R. Loesch (Pro Hac Vice) |
| | salumeh.loesch@klarquist.com |
| I. Neel Chatterjee (SBN 173985) | Jeffrey S. Love (S.B. #195068) |
| nchatterjee@orrick.com | jeffrey.love@klarquist.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Andrew W. Mason (Pro Hac Vice) |
| 1000 Marsh Road | andrew.mason@klarquist.com |
| Menlo Park, CA 94025 | John D. Vandenberg (Pro Hac Vice) |
| Telephone: (650) 614-7400 | john.vandenberg@klarquist.com |
| Facsimile: (650) 614-7401 | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR 97204 |
| Attorneys for Plaintiff | Telephone: (503) 595-5300 |
| SYNOPSYS, INC., a Delaware Corporation | Facsimile: (503) 595-5301 |
| | |
| | Attorneys for Defendant |
| | Mentor Graphics Corporation, an Oregon Corporation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CONTENTIONS
CASE NO. 3:12-CV-06467-MMC

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, </br></br> Plaintiff, </br></br> vs. </br></br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, </br></br> Defendant. | Case No. 3:12-cv-06467-MMC-(DMR) </br></br> [PROPOSED] ORDER GRANTING LEAVE TO AMEND INVALIDITY CONTENTIONS AND INFRINGEMENT CONTENTIONS |

The Court ORDERS as follows:

1. Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corporation ("Mentor Graphics") jointly moved the Court seeking leave:

   a. for Mentor Graphics to serve amended invalidity contentions, as reflected in an email and attachments sent from Mentor Graphics counsel to Synopsys counsel on May 30, 2014, and

   b. for Synopsys to serve amended infringement contentions, as reflected in an email and attachments sent from Synopsys counsel to Mentor Graphics counsel on June 18, 2014.

2. Neither party opposes the other's proposed amendments.

3. The proposed amendments will narrow the issues in the case.

4. Pursuant to Civil L.R. 7-12 and Patent L.R. 3-6, the Parties' Joint Stipulated Motion is GRANTED: the parties may serve the amended contentions as described in the above-indicated emails.

IT IS SO ORDERED.

Dated: June 26, 2014

_____
Honorable Donna M. Ryu
United States Magistrate Judge

IT IS SO ORDERED