| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>SIDLEY AUSTIN LLP<br>1 South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>M. Patricia Thayer (SBN 90818)<br>pthayer@sidley.com<br>Philip W. Woo (SBN 196459)<br>pwoo@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone: (650) 614-7400<br>Facsimile:    (650) 614-7401<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | George A. Riley (SBN 118304)<br>griley@omm.com<br>Mark E. Miller (SBN 130200)<br>markmiller@omm.com<br>Luann L. Simmons (SBN 203526)<br>lsimmons@omm.com<br>Michael Sapoznikow (SBN 242640)<br>msapoznikow@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 984-8700<br>Facsimile:      (415) 984-8701<br><br>Kristin L. Cleveland (SBN 184639)<br>kristin.cleveland@klarquist.com<br>Salumeh R. Loesch (*Pro Hac Vice*)<br>salumeh.loesch@klarquist.com<br>Jeffrey S. Love (SBN 195068)<br>jeffrey.love@klarquist.com<br>Andrew M. Mason (*Pro Hac Vice*)<br>andrew.mason@klarquist.com<br>John D. Vandenberg (*Pro Hac Vice*)<br>john.vandenberg@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR  97204<br>Telephone:     (503) 595-5300<br>Facsimile:      (503) 595-5301<br><br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>             Defendant. | Case No. 3:12-cv-06467-MMC (DMR)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SOURCE CODE PRODUCED BY MENTOR GRAPHICS CORPORATION** |

WHEREAS, Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corporation ("Mentor Graphics") are presently engaged in pretrial discovery, including discovery regarding source code for the accused Mentor Graphics Veloce and Precision products;

WHEREAS, pursuant to an agreement between the parties, Mentor created a "cheat sheet" containing information for representative Veloce or Precision products dating from December 21, 2006, to June 6, 2013, which was served on Synopsys as Exhibit A to Mentor's Second Supplemental Response to Synopsys Interrogatory No. 9;

WHEREAS, for each such representative Veloce or Precision product, the "cheat sheet" identifies the product name, the release number, the approximate release date, and a source code repository "tag" for a representative version of RTLC source code corresponding to such release;

IT IS, THEREFORE, AGREED AND STIPULATED, AS FOLLOWS:

1. Mentor Graphics will not argue that any differences between the representative RTLC identified for a particular release of a Precision or Veloce product and other versions of RTLC are material to Synopsys' analyses for infringement by the accused products, and

2. Mentor Graphics will not argue that any differences between (a) the releases of a Veloce or Precision product identified in the "cheat sheet," and (b) releases of a Veloce or Precision product not identified in the "cheat sheet," are material to Synopsys' analyses for infringement by the accused products.

1

STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE PRODUCED BY MENTOR GRAPHICS CORPORATION – CASE NO. 3:12-CV-06467-MMC

Respectfully submitted,

Dated: July 1, 2014                          By: */s/ Philip W. Woo*
                                                  Philip W. Woo

                                             Attorneys for Plaintiff
                                             SYNOPSYS, INC.


Dated: July 1, 2014                          By: */s/ Andy Mason*
                                                  Andy Mason

                                             Attorneys for Defendant
                                             MENTOR GRAPHICS CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 2, 2014                          _____
                                             DONNA M. RYU
                                             United States Magistrate Judge

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Synopsys has obtained the concurrence of

Defendant's counsel in the filing of this stipulation.


Dated: July 1, 2014                          By: */s/ Philip W. Woo*
                                                  Philip W. Woo

                                             Attorneys for Plaintiff
                                             SYNOPSYS, INC., a Delaware Corporation

---

2

STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE PRODUCED BY MENTOR GRAPHICS CORPORATION –
CASE NO. 3:12-CV-06467-MMC