David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036

Aseem S. Gupta (S.B. # 252858)
agupta@sidley.com
M. Patricia Thayer (S.B. #90818)
pthayer@sidley.com
Philip W. Woo (S.B. #196459)
pwoo@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

I. Neel Chatterjee (S.B. #173985)
nchatterjee@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

William H. Wright (S.B. #161580)
wwright@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499

Attorneys for Plaintiff
SYNOPSYS, INC.

George A. Riley (S.B. #118304)
griley@omm.com
Mark E. Miller (S.B. #130200)
markmiller@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Michael Sapoznikow (S.B. #242640)
msapoznikow@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Xavier A. Clark (*Pro Hac Vice*)
xavier.clark@klarquist.com
Kristin L. Cleveland (S.B. #184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Jeffrey S. Love (S.B. #195068)
jeffrey.love@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Philip J. Warrick (*Pro Hac Vice*)
philip.warrick@klarquist.com
Owen D. Yeates (*Pro Hac Vice*)
owen.yeates@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Telephone:   (503) 595-5300
Facsimile:   (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, Federal Rule of Civil Procedure 29 provides that the Parties may stipulate to extend discovery;

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that Court approval is required to extend discovery, even where the Parties have stipulated to the extension;

WHEREAS, fact discovery in this case closes on July 18, 2014 (Dkt. No. 145);

WHEREAS, the Parties desire to take the deposition of certain identified witnesses after the close of fact discovery due to witness availability and/or attorney availability;

WHEREAS, good cause exists for allowing the Parties to take the desired depositions;

IT IS, THEREFORE, AGREED AND STIPULATED, AS FOLLOWS:

1. Parties have agreed to the below schedule to depose the listed witnesses after the close of fact discovery:

| Deponent | Deposition Date |
|---|---|
| Thomas Delaye | July 22, 2014 |
| Bob Erickson | July 22, 2014 |
| Meera Srinivasan | July 24, 2014 |
| Brent Gregory, Rule 30(b)(6) Topics 5, 11(b), 46, 47, and 50 | July 25, 2014[1] |
| Praveen Devulapalli | July 31, 2014 |
| Angela Sutton | July 31, 2014 |
| Aart de Geus | August 5, 2014[2] |

---

[1] The Parties have agreed that this deposition will be limited to two hours on the record.

STIPULATION AND [PROPOSED] ORDER TO TAKE
DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 3:12-CV-06467-MMC                                                                 1

The last fact deposition currently scheduled will occur on August 5, 2014.

2. The Parties have agreed that the witnesses disclosed in the Parties' Initial Disclosures for the first time on or after July 10, 2014 will be made available for deposition after the close of fact discovery, provided the request for deposition is made before the close of fact discovery.

3. The Parties have agreed that any motions to compel relating to any deposition in the above table shall be due one week (seven calendar days) following the deposition. (*See* L.R. 37-3.)

IT IS SO STIPULATED.

Dated: July 18, 2014          By: /s/ *Salumeh R. Loesch*
                                   Salumeh R. Loesch

                              Attorneys for Defendant
                              MENTOR GRAPHICS CORPORATION

Dated: July 18, 2014          By: /s/ *Philip W. Woo*
                                   Philip W. Woo

                              Attorneys for Plaintiff
                              SYNOPSYS, INC.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: July 18 2014           By: /s/ *Salumeh R. Loesch*
                                   Salumeh R. Loesch

---

[2] The Parties have agreed that this deposition will be limited to two hours on the record.

STIPULATION AND [PROPOSED] ORDER TO TAKE
DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 3:12-CV-06467-MMC                                                          2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: July 21, 2014

_____
Honorable Maxine M. Chesney
United States District Judge