| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> Sidley Austin LLP <br> 1 South Dearborn Street <br> Chicago, IL 60603 <br> Telephone:   (312) 853-7000 <br> Facsimile:    (312) 853-7036 <br><br> Aseem S. Gupta (S.B. # 252858) <br> agupta@sidley.com <br> M. Patricia Thayer (S.B. #90818) <br> pthayer@sidley.com <br> Philip W. Woo (S.B. #196459) <br> pwoo@sidley.com <br> Sidley Austin LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone:   (415) 772-1200 <br> Facsimile:    (415) 772-7400 <br><br> I. Neel Chatterjee (S.B. #173985) <br> nchatterjee@orrick.com <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone:   (650) 614-7400 <br> Facsimile:    (650) 614-7401 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | George A. Riley (S.B. #118304) <br> griley@omm.com <br> Mark E. Miller (S.B. #130200) <br> markmiller@omm.com <br> Luann L. Simmons (S.B. #203526) <br> lsimmons@omm.com <br> Michael Sapoznikow (S.B. #242640) <br> msapoznikow@omm.com <br> O'Melveny & Myers LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:    (415) 984-8701 <br><br> Xavier A. Clark (*Pro Hac Vice*) <br> xavier.clark@klarquist.com <br> Kristin L. Cleveland (S.B. #184639) <br> kristin.cleveland@klarquist.com <br> Salumeh R. Loesch (*Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> Jeffrey S. Love (S.B. #195068) <br> jeffrey.love@klarquist.com <br> Andrew M. Mason (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> Philip J. Warrick (*Pro Hac Vice*) <br> philip.warrick@klarquist.com <br> Owen D. Yeates (*Pro Hac Vice*) <br> owen.yeates@klarquist.com <br> Klarquist Sparkman, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204 <br> Telephone:   (503) 595-5300 <br> Facsimile:    (503) 595-5301 <br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE TO FILE MOTION TO COMPEL DISCOVERY
CASE NO. 3:12-CV-06467-MMC

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, Federal Rule of Civil Procedure 29 provides that the Parties may stipulate to extend discovery;

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that Court approval is required to extend discovery, even where the Parties have stipulated to the extension;

WHEREAS, pursuant to Civil Local Rule 37-3 the last day to file a motion to compel discovery is July 25, 2014;

WHEREAS, the Parties are continuing to discuss issues and believe there are some disputes that may be resolved through further supplementation and/or cooperation;

WHEREAS, good cause exists for allowing the Parties to extend the deadline on which to file a motion to compel discovery for these issues;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate to extend the deadline on which to file a motion to compel discovery to August 1, 2014, as to the following discovery disputes:

1. Mentor's responses to Synopsys' Requests For Admission Nos. 3-18, 49, 53, 60, 71, 72, and 94-118;
2. Mentor's responses to Synopsys' Interrogatory Nos. 15, 24, 31, and 36;
3. Mentor's responses to Synopsys' Request for Production Nos. 35 and 122;
4. Mentor's production of source code for the Accused Products;
5. Synopsys' responses to Mentor's Requests For Admission Nos. 27, 33-36, 45-58, 62-65, 70-72, 75-76, 87-88, 92, 101-02, and 104-05;
6. Mentor's challenges to Synopsys' privilege log, detailed in counsel for

Mentor's July 18, 2014 letter to counsel for Synopsys;

7. Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys;

8. Mentor's request for the deposition of Kevin Kranen;

9. Synopsys' production of source code for the Synplify product line;

10. The parties' follow-up requests as to various documents and information requested to be produced related to alleged "damages" issues, per the parties' correspondence from July 16-18, 2014; and

11. Synopsys' challenges to deposition testimony by Mentor's 30(b)(6) witness Dean Freed.

1  IT IS SO STIPULATED.

2  Dated:  July 24, 2014                    By:  /s/ *Salumeh R. Loesch*
3                                                     Salumeh R. Loesch

4  Attorneys for Defendant
   MENTOR GRAPHICS CORPORATION

5

6  Dated:  July 24, 2014                    By:  /s/ *Philip W. Woo*
7                                                     Philip W. Woo

8  Attorneys for Plaintiff
   SYNOPSYS, INC.

9
10
11

   Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that
12
   concurrence in the filing of this document has been obtained from the other
13
   signatory above.
14
15

16  Dated:  July 24, 2014                    By:  /s/ *Salumeh R. Loesch*
                                                   Salumeh R. Loesch
17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
19
20

21  DATED:  July 28, 2014                    _____
                                              Honorable Maxine M. Chesney
22                                            United States District Judge
23
24
25
26
27

28  STIPULATION AND [PROPOSED] ORDER EXTENDING
    THE DEADLINE TO FILE MOTION TO COMPEL DISCOVERY
    CASE NO. 3:12-CV-06467-MMC                                            3