IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S JULY 18, 2014 MOTION TO FILE UNDER SEAL; DIRECTIONS TO DEFENDANT** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. / | |

Before the Court is defendant's Administrative Motion to File Under Seal, filed July 18, 2014, by which motion defendant seeks leave to file under seal Exhibit 1 to the Second Declaration of Jeffrey S. Love in Support of Defendant's Motion to Stay, on the ground said exhibit has been designated as confidential by defendant. Having read and considered the administrative motion, the Court rules as follows.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party

1 | may file the document in the public record no earlier than 4 days, and no later than 10
2 | days, after the motion is denied." Id. at 79-5(e)(2).
3 |     To date, the designating party has not filed a responsive declaration to the above-
4 | referenced motion.
5 |     Accordingly, defendant's motion for administrative relief is hereby DENIED.
6 |     Defendant is hereby DIRECTED to file in the public record, no earlier than August 1
7 | and no later than August 7, 2014, Exhibit 1 to the Second Declaration of Jeffrey S. Love in
8 | Support of Defendant's Motion to Stay .
9 | **IT IS SO ORDERED.**

Dated: July 28, 2014

MAXINE M. CHESNEY
United States District Judge