IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br>   Defendant. <br> _____/ | No. C 12-6467 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO STAY CASE PENDING INTER PARTES REVIEW** |

   Before the Court is defendant Mentor Graphics Corporations's ("Mentor") Motion to Stay Case Pending *Inter Partes* Review of '420 Patent, filed June 27, 2014. Plaintiff Synopsys, Inc. ("Synopsys") has filed opposition, to which Mentor has replied. The matter came on regularly for hearing on August 1, 2014. M. Patricia Thayer of Sidley Austin LLP appeared on behalf of Synopsys. Jeffrey S. Love of Klarquist Sparkman, LLP appeared on behalf of Mentor.

   The Court having read and considered the parties' respective written submissions and having considered the arguments of counsel, the motion is, for the reasons stated on the record at the hearing, hereby GRANTED in part and DENIED in part, as follows.

   1.   To the extent the motion seeks to stay all proceedings on U.S. Patent No. 6,836,420 pending completion of trial on *inter partes* review of said patent by the Patent Trial and Appeals Board, the motion is hereby GRANTED.

2. In all other respects, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 1, 2014

_____
MAXINE M. CHESNEY
United States District Judge