David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR MISCELLANEOUS RELIEF FROM ORDER DENYING ADMINISTRATIVE MOTION TO SEAL [DKT. 212]** |

Plaintiff Synopsys, Inc.'s ("Synopsys") Motion for Miscellaneous Relief (Dkt. No. 213) came before the Honorable Maxine M. Chesney on August 1, 2014 at 9:00 a.m.

Synopsys made an oral argument before the Court for the motion to be treated as a Motion for Reconsideration of the Court's July 28, 2014 Order Denying Defendant's July 18, 2014 Motion to File Under Seal (Dkt. No. 212).

The Court, having found good cause, orders as follows:

1. Synopsys' Motion for Reconsideration (Dkt. No. 213) of the Court's July 28 Order Denying Defendant's July 18, 2014 Motion to File Under Seal is **GRANTED**.

2. Defendant's July 18, 2014 Administrative Motion to File Under Seal (Dkt. No. 205), by which motion defendant seeks leave to file under seal Exhibit 1 to the Second Declaration of Jeffrey S. Love in Support of Defendant's Motion to Stay, is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 1, 2014

MAXINE M. CHESNEY
United States District Judge