| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>Sidley Austin LLP<br>1 South Dearborn Street<br>Chicago, IL 60603<br>Telephone:   (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>Aseem S. Gupta (S.B. # 252858)<br>agupta@sidley.com<br>M. Patricia Thayer (S.B. #90818)<br>pthayer@sidley.com<br>Philip W. Woo (S.B. #196459)<br>pwoo@sidley.com<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:   (415) 772-1200<br>Facsimile:   (415) 772-7400<br><br>I. Neel Chatterjee (S.B. #173985)<br>nchatterjee@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:   (650) 614-7400<br>Facsimile:   (650) 614-7401<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | George A. Riley (S.B. #118304)<br>griley@omm.com<br>Mark E. Miller (S.B. #130200)<br>markmiller@omm.com<br>Luann L. Simmons (S.B. #203526)<br>lsimmons@omm.com<br>Michael Sapoznikow (S.B. #242640)<br>msapoznikow@omm.com<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>Xavier A. Clark (*Pro Hac Vice*)<br>xavier.clark@klarquist.com<br>Kristin L. Cleveland (S.B. #184639)<br>kristin.cleveland@klarquist.com<br>Salumeh R. Loesch (*Pro Hac Vice*)<br>salumeh.loesch@klarquist.com<br>Jeffrey S. Love (S.B. #195068)<br>jeffrey.love@klarquist.com<br>Andrew M. Mason (*Pro Hac Vice*)<br>andrew.mason@klarquist.com<br>John D. Vandenberg (*Pro Hac Vice*)<br>john.vandenberg@klarquist.com<br>Philip J. Warrick (*Pro Hac Vice*)<br>philip.warrick@klarquist.com<br>Owen D. Yeates (*Pro Hac Vice*)<br>owen.yeates@klarquist.com<br>Klarquist Sparkman, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR  97204<br>Telephone:   (503) 595-5300<br>Facsimile:   (503) 595-5301<br><br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                     Plaintiff,<br><br>     v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>                     Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, Federal Rule of Civil Procedure 29 provides that the Parties may stipulate to extend discovery;

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that Court approval is required to extend discovery, even where the Parties have stipulated to the extension;

WHEREAS, pursuant to Civil Local Rule 37-3 the last day to file a motion to compel discovery is July 25, 2014;

WHEREAS, the Parties filed a stipulation (Dkt. No. 208) and the Court Ordered an extension of the deadlines on which to file a motion to compel discovery to August 1 (Dkt. No. 211);

WHEREAS, the Parties still are continuing to discuss issues and believe there are some disputes that may be resolved through further supplementation and/or cooperation;

WHEREAS, good cause exists for allowing the Parties to extend the deadline on which to file a motion to compel discovery for these issues;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate to extend the deadline on which to file a motion to compel discovery to August 5, 2014, as to the following discovery disputes:

1. Mentor's responses to Synopsys' Requests For Admission  Nos. 49, 53, 60, 71, 72, and 94-118;
2. Mentor's responses to Synopsys' Interrogatory Nos. 15, 24, 31, and 36;
3. Synopsys' responses to Mentor's Requests For Admission Nos. 27, 33-36, 45-58, 62-65, 70-72, 75-76, 87-88, 92, 101-02, and 104-05;
4. Mentor's challenges to certain of Synopsys' documents designated

     "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys;

5. Mentor's request for the deposition of Kevin Kranen;

6. The parties' follow-up requests as to various documents and information requested to be produced related to alleged "damages" issues, per the parties' correspondence from July 16-18, 2014; and

7. Mentor's follow-up request to produce document retention/destruction policies, pursuant to the July 25, 2014 deposition of Brent Gregory.

AND, the Parties further stipulate to extend the deadline on which to file a motion to compel discovery to August 8, 2014, as to the following discovery disputes:

1. Mentor's challenges to Synopsys' privilege log, detailed in counsel for Mentor's July 18, 2014 letter to counsel for Synopsys.

1   IT IS SO STIPULATED.

2       Dated: August 1, 2014                By: /s/ *Salumeh R. Loesch*
                                                 Salumeh R. Loesch
3
                                             Attorneys for Defendant
4                                            MENTOR GRAPHICS CORPORATION

5

6       Dated: August 1, 2014                By: /s/ *Philip W. Woo*
                                                 Philip W. Woo
7
                                             Attorneys for Plaintiff
8                                            SYNOPSYS, INC.

9

10

11
        Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that
12
    concurrence in the filing of this document has been obtained from the other
13
    signatory above.
14

15

16      Dated: August 1, 2014                By: /s/ *Salumeh R. Loesch*
                                                 Salumeh R. Loesch
17

18      **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

19

20

21      DATED: August 1, 2014                _____
                                             Honorable Maxine M. Chesney
22                                           United States District Judge

23

24

25

26

27

28  SECOND STIPULATION AND [PROPOSED] ORDER
    EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL
    DISCOVERY CASE NO. 3:12-CV-06467-MMC                                        3