| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> Sidley Austin LLP <br> 1 South Dearborn Street <br> Chicago, IL 60603 <br> Telephone:  (312) 853-7000 <br> Facsimile:  (312) 853-7036 <br><br> Aseem S. Gupta (S.B. # 252858) <br> agupta@sidley.com <br> M. Patricia Thayer (S.B. #90818) <br> pthayer@sidley.com <br> Philip W. Woo (S.B. #196459) <br> pwoo@sidley.com <br> Sidley Austin LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone:  (415) 772-1200 <br> Facsimile:  (415) 772-7400 <br><br> I. Neel Chatterjee (S.B. #173985) <br> nchatterjee@orrick.com <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone:  (650) 614-7400 <br> Facsimile:  (650) 614-7401 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | George A. Riley (S.B. #118304) <br> griley@omm.com <br> Mark E. Miller (S.B. #130200) <br> markmiller@omm.com <br> Luann L. Simmons (S.B. #203526) <br> lsimmons@omm.com <br> Michael Sapoznikow (S.B. #242640) <br> msapoznikow@omm.com <br> O'Melveny & Myers LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:  (415) 984-8700 <br> Facsimile:  (415) 984-8701 <br><br> Xavier A. Clark (*Pro Hac Vice*) <br> xavier.clark@klarquist.com <br> Kristin L. Cleveland (S.B. #184639) <br> kristin.cleveland@klarquist.com <br> Salumeh R. Loesch (*Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> Jeffrey S. Love (S.B. #195068) <br> jeffrey.love@klarquist.com <br> Andrew M. Mason (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> Philip J. Warrick (*Pro Hac Vice*) <br> philip.warrick@klarquist.com <br> Owen D. Yeates (*Pro Hac Vice*) <br> owen.yeates@klarquist.com <br> Klarquist Sparkman, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204 <br> Telephone:  (503) 595-5300 <br> Facsimile:  (503) 595-5301 <br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, Federal Rule of Civil Procedure 29 provides that the Parties may stipulate to extend discovery;

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that Court approval is required to extend discovery, even where the Parties have stipulated to the extension;

WHEREAS, pursuant to Magistrate Judge Ryu's Order of August 1, 2014, if the parties are unable to resolve the seven discovery disputes of Dkt. 219 without judicial intervention by the August 5, 2014 deadline, all such disputes shall be filed as a single joint discovery letter of no more than 15 pages;

WHEREAS, the Parties still are continuing to discuss Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys and the dispute will be narrowed through further supplementation and/or cooperation;

WHEREAS, the deadline for filing a letter brief on designation challenges pursuant to § 7.3 of the Stipulated Protective Order at Dkt. 146 is five business days after the parties' meet and confer session;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate to extend the deadline on which to file the letter brief as to Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys, to August 7, 2014.

1  IT IS SO STIPULATED.

2  Dated: August 5, 2014            By: /s/ *Salumeh R. Loesch*
                                         Salumeh R. Loesch
3
4                                    Attorneys for Defendant
                                     MENTOR GRAPHICS CORPORATION
5

6  Dated: August 5, 2014            By: /s/ *Philip W. Woo*
                                         Philip W. Woo
7
8                                    Attorneys for Plaintiff
                                     SYNOPSYS, INC.
9
10
11
12     Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that
13 concurrence in the filing of this document has been obtained from the other
14 signatory above.
15

16 Dated: August 5, 2014             By: /s/ *Philip W. Woo*
                                         Philip W. Woo
17

18     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
19
20
21 DATED:   August 7, 2014           _____
                                     Honorable Maxine M. Chesney
22                                   United States District Judge
23
...
28 THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING
   THE DEADLINE TO FILE MOTION TO COMPEL DISCOVERY
   CASE NO. 3:12-CV-06467-MMC                                                    2