| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>SIDLEY AUSTIN LLP<br>1 South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>M. Patricia Thayer (SBN 90818)<br>pthayer@sidley.com<br>Philip W. Woo (SBN 196459)<br>pwoo@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone: (650) 614-7400<br>Facsimile:   (650) 614-7401<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | George A. Riley (SBN 118304)<br>griley@omm.com<br>Mark E. Miller (SBN 130200)<br>markmiller@omm.com<br>Luann L. Simmons (SBN 203526)<br>lsimmons@omm.com<br>Michael Sapoznikow (SBN 242640)<br>msapoznikow@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 984-8700<br>Facsimile:      (415) 984-8701<br><br>Kristin L. Cleveland (SBN 184639)<br>kristin.cleveland@klarquist.com<br>Salumeh R. Loesch (*Pro Hac Vice*)<br>salumeh.loesch@klarquist.com<br>Jeffrey S. Love (SBN 195068)<br>jeffrey.love@klarquist.com<br>Andrew M. Mason (*Pro Hac Vice*)<br>andrew.mason@klarquist.com<br>John D. Vandenberg (*Pro Hac Vice*)<br>john.vandenberg@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR  97204<br>Telephone:     (503) 595-5300<br>Facsimile:      (503) 595-5301<br><br>Attorneys for Defendant<br>MENTOR GRAPHICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>              Defendant. | Case No. 3:12-cv-06467-MMC (DMR)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SYNOPSYS, INC.'S PRODUCTS** |

1  Pursuant to Civil Local Rule 7-12 and Local Patent Rule 3-6, Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corporation ("Mentor Graphics") jointly submit this stipulated motion.

WHEREAS, Synopsys identified a total of 26 asserted claims of U.S. Patent No. 5,530,841 (the "'841 patent"), U.S. Patent No. 5,680,318 (the "'318 patent"), U.S. Patent No. 5,748,488 (the "'488 patent"), [1] and U.S. Patent No. 6,836,420 (the "'420 patent") (collectively, the "Asserted Patents") in its Infringement Contentions served on April 12, 2013 in this case;

WHEREAS, Mentor Graphics identified 39 prior art references and products for the Gregory patents, and 31 prior art references and products for the '420 patent in its First Amended Invalidity Contentions served January 29, 2014 in this case;

WHEREAS, the Court has stayed "all proceeding on the '420 patent pending completion of trial on *inter partes* review of said patent by the Patent Trial and Appeals Board" (Dkt. No. 215);

WHEREAS, Synopsys and Mentor Graphics seek to further streamline and narrow the issues in the case as it moves forward;

IT IS, THEREFORE, AGREED AND STIPULATED, AS FOLLOWS:

By August 7, 2014 Synopsys will elect 8 claims total for the Gregory patents.

By August 14, 2014 Mentor will elect 6 prior art references for the Gregory patents.

For purposes of this Stipulation, a prior art instrumentality (such as a device or process) and associated references that describe that prior art instrumentality shall count as one prior art reference, as shall the closely related work of a single prior artist.

Respectfully submitted,

Dated: August 7, 2014           By:  */s/ Philip W. Woo*
                                     Philip W. Woo

                                Attorneys for Plaintiff
                                SYNOPSYS, INC.

---

[1] The '841. '318, and '488 patents are related, have the same inventors (Brent L. Gregory and Russell B. Segal), and are collectively referred to as the "Gregory patents."

| | | |
|---|---|---|
| Dated: August 7, 2014 | By: | */s/ Andy Mason* |
| | | Andy Mason |
| | | Attorneys for Defendant |
| | | MENTOR GRAPHICS CORPORATION |

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Synopsys has obtained the concurrence of Defendant's counsel in the filing of this stipulation.

| | | |
|---|---|---|
| Dated: August 7, 2014 | By: | */s/ Philip W. Woo* |
| | | Philip W. Woo |
| | | Attorneys for Plaintiff |
| | | SYNOPSYS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2014

DONNA M. RYU
United States Magistrate Judge