David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036

Aseem S. Gupta (S.B. # 252858)
agupta@sidley.com
M. Patricia Thayer (S.B. #90818)
pthayer@sidley.com
Philip W. Woo (S.B. #196459)
pwoo@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

I. Neel Chatterjee (S.B. #173985)
nchatterjee@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

George A. Riley (S.B. #118304)
griley@omm.com
Mark E. Miller (S.B. #130200)
markmiller@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Michael Sapoznikow (S.B. #242640)
msapoznikow@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Xavier A. Clark (*Pro Hac Vice*)
xavier.clark@klarquist.com
Kristin L. Cleveland (S.B. #184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Jeffrey S. Love (S.B. #195068)
jeffrey.love@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Philip J. Warrick (*Pro Hac Vice*)
philip.warrick@klarquist.com
Owen D. Yeates (*Pro Hac Vice*)
owen.yeates@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Telephone:   (503) 595-5300
Facsimile:   (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, pursuant to the Court's Order of August 11, 2014 at Dkt. 235, August 11, 2014 is the deadline on which to file the letter brief as to Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys;

WHEREAS, the Parties still are continuing to discuss Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys and the dispute will be narrowed through further supplementation and/or cooperation;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate to extend the deadline on which to file the letter brief as to Mentor's challenges to certain of Synopsys' documents designated "Highly Confidential – Attorneys' Eyes Only," detailed in counsel for Mentor's July 15, 2014 letter to counsel for Synopsys, to August 13, 2014.

IT IS SO STIPULATED.

Dated:  August 11, 2014	By:  /s/ *Salumeh R. Loesch*
	Salumeh R. Loesch

	Attorneys for Defendant
	MENTOR GRAPHICS CORPORATION


Dated:  August 11, 2014	By:  /s/ *M. Patricia Thayer*
	M. Patricia Thayer

	Attorneys for Plaintiff
	SYNOPSYS, INC.


Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.


Dated:  August 11, 2014	By:  /s/ *M. Patricia Thayer*
	M. Patricia Thayer


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED:  August 15, 2014	[signature]
	Honorable Maxine M. Chesney
	United States District Judge