| | |
|---|---|
| David T. Pritikin (*Pro Hac Vice*) <br> dpritikin@sidley.com <br> Sidley Austin LLP <br> 1 South Dearborn Street <br> Chicago, IL 60603 <br> Telephone:   (312) 853-7000 <br> Facsimile:    (312) 853-7036 <br><br> Aseem S. Gupta (S.B. # 252858) <br> agupta@sidley.com <br> M. Patricia Thayer (S.B. #90818) <br> pthayer@sidley.com <br> Philip W. Woo (S.B. #196459) <br> pwoo@sidley.com <br> Sidley Austin LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone:   (415) 772-1200 <br> Facsimile:    (415) 772-7400 <br><br> I. Neel Chatterjee (S.B. #173985) <br> nchatterjee@orrick.com <br> Orrick, Herrington & Sutcliffe LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone:   (650) 614-7400 <br> Facsimile:    (650) 614-7401 <br><br> Attorneys for Plaintiff <br> SYNOPSYS, INC. | George A. Riley (S.B. #118304) <br> griley@omm.com <br> Mark E. Miller (S.B. #130200) <br> markmiller@omm.com <br> Luann L. Simmons (S.B. #203526) <br> lsimmons@omm.com <br> Michael Sapoznikow (S.B. #242640) <br> msapoznikow@omm.com <br> O'Melveny & Myers LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:    (415) 984-8701 <br><br> Xavier A. Clark (*Pro Hac Vice*) <br> xavier.clark@klarquist.com <br> Kristin L. Cleveland (S.B. #184639) <br> kristin.cleveland@klarquist.com <br> Salumeh R. Loesch (*Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> Jeffrey S. Love (S.B. #195068) <br> jeffrey.love@klarquist.com <br> Andrew M. Mason (*Pro Hac Vice*) <br> andrew.mason@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> Philip J. Warrick (*Pro Hac Vice*) <br> philip.warrick@klarquist.com <br> Owen D. Yeates (*Pro Hac Vice*) <br> owen.yeates@klarquist.com <br> Klarquist Sparkman, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204 <br> Telephone:   (503) 595-5300 <br> Facsimile:    (503) 595-5301 <br><br> Attorneys for Defendant <br> MENTOR GRAPHICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corp. ("Mentor Graphics") as follows:

WHEREAS, pursuant to the Court's Order of August 7, 2014 at Dkt. 235, August 15, 2014 is the deadline on which to file the letter brief as to Mentor's challenges to Synopsys' privilege log, detailed in counsel for Mentor's July 18, 2014 letter to counsel for Synopsys;

WHEREAS, the Parties still are continuing to discuss Mentor's challenges to Synopsys' privilege log, detailed in counsel for Mentor's July 18, 2014 letter to counsel for Synopsys and the dispute will be narrowed through further supplementation and/or cooperation;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate to extend the deadline on which to file the letter brief as to Mentor's challenges to Synopsys' privilege log, detailed in counsel for Mentor's July 18, 2014 letter to counsel for Synopsys, to August 20, 2014.

IT IS SO STIPULATED.

Dated: August 15, 2014          By: /s/ *Salumeh R. Loesch*
                                        Salumeh R. Loesch

                                Attorneys for Defendant
                                MENTOR GRAPHICS CORPORATION


Dated: August 15, 2014          By: /s/ *Philip W. Woo*
                                        Philip W. Woo

                                Attorneys for Plaintiff
                                SYNOPSYS, INC.


Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.


Dated: August 15, 2014          By: /s/ *Salumeh R. Loesch*
                                        Salumeh R. Loesch


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: August 22, 2014                  _____
                                        Honorable Maxine M. Chesney
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
TO FILE MOTIONS TO COMPEL CASE NO. 3:12-CV-06467-MMC                2