United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC, | No. C-12-06467-MMC (DMR) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW LETTER BRIEF [DOCKET NO. 246]** |
| MENTOR GRAPHICS CORP, | |
| Defendant(s). | |

The parties' joint motion to withdraw Docket Nos. 199, 204, and 225 is **granted**.

IT IS SO ORDERED.

Dated: August 28, 2014

IT IS SO ORDERED

Donna M. Ryu
United States Magistrate Judge