**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   SYNOPSYS INC,                                No. C-12-06467-MMC (DMR)

12              Plaintiff(s),                     **ORDER RE: JOINT DISCOVERY
                                                  LETTER [DOCKET NO. 226]**
13         v.

14   MENTOR GRAPHICS CORP,

15              Defendant(s).
                                            /
16

17        Before the court is a discovery letter submitted by Plaintiff Synopsys Inc. and Defendant

18   Mentor Graphics Corp, in which Mentor seeks to compel miscellaneous discovery responses from

19   Synopsys.[1]  [Docket No. 226.]  The court held a hearing on August 28, 2014, and made rulings from

20   the bench.  This order summarizes those rulings.  For the reasons stated at the hearing, the court

21   ordered the following:

22

23   —————————————

24        [1] Synopsys moves to file under seal portions of this discovery letter containing information from
     the Swap Space newsletters, information from Kranen's notebooks, and information about Synopsys's
25   beta test agreements for VHDL Compeiler.  [Docket Nos. 226, 237.]  Synopsys's counsel declares that
     the information to be sealed (1) could reveal perceived shortcomings of Synopsys products, which could
26   be used by a competitor to cast aspersions on the company; (2) addresses products under development
     at Synopsys that have nothing to do with the litigation; (3) includes proprietary details of Synopsys's
27   business strategy; and (4) includes proprietary information regarding how Synopsys structures its
     agreements with users and customers.  The court **grants** Synopsys's motion to seal portions of this
28   discovery letter.

**United States District Court**
For the Northern District of California

1    Mentor's motion to compel Synopsys to produce Deirdre Hanford and Russell Segal for

2  further deposition is **granted.**  Synopsys shall produce (1) Hanford for a deposition of no longer

3  than two hours, and (2) Segal for a deposition of no longer than one hour.  Both depositions shall be

4  limited to questions regarding documents produced after each deponent's previous deposition,

5  including the relevant Swap Space newsletters. Mentor's motion to compel Synopsys to produce an

6  "accounting" of Synopsys's production of the Swap Space newsletters is **denied.**

7    With respect to Mentor's motion to compel Synopsys to "give a complete answer" to

8  Interrogatory No. 30, the parties did not provide the court with Synopsys's response.  For this

9  reason, the court was not able to assess its sufficiency.  To the extent Synopsys responded to the

10  interrogatory by referring to a declaration, Mentor's motion is **granted.**  Synopsys must produce a

11  complete written response to the interrogatory; incorporation by reference to declarations in lieu of a

12  written interrogatory response is insufficient.  *See* Fed. R. Civ. P. 33(b)(3) ("Each interrogatory

13  must, to the extent it is not objected to, be answered separately and fully in writing under oath.");

14  *Scaife v. Boenne,* 191 F.R.D. 590, 594 (N.D. Ind. 2000) (answer to interrogatory should be complete

15  in itself and should not refer to the pleadings or other documents) (quotations omitted).

16    Mentor's motion to compel Synopsys to produce Kevin Kranen for a deposition is **granted**.

17  The deposition is limited to two hours.  Mentor's motion to compel the production of the remainder

18  of Kranen's notebooks is **denied.**

19    Mentor's motion to compel Synopsys to produce an explanation for the production date of

20  the Beta Test Agreement is **denied.**  However, **by September 2, 2014,** Synopsys shall provide

21  written confirmation that it has made best efforts to review its documents, including documents

22  relating to prior relevant litigation, and that to the best of its knowledge, it has now produced all

23  non-privileged responsive documents.  The written confirmation shall be signed by lead counsel for

24  Synopsys, whose signature shall have the effect set forth in Federal Rule of Civil Procedure 26(g).

25    Mentor's motion to compel Synopsys to produce metadata for approximately 4200 pages of

26  documents produced by Synopsys between May and July 2014 is **denied.**

27

28

**United States District Court**
For the Northern District of California

1    Mentor's motion to compel Synopsys to produce a Rule 30(b)(6) witness on Topics 44, 45,

2    and 49 is **denied.**  Mentor's motion to compel Synopsys to produce a Rule 30(b)(6) witness on

3    Topic 51 is **granted.**  Synopsys shall produce an adequately prepared witness on Topic 51.

4

5

6

7    IT IS SO ORDERED.

8

9    Dated:  August 28, 2014



DONNA M. RYU
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3