UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC,<br><br>          Plaintiff(s),<br><br>     v.<br><br>MENTOR GRAPHICS CORP,<br><br>          Defendant(s).<br>_____/ | No. C-12-06467-MMC (DMR)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD [DOCKET NO. 249]** |

Plaintiff Synopsys Inc. has filed an administrative motion to supplement the record. [Docket No. 249.] The motion was not opposed. *See* Civil L.R. 7-11(b) (any opposition to an administrative motion must be filed no later than four days after the motion has been filed). However, the discovery dispute to which the administrative motion pertains has been resolved. *See* Docket No. 248. Plaintiff's administrative motion is therefore **denied as moot.**

IT IS SO ORDERED.

Dated: September 4, 2014

DONNA M. RYU
United States Magistrate Judge