UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS INC,

        Plaintiff(s),

   v.

MENTOR GRAPHICS CORP,

        Defendant(s).

_____/

No. C-12-06467-MMC (DMR)

**ORDER FOR SUPPLEMENTAL SUBMISSION**

    Before the court is a joint discovery letter in which Synopsys seeks to compel Mentor to produce further deposition testimony for several Rule 30(b)(6) topics. [Docket No. 222.] The letter references a portion of the deposition of Dean Freed, in which Freed ostensibly testified regarding his knowledge of the licensing of Mentor's patents in the field of logic synthesis. *See* Docket No. 222-3 at 3 ¶ 2 (citing Freed Dep. at 80:13-15), 8 ¶ 5. By **10 a.m. on September 9, 2014**, Synopsys shall file only the portions of Freed's deposition relevant to this topic, i.e., the specific question(s) and answer(s) that form the basis of Synopsys' argument.

    IT IS SO ORDERED.

Dated: September 8, 2014

DONNA M. RYU
United States Magistrate Judge