1  David T. Pritikin (*Pro Hac Vice*)
   dpritikin@sidley.com
2  SIDLEY AUSTIN LLP
   1 South Dearborn Street
3  Chicago, IL  60603
   Telephone:  (312) 853-7000
4  Facsimile:   (312) 853-7036

5  M. Patricia Thayer (SBN 90818)
   pthayer@sidley.com
6  Philip W. Woo (SBN 196459)
   pwoo@sidley.com
7  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
8  San Francisco, CA  94104
   Telephone:  (415) 772-1200
9  Facsimile:   (415) 772-7400

10 I. Neel Chatterjee (SBN 173985)
   nchatterjee@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA  94025
   Telephone:  (650) 614-7400
13 Facsimile:    (650) 614-7401

14 Attorneys for Plaintiff
   SYNOPSYS, INC., a Delaware Corporation

15

16                       UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT CALIFORNIA

18                            SAN FRANCISCO DIVISION

19

20 SYNOPSYS, INC, a Delaware Corporation,   )  Case No. 3:12-cv-06467-MMC
                                            )
21              Plaintiff,                  )
                                            )  **[PROPOSED] ORDER GRANTING**
22 vs.                                      )  **SYNOPSYS' ADMINISTRATIVE**
                                            )  **MOTION TO FILE SUPPLEMENTAL**
23 MENTOR GRAPHICS CORPORATION, an          )  **SUBMISSION UNDER SEAL**
   Oregon Corporation,                      )
24                                          )
                Defendant.                  )
25                                          )

26

27

28

---

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL SUBMISSION
UNDER SEAL – CASE NO. 3:12-CV-06467-MMC

1  Having considered Synopsys' Administrative Motion to File Supplemental Submission
2  Under Seal, the Declaration of Philip W. Woo in Support of Administrative Motion to File
3  Supplemental Submission Under Seal, and all other papers filed in support thereof, ~~the Court finds~~
   as well as Mentor's responsive declaration [Docket No. 266], the court finds
4  that good cause exists to file under seal the supplemental submission of portions of the deposition
5  transcript of Dean Freed.
6  Accordingly, Synopsys' Administrative Motion to File Letter Brief Under Seal is hereby
7  GRANTED.

9  **IT IS SO ORDERED.**

10  September 30, 2014
11  Dated: _____

    IT IS SO ORDERED
    *Judge Donna M. Ryu*

    Honorable Donna M. Ryu
    United States Magistrate Judge