David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC <br><br> **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** <br> AND ORDER THEREON |

On October 3, 2014, Synopsys's counsel inadvertently filed a document in the public record that should have been filed under seal. Synopsys requests the document be removed from the ECF system and destroyed.  The document is ECF No. 284-7.

Respectfully submitted,

By:  /s/Philip W. Woo
     Philip W. Woo

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, Inc., a Delaware Corporation

October 6, 2014

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA