IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

  v.

MENTOR GRAPHICS CORPORATION,

    Defendant.

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL DEFENDANT'S MOTION TO STRIKE AND EXHIBITS THERETO; DIRECTIONS TO DEFENDANT**

    Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Motion to Strike and Exclude Certain Opinions Given in the Reports of Ronald D. (Shawn) Blanton, Ph. D. and Exhibits 1-5 to the Accompanying Declaration of Max Beach," filed October 3, 2014, pursuant to Civil Local Rule 79-5. Having read and considered the administrative motion and declaration filed in support thereof, the Court hereby rules as follows.

    To the extent the administrative motion seeks to seal Mentor's motion to strike and exhibits 1, 2, and 5 to the declaration of Max Beach in support thereof, the motion is GRANTED, and said motion and exhibits may remain under seal.

    As to exhibits 3 and 4 to the above-referenced declaration, however, each of which Mentor seeks to have sealed in its entirety and appears to contain substantial amounts of

1  non-sealable material, the motion is overly inclusive.  "A sealing order may issue only upon
2  a request that establishes that the document, or portions thereof, is privileged or
3  protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R.
4  79-5(a).  "The request must be narrowly tailored to seek sealing only of sealable material."
5  Id.  In lieu of denial, the Court DEFERS ruling on exhibits 3 and 4 pending Mentor's filing,
6  no later than November 1, 2014, a supplemental response that for each such exhibit
7  provides a redacted version limiting the amount of material sought to be sealed.  Pending
8  the Court's ruling on the supplemental response, said exhibits will remain under seal.
9  **IT IS SO ORDERED.**

11  Dated: October 14, 2014

MAXINE M. CHESNEY
United States District Judge