IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S DAUBERT MOTION AND EXHIBITS THERETO** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |
| _____/ | |

Before the Court is the "Administrative Motion to File Parts of Synopsys' Daubert Motion and Supporting Exhibits Under Seal," filed October 3, 2013, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5, by which Synopsys seeks to seal portions of Synopsys' Daubert motion as well as the entirety of exhibits A through C and F through H to the supporting declaration of Philip W. Woo.  The material sought to be sealed has been designated confidential by both Synopsys and defendant Mentor Graphics Corporation ("Mentor").  See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated as confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable").  On October 7, 2014, Mentor filed its responsive declaration in support of sealing.  See id.

Having read and considered the administrative motion and the parties' respective declarations, the Court finds good cause has been shown for the relief requested and, accordingly, Synopsys' administrative motion to seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 14, 2014

MAXINE M. CHESNEY
United States District Judge