**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

SYNOPSYS, INC.,

        Plaintiff,

   v.

MENTOR GRAPHICS CORPORATION,

        Defendant.

_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DIRECTIONS TO PLAINTIFF**

16
17
18
19
20

      Before the Court is "Synopsys' Administrative Motion to File Synopsys' Opposition to Mentor's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 Under Seal," filed October 17, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5.  Having read and considered the administrative motion and declarations filed in support thereof, the Court hereby rules as follows.

21
22
23
24
25
26
27
28

      By the instant motion, Synopsys seeks to seal portions of Synopsys' opposition and the entirety of exhibit C to the declaration of Philip W. Woo ("Woo declaration") in support thereof, which material has been designated confidential by defendant Mentor Graphics Corporation ("Mentor").  See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable").  No responsive declaration under Civil Local Rule 79-5(d) has been submitted by said designating party.  Accordingly, the motion is DENIED, and Mentor is DIRECTED to file in the public record, no earlier than

1  October 27, 2014, and no later than November 3, 2014, an unredacted version of its

2  opposition and exhibit C to the Woo declaration.

3      **IT IS SO ORDERED.**

4

5  Dated: October 22, 2014

6  MAXINE M. CHESNEY
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28