IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br> Defendant. <br> _____ / | No. C 12-6467 MMC <br><br> **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DAUBERT MOTION AND EXHIBITS THERETO**; **DIRECTIONS TO PLAINTIFF** |

Before the Court is the "Administrative Motion to File Parts of Synopsys' Opposition to Mentor's Daubert Motion and Supporting Exhibits Under Seal," filed October 17, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5, by which Synopsys seeks to seal portions of Synopsys' opposition as well as the entirety of exhibits A, B, and F-K to the supporting declaration of Philip W. Woo ("Woo declaration"). Certain portions of the material sought to be sealed have been designated confidential by Synopsys, other portions have been so designated by defendant Mentor Graphics Corporation ("Mentor"), and other portions by both parties. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is

sealable"). On October 21, 2014, Mentor filed its responsive declaration in support of sealing. See id.

Having read and considered the administrative motion and the parties' respective declarations, the Court finds, with the exception of exhibit H to the Woo declaration, good cause has been shown for the relief requested and, accordingly, Synopsys' administrative motion to seal is hereby GRANTED as to all material referenced therein other than said exhibit.

As to exhibit H to the Woo declaration, which exhibit was designated confidential solely by Mentor, no responsive declaration under Civil Local Rule 79-5(d) has been submitted by said designating party. Accordingly, to the extent Synopsys' opposition seeks sealing of said exhibit, the motion is DENIED, and Synopsys is DIRECTED to file in the public record, no earlier than October 27, 2014, and no later than November 3, 2014, exhibit H to the Woo declaration.

**IT IS SO ORDERED.**

Dated: October 22, 2014

MAXINE M. CHESNEY
United States District Judge