IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C 12-6467 MMC<br><br>**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE AND EXHIBITS THERETO; DIRECTIONS TO PARTIES** |

　　　　Before the Court is "Synopsys' Administrative Motion to File Under Seal Opposition to Mentor's Motion to Strike and Exclude Blanton Opinions," filed October 17, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5. Having read and considered the administrative motion and declarations filed in support thereof, the Court hereby rules as follows.

　　　　"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

　　　　By the instant motion, Synopsys seeks to seal portions of Synopsys' opposition, and the entirety of exhibits D-G, L-P, R-T, V, and W to the declaration of Philip W. Woo ("Woo declaration") in support thereof. Various portions of said material have been designated confidential by Synopsys and other portions of said material have been designated confidential by defendant Mentor Graphics Corporation ("Mentor"). See Civil L.R. 79-5(d)-

(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable"). On October 21, 2014, Mentor filed its responsive declaration in support of sealing. See id.

To the extent the administrative motion seeks to seal portions of Synopsys' opposition and the entirety of exhibits D, E, F, L, M, O, P, R, and W to the Woo declaration, the administrative motion is GRANTED, and Synopsys' opposition and said exhibits thereto may remain under seal.

As to exhibits G, N, T, and V to the Woo declaration, all of which were designated confidential by Mentor, no responsive declaration under Civil Local Rule 79-5(d) has been submitted by said designating party. Accordingly, to the extent Synopsys' administrative motion seeks sealing of said exhibits, the motion is DENIED, and Synopsys is DIRECTED to file in the public record, no earlier than October 27, 2014, and no later than November 3, 2014, exhibits G, N, T, and V to the Woo declaration.

Lastly, exhibit S to the Woo declaration, contrary to Mentor's assertion that the entirety of the document is sealable, appears to contain substantial amounts of non-sealable material. In lieu of denial, the Court DEFERS ruling on exhibit S pending Mentor's filing, no later than October 31, 2014, a supplemental response that provides for said exhibit a redacted version limiting the amount of material sought to be sealed. Pending the Court's ruling on the supplemental response, said exhibit will remain under seal.

**IT IS SO ORDERED.**

Dated: October 22, 2014

MAXINE M. CHESNEY
United States District Judge