United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

          Plaintiff,

   v.

MENTOR GRAPHICS CORPORATION,

          Defendant.

_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO DAUBERT MOTION AND EXHIBITS THERETO, DIRECTIONS TO PLAINTIFF**

     Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Opposition to Synopsys's Omnibus Daubert Motion to Exclude Expert Testimony of Ron Ranauro, Suzanne Stuckwish, and Dr. Majid Sarrafzadeh and Supporting Exhibits A-O [and] Q to the Declaration of Kristin L. Cleveland," filed October 17, 2014, by which Mentor seeks to file under seal documents designated confidential by Mentor, documents so designated by plaintiff Synopsys Inc. ("Synopsys"), and documents so designated by both parties.  See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable").  On October 21, 2014, Synopsys filed its responsive declaration in support of sealing.  See id.  Having read and considered the administrative motion and the parties' respective declarations, the Court hereby rules as follows.

     "A sealing order may issue only upon a request that establishes that the document,

1   or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to

2   protection under the law."  Civil L.R. 79-5(a).  "The request must be narrowly tailored to

3   seek sealing only of sealable material."  Id.

4          To the extent the administrative motion seeks to seal the entirety of exhibits A-E,

5   G-I, K-O, and Q, to the declaration of Kristin L. Cleveland ("Cleveland declaration"), the

6   administrative motion is GRANTED, and said exhibits may remain under seal.

7          As to exhibit F to the Cleveland declaration, which exhibit was designated

8   confidential by Synopsys, no responsive declaration under Civil Local Rule 79-5(d) has

9   been submitted by said designating party.  Accordingly, to the extent Mentor's opposition

10  seeks sealing of said exhibit, the motion is DENIED, and Mentor is DIRECTED to file in the

11  public record, no earlier than October 27, 2014, and no later than November 3, 2014,

12  exhibit F to the Cleveland declaration.

13         As to exhibit J to the Cleveland Declaration, contrary to Synopsys' assertion that

14  said document is sealable, the document, from its content, appears to consist entirely of

15  material that would be accessible by the public.  In lieu of denial, the Court DEFERS ruling

16  on exhibit J pending Synopsys' filing, no later than October 31, 2014, a supplemental

17  declaration in which Synopsys states why such information is sealable and how Synopsys

18  prevented public access to the document.

19         Lastly, as to the designated portions of Mentor's opposition, the motion is

20  GRANTED as to all such designated portions other than the reference to exhibit J, which

21  reference appears at page 18, lines 8 through 9, as to which portion the Court DEFERS

22  ruling, pending receipt of the above-referenced supplemental declaration.

23         **IT IS SO ORDERED.**

24

25  Dated: October 22, 2014

26                                              MAXINE M. CHESNEY
                                                United States District Judge

27

28

2