IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>　　　　　Defendant.<br>_____/ | No. C 12-6467 MMC<br><br>**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DIRECTIONS TO DEFENDANT** |

　　　Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Response to Plaintiff's Omnibus Motion for Summary Judgment, Supporting[] Gupta and Sarrafzadeh Declarations, and Supporting Exhibits C-F, J-K, and Q to the Declaration of Xavier A. Clark," filed October 17, 2014, by which Mentor seeks to file under seal material designated confidential by Mentor. Having read and considered the administrative motion and declaration filed in support thereof, the Court hereby rules as follows.

　　　"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

　　　To the extent the administrative motion seeks to seal portions of Mentor's opposition, the declaration of Sanjay Gupta and the entirety of exhibits C-F, J, and K to the declaration of Xavier A. Clark ("Clark declaration"), the administrative motion is GRANTED,

1  and said documents may remain under seal.

2  As to the declaration of Majid Sarrafzadeh, the motion is GRANTED as to the portion beginning at page 3, line 2 and ending at page 13, line 22, and otherwise is DENIED.  Accordingly, Mentor is DIRECTED to file in the public record, no later than November 3, 2014, a redacted version of said declaration.

6  As to exhibit Q to the Clark declaration, contrary to Mentor's assertion that the entirety thereof is sealable, the document appears to contain substantial amounts of non-sealable material.  In lieu of denial, the Court DEFERS ruling on said document pending Mentor's filing, no later than October 31, 2014, a supplemental response in which Mentor provides for such document a redacted version limiting the amount of material sought to be sealed.  Pending the Court's ruling on the supplemental response, said exhibit will remain under seal.

**IT IS SO ORDERED.**

Dated: October 22, 2014

_____
MAXINE M. CHESNEY
United States District Judge