George A. Riley (S.B. #118304)
griley@omm.com
Mark E. Miller (S.B. #130200)
markmiller@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Michael Sapoznikow (S.B. #242640)
msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Xavier A. Clark (*Pro Hac Vice*)
xavier.clark@klarquist.com
Kristin L. Cleveland (S.B. #184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Owen D. Yeates (*Pro Hac Vice*)
owen.yeates@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT MENTOR GRAPHICS CORPORATION'S REPLY IN SUPPORT OF MOTION TO STRIKE AND EXCLUDE CERTAIN OPINIONS GIVEN IN THE REPORTS OF RONALD D. (SHAWN) BLANTON, PH.D. AND THE ACCOMPANYING DECLARATION OF DR. MAJID SARRAFZADEH |

~~PROPOSED~~ ORDER GRANTING ADMINISTRATIVE MOT.
TO FILE UNDER SEAL REPLY ISO MOT. TO STRIKE AND DECL.
CASE NO. 3:12-CV-06467-MMC-DMR

Defendant Mentor Graphics Corporation moves to file the following document partially under seal pursuant to Civil Local Rules 79-5(d)–(e):

- Defendant Mentor Graphics Corporation's Reply In Support Of Mentor's Motion To Strike And Exclude Certain Opinions Given In The Reports Of Ronald D. (Shawn) Blanton, Ph.D. (filed October 24, 2014)

Defendant Mentor Graphics Corporation moves to file the following document under seal in its entirety pursuant to Civil Local Rules 79-5(d)–(e):

- Declaration Of Dr. Majid Sarrafzadeh In Support Of Mentor Graphics Corporation's Reply In Support Of Mentor's Motion To Strike And Exclude Certain Opinions Given In The Reports Of Ronald D. (Shawn) Blanton, Ph.D. (filed October 24, 2014)

Good cause having been shown for the relief requested, ~~Accordingly,~~ the Administrative Motion To File Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
Honorable Maxine M. Chesney
United States District Court Judge

~~PROPOSED~~ ORDER GRANTING ADMINISTRATIVE MOT.
TO FILE UNDER SEAL REPLY ISO MOT. TO STRIKE AND DECL.
CASE NO. 3:12-CV-06467-MMC-DMR                                        1