| | |
|---|---|
| George A. Riley (S.B. #118304) | Xavier A. Clark (*Pro Hac Vice*) |
| griley@omm.com | xavier.clark@klarquist.com |
| Mark E. Miller (S.B. #130200) | Kristin L. Cleveland (S.B. #184639) |
| markmiller@omm.com | kristin.cleveland@klarquist.com |
| Luann L. Simmons (S.B. #203526) | Salumeh R. Loesch (*Pro Hac Vice*) |
| lsimmons@omm.com | salumeh.loesch@klarquist.com |
| Michael Sapoznikow (S.B. #242640) | Andrew M. Mason (*Pro Hac Vice*) |
| msapoznikow@omm.com | andrew.mason@klarquist.com |
| O'MELVENY & MYERS LLP | N. Andrew Sfeir (S.B. # 282336) |
| Two Embarcadero Center, 28th Floor | andy.sfeir@klarquist.com |
| San Francisco, CA 94111 | John D. Vandenberg (*Pro Hac Vice*) |
| Telephone: (415) 984-8700 | john.vandenberg@klarquist.com |
| Facsimile: (415) 984-8701 | Owen D. Yeates (*Pro Hac Vice*) |
| | owen.yeates@klarquist.com |
| | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR 97204 |
| | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MENTOR GRAPHICS CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF ITS *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERT MARY WOODFORD |

[~~PROPOSED~~] ORDER GRANTING MENTOR'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:12-CV-06467-MMC-DMR

Defendant Mentor Graphics Corporation moves to file the following document under seal pursuant to Civil Local Rules 79-5(d)-(e):

- Mentor Graphics Corporation's Reply in Support of its *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Expert Mary Woodford

Good cause having been shown for the relief requested, ~~Accordingly,~~ ^Mentor Graphics Corporations Administrative Motion to File Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: __October 29, 2014__     _____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING MENTOR'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:12-CV-06467-MMC-DMR           1