IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br> Defendant. <br> _____/ | No. C 12-6467 MMC <br><br> **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S REPLY TO MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DIRECTIONS TO PLAINTIFF** |

Before the Court is the "Administrative Motion to File Under Seal Synopsys' Reply in Support of Synopsys' Omnibus Motion for Summary Judgment," filed October 24, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5, by which Synopsys seeks to seal portions of Synopsys' reply as well as the entirety of exhibits 47-51 to the supporting declaration of Philip W. Woo ("Woo declaration"). In a declaration submitted in support of the administrative motion, Synopsys asserts that the material sought to be sealed has been designated confidential in its entirety by defendant Mentor Graphics Corporation ("Mentor") and, in addition, that certain portions of the material contain Synopsys' confidential information. On October 8, 2014, Mentor filed its responsive declaration in support of sealing.

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The request "must be narrowly tailored to seek sealing only of sealable material." See id., see also id. at 79-5(d)-(e) (providing,

1 where party seeks to file under seal material designated confidential by another party, such
2 party shall file motion for sealing order, after which designating party must file, within 4
3 days, "declaration . . . establishing that all of the designated information is sealable").

4     To the extent the administrative motion seeks to seal portions of Synopsys' reply
5 and certain portions of exhibit 47 to the Woo declaration, specifically, pages 100, 101 and
6 106, Synopsys has shown good cause for the relief requested. Accordingly, the
7 administrative motion is GRANTED, and said material may remain under seal.

8     As to the remainder of exhibit 47, which portions were not shown to be sealable by
9 Synopsys and were designated confidential solely by Mentor, no responsive declaration
10 under Civil Local Rule 79-5(d) has been submitted by said designating party. Accordingly,
11 to the extent Synopsys' administrative motion seeks sealing of said remaining portions, the
12 motion is DENIED, and Synopsys is DIRECTED to file in the public record, no earlier than
13 November 3, 2014, and no later than November 10, 2014, a version of exhibit 47 to the
14 Woo declaration from which only pages 100, 101 and 106 have been redacted.

15     As to exhibits 48-51 to the Woo declaration, which exhibits were designated
16 confidential solely by Mentor, no responsive declaration under Civil Local Rule 79-5(d) has
17 been submitted by said designating party. Accordingly, to the extent Synopsys'
18 administrative motion seeks sealing of said exhibits, the motion is DENIED, and Synopsys
19 is DIRECTED to file in the public record, no earlier than November 3, 2014, and no later
20 than November 10, 2014, exhibits 48-51 to the Woo declaration.

21     **IT IS SO ORDERED.**

23 Dated: October 29, 2014

                                      MAXINE M. CHESNEY
                                      United States District Judge