David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>        Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**[PROPOSED] ORDER GRANTING SYNOPSYS' MOTION FOR ADMINISTRATIVE RELIEF FROM VIOLATION OF COURT ORDER STRIKING MOTIONS** |

1  Plaintiff Synopsys, Inc. ("Synopsys") filed a Motion For Administrative Relief From
2  Violation of Court Order Striking Motions ("Motion") on October 28, 2014.  After fully considering
3  the Motion and the supporting documents concurrently therewith, Mentor Graphics Corporation's
4  opposition thereto, and all other documents submitted by the parties, **IT IS HEREBY ORDERED**
5  that all text contained in Mentor's Reply In Support of Its *Daubert* Motion To Exclude Certain
6  Testimony of Plaintiff's Expert Mary Woodford ("Woodford Motion") (Dkt. No. 340-4) at 11:21-
7  15:19~~, and all text in any of Mentor's other briefs that refers to the Woodford Motion at 11:21-15:19~~
8  ~~or to the portion of Mentor's Motion to Strike and Exclude Certain Opinions Given in the Reports of~~
9  ~~Ronald D. (Shawn) Blanton, Ph.D. (Dkt. No. 289-3) that was previously stricken by the Court's~~
10 ~~Order Granting In Part Plaintiff's Motion For Expedited Administrative Relief (Dkt. No. 303) are~~ is
11 **STRICKEN**.

13  Dated: October 31, 2014

15  *Maxine M. Chesney*
    Hon. Maxine M. Chesney
    United States District Judge

2
[PROPOSED] ORDER
CASE NO. 3:12-CV-06467-MMC