George A. Riley (S.B. #118304)
griley@omm.com
Mark E. Miller (S.B. #130200)
markmiller@omm.com
Luann L. Simmons (S.B. #203526)
lsimmons@omm.com
Michael Sapoznikow (S.B. #242640)
msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Xavier A. Clark (*Pro Hac Vice*)
xavier.clark@klarquist.com
Kristin L. Cleveland (S.B. #184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
N. Andrew Sfeir (S.B. # 282336)
andy.sfeir@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Owen D. Yeates (*Pro Hac Vice*)
owen.yeates@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>**MENTOR GRAPHICS CORPORATION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** AND ORDER THEREON |

On October 31, 2014, Mentor Graphics Corporation's ("Mentor") counsel inadvertently filed a document in the public record that should have been filed under seal. Mentor requests the document to be removed from the ECF system and destroyed. The document is ECF No. [357-1].

Dated: October 31, 2014

XAVIER A. CLARK
KRISTIN L. CLEVELAND
SALUMEH R. LOESCH
ANDREW M. MASON
N. ANDREW SFEIR
JOHN D. VANDENBERG
OWEN D. YEATES
KLARQUIST SPARKMAN, LLP

GEORGE RILEY
MARK E. MILLER
LUANN L. SIMMONS
MICHAEL SAPOZNIKOW
O'MELVENY & MYERS LLP

By: */s/ Xavier A. Clark*
    Xavier A. Clark

Counsel for Defendant
MENTOR GRAPHICS CORPORATION

November 3, 2014

GRANTED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MENTOR'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:12-CV-06467-MMC

1