**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>                              Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MENTOR GRAPHICS CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO REDACT SOURCE CODE FROM BRIEFS FILED UNDER SEAL** |

1    Having considered Defendant Mentor Graphics Corporation's ("Mentor") Motion For
2    Administrative Relief To Redact Source Code From Briefs Filed Under Seal, the Court finds that
3    good cause exists to GRANT the motion.

4    IT IS HEREBY ORDERED THAT:

5    1.    All documents already filed under seal that contain source code—Dkt. Nos. 287-
6    35 and 289-9—be removed from the ECF system and destroyed.

7    2.    The parties who filed Dkt. Nos. 287-35 and 289-9 file electronically in their place
8    Manual Filing Notifications, file unredacted paper copies of the documents with the Office of the
9    Clerk, and provide unredacted paper courtesy copies with the Court, if they have not already done
10   so, within four (4) days of the date of this order; alternatively, the parties may replace Dkt. Nos.
11   287-35 and 289-9 with sealed versions that have only the source code redacted.

12   3.    Any future documents containing confidential source code be filed under seal
13   pursuant to Local Rule 79-5 using the manual filing procedure of Local Rules 5-1(f) and 5-2 for
14   the unredacted copy of the document: when filing the Administrative Motion to file under seal a
15   document containing confidential source code, the filing party should file manually an unredacted
16   paper copy with the Office of the Clerk, provide an unredacted paper courtesy copy with the
17   Court, and file electronically ~~only a notice of Manual Filing Notification in place of the~~
18   ~~electronically filed unredacted copy under seal; alternatively, the parties may redact all~~
19   ~~confidential source code from all future electronically filed documents and provide unredacted~~
20   ~~courtesy paper copies to the Court.~~ a version redacting all confidential source code, as well as a
21   Manual Filing Notification in place of an electronically filed unredacted copy under seal.

22   Accordingly, Mentor's Motion for Administrative Relief to Redact Source Code From
23   Briefs Filed Under Seal is hereby GRANTED.

24   **IT IS SO ORDERED.**

25
26   Dated: November 4, 2014                    _____
                                                 MAXINE M. CHESNEY
27                                               United States District Judge

28   [PROPOSED] ORDER GRANTING MENTOR'S MOTION FOR ADMINISTRATIVE
     RELIEF TO REDACT SOURCE CODE FROM BRIEFS FILED UNDER SEAL          1
     CASE NO. 3:12-CV-06467-MMC