United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

v.

MENTOR GRAPHICS CORPORATION,

    Defendant.
_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**

    Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101 and Supporting Exhibits B-F to the Declaration of Marla Beier," filed October 3, 2014, pursuant to Civil Local Rule 79-5, by which Mentor seeks to file under seal documents designated confidential by plaintiff Synopsys Inc. ("Synopsys"). By order filed October 14, 2014, the Court deferred ruling on the administrative motion to the extent it seeks to seal exhibits B through E to the above-referenced declaration, pending Synopsys' filing a supplemental response providing, for each such exhibit, a redacted version limiting the amount of material sought to be sealed. On November 1, 2014, Synopsys filed its supplemental response, providing redacted versions of exhibits B and E and unredacted versions of exhibits C and D. Having read and considered the supplemental response, the

1  Court finds good cause for the relief requested therein and hereby GRANTS the
2  administrative motion to the extent it seeks to seal portions of exhibits B and E.
3  Accordingly, the requested portions of said exhibits may remain under seal, and exhibits C
4  and D shall remain in the public record.
5  **IT IS SO ORDERED.**
6
7  Dated: November 3, 2014
8  MAXINE M. CHESNEY
   United States District Judge