1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

   v.

MENTOR GRAPHICS CORPORATION,

        Defendant.

_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL DEFENDANT'S MOTION TO STRIKE AND EXHIBITS THERETO**

Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Motion to Strike and Exclude Certain Opinions Given in the Reports of Ronald D. (Shawn) Blanton, Ph. D. and Exhibits 1-5 to the Accompanying Declaration of Max Beach," filed October 3, 2014, pursuant to Civil Local Rule 79-5. By order filed October 14, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of exhibits 3 and 4 to the above-referenced declaration, pending Mentor's filing a supplemental response providing for such documents a redacted version limiting the amount of material sought to be sealed. On October 31, 2014, Mentor filed its supplemental response, by which it submitted redacted versions. Having read and considered the supplemental response, the Court finds good cause for the relief requested therein.

Accordingly, the Court hereby GRANTS the administrative motion to the extent it

seeks to seal portions of exhibits 3 and 4, and the requested portions of said exhibits may remain under seal.

**IT IS SO ORDERED.**

Dated: November 4, 2014

MAXINE M. CHESNEY
United States District Judge

2