IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br>    Defendant. | No. C 12-6467 MMC <br><br> **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S MOTION TO EXCLUDE AND EXHIBITS THERETO** |

    Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Motion to Exclude Legal Opinions and Assumptions from Martin G. Walker, Ph. D. and Donald Thomas, Ph. D. Regarding Validity of Asserted Patent Claims and Supporting Exhibits A-D to the Declaration of Xuangiang Tran," filed October 3, 2014, pursuant to Civil Local Rule 79-5, by which Mentor seeks to file under seal documents designated confidential by plaintiff Synopsys Inc. ("Synopsys"). By order filed October 14, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal in their entirety exhibits A through D to the above-referenced declaration, pending Synopsys' filing a supplemental response providing, for each such exhibit, a redacted version limiting the amount of material sought to be sealed. On November 1, 2014, Synopsys filed its supplemental response, providing redacted versions of exhibits A,

B, and D and filing in the public record an unredacted version of exhibit C. Having read and considered the supplemental response, the Court finds good cause for the relief requested therein.

Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of exhibits A, B, and D, and the requested portions of said exhibits may remain under seal.

**IT IS SO ORDERED.**

Dated: November 4, 2014

MAXINE M. CHESNEY
United States District Judge