IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE AND EXHIBITS THERETO** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

Before the Court is "Synopsys' Administrative Motion to File Under Seal Opposition to Mentor's Motion to Strike and Exclude Blanton Opinions," filed October 17, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5, by which Synopsys seeks to file under seal documents designated confidential by defendant Mentor Graphics Corporation ("Mentor"). By order filed October 22, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of exhibit S to the declaration of Philip W. Woo, pending Mentor's filing a supplemental response providing for such document a redacted version limiting the amount of material sought to be sealed. On October 31, 2014, Mentor filed its supplemental response. Having read and considered the supplemental response, the Court finds good cause for the relief requested therein.

Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of exhibit S, and the requested portions of said exhibit may remain under seal.

**IT IS SO ORDERED.**

Dated: November 4, 2014

MAXINE M. CHESNEY
United States District Judge