United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

MENTOR GRAPHICS CORPORATION,

        Defendant.

_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO DAUBERT MOTION AND EXHIBITS THERETO**

      Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Opposition to Synopsys's Omnibus Daubert Motion to Exclude Expert Testimony of Ron Ranauro, Suzanne Stuckwish, and Dr. Majid Sarrafzadeh and Supporting Exhibits A-O [and] Q to the Declaration of Kristin L. Cleveland," filed October 17, 2014, by which Mentor seeks to file under seal documents designated confidential by Mentor, documents so designated by plaintiff Synopsys Inc. ("Synopsys"), and documents so designated by both parties.  By order filed October 22, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of exhibit J to the above-referenced declaration, pending Synopsys' filing a supplemental declaration stating why such information is sealable and how Synopsys prevented public access to the document.  On October 31, 2014, Synopsys filed its supplemental declaration.  Having read and considered the supplemental declaration, the Court finds good cause for the relief requested therein.

      Accordingly, the Court hereby GRANTS the administrative motion to the extent it

1   seeks to seal exhibit J, and said exhibit may remain under seal.

2        **IT IS SO ORDERED.**

3

4   Dated: November 4, 2014

5        MAXINE M. CHESNEY
        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28