IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | **ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |
| _____/ | |

Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Response to Plaintiff's Omnibus Motion for Summary Judgment, Supporting[] Gupta and Sarrafzadeh Declarations, and Supporting Exhibits C-F, J-K, and Q to the Declaration of Xavier A. Clark," filed October 17, 2014, by which Mentor seeks to file under seal material designated confidential by Mentor. By order filed October 22, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of exhibit Q to the above-referenced declaration, pending Mentor's filing a supplemental response providing for such document a redacted version limiting the amount of material sought to be sealed. On October 31, 2014, Mentor filed its supplemental response. Having read and considered the supplemental response, the Court finds good cause for the relief requested therein.

Accordingly, the Court hereby GRANTS the administrative motion to the extent it

seeks to seal portions of exhibit Q, and the requested portions of said exhibit may remain under seal.

**IT IS SO ORDERED.**

Dated: November 4, 2014

MAXINE M. CHESNEY
United States District Judge