IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br> Defendant. <br> _____ / | No. C 12-6467 MMC <br><br> **ORDER ON ADMINISTRATIVE MOTION TO SEAL DEFENDANT'S DAUBERT MOTION AND EXHIBITS THERETO; DIRECTIONS TO DEFENDANT** |

    Before the Court is Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Defendant's Daubert Motion to Exclude Certain Testimony of Plaintiff's Expert Mary Woodford and its Accompanying Declaration," filed October 3, 2014, pursuant to Civil Local Rule 79-5, by which Mentor seeks to file under seal documents designated confidential by both Mentor and plaintiff Synopsys Inc. ("Synopsys"). By order filed October 14, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of exhibit 1 to the above-referenced declaration, pending each said party's filing a supplemental response providing for such exhibit a redacted version limiting the amount of material sought to be sealed. On October 31, 2014 and November 1, 2014, respectively, the parties filed their supplemental responses.

    Having read and considered the supplemental responses, the Court finds good

cause for the relief requested therein as to exhibit 1.  Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of exhibit 1, and the requested portions of said exhibit may remain under seal.

Lastly, although not referenced in the motion, exhibits 13 and 14 to the above-referenced declaration were filed under seal along with exhibit 1.  To date, neither party has submitted a declaration stating why such documents are sealable.  Accordingly, Mentor is hereby DIRECTED to file in the public record, no earlier than November 7, 2014, and no later than November 13, 2014, exhibits 13 and 14 to the above-referenced declaration.

**IT IS SO ORDERED.**

Dated: November 5, 2014

MAXINE M. CHESNEY
United States District Judge

2