United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

       Plaintiff,

  v.

MENTOR GRAPHICS CORPORATION,

       Defendant.

_____/

No. C 12-6467 MMC

**ORDER ON ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**

     Before the Court is "Synopsys' Administrative Motion to File Omnibus Motion for Summary Judgment Under Seal," filed October 3, 2014, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5, by which Synopsys seeks to file under seal certain documents designated confidential by both Synopsys and defendant Mentor Graphics Corporation ("Mentor"), and other documents designated confidential by either Synopsys or Mentor individually.

     By order filed October 14, 2014, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of the declaration of Martin G. Walker ("Walker declaration") and exhibits 8, 10, 13, 15, 16, 27, and 40 to the declaration of Philip W. Woo ("Woo declaration"). By the same order, each party was directed to file a supplemental response providing a redacted version limiting the amount of material sought to be sealed in exhibits 15 and 16, Mentor was directed to file a supplemental response providing a redacted version limiting the amount of material sought to be sealed in exhibit 40, and Synopsys was directed to file a supplemental response providing a redacted

1  version limiting the amount of material sought to be sealed in the Walker declaration and

2  exhibits 8, 10, 13, and 27.

3      On October 31, 2014, Mentor filed its supplemental response, providing redacted

4  versions of exhibits 15, 16, and 40.  On November 1, 2014, Synopsys filed its supplemental

5  response, by which it likewise provided redacted versions of exhibits 15 and 16, as well as

6  redacted versions of exhibits 8, 10, and 27; Synopsys filed in the public record exhibit 13

7  and the Walker declaration.  Having read and considered the supplemental responses, the

8  Court finds good cause for the relief requested therein.

9      Accordingly, the Court hereby GRANTS the administrative motion to the extent it

10  seeks to seal portions of exhibits 8, 10, 15, 16, 27, and 40, and the requested portions of

11  said exhibits may remain under seal.

12      **IT IS SO ORDERED.**

13

14  Dated: November 5, 2014

MAXINE M. CHESNEY
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2