| | |
|---|---|
| George A. Riley (S.B. #118304) | Xavier A. Clark (*Pro Hac Vice*) |
| griley@omm.com | xavier.clark@klarquist.com |
| Mark E. Miller (S.B. #130200) | Kristin L. Cleveland (S.B. #184639) |
| markmiller@omm.com | kristin.cleveland@klarquist.com |
| Luann L. Simmons (S.B. #203526) | Salumeh R. Loesch (*Pro Hac Vice*) |
| lsimmons@omm.com | salumeh.loesch@klarquist.com |
| O'MELVENY & MYERS LLP | Andrew M. Mason (*Pro Hac Vice*) |
| Two Embarcadero Center, 28th Floor | andrew.mason@klarquist.com |
| San Francisco, CA 94111 | N. Andrew Sfeir (S.B. # 282336) |
| Telephone: (415) 984-8700 | andy.sfeir@klarquist.com |
| Facsimile: (415) 984-8701 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| | Owen D. Yeates (*Pro Hac Vice*) |
| | owen.yeates@klarquist.com |
| | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR  97204 |
| | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. 3:12-cv-06467-MMC-DMR |
| Plaintiff, | |
| v. | **MENTOR GRAPHICS CORPORATION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**; ORDER THEREON |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

On October 31, 2014, Mentor Graphics Corporation's ("Mentor") counsel inadvertently filed the incorrect document under seal with the Court. Mentor requests that the Court remove from the ECF system and destroy the incorrectly filed document. The incorrectly filed document is Dkt. No. 363-2.

Dated: November 4, 2014

XAVIER A. CLARK
KRISTIN L. CLEVELAND
SALUMEH R. LOESCH
ANDREW M. MASON
N. ANDREW SFEIR
JOHN D. VANDENBERG
OWEN D. YEATES
KLARQUIST SPARKMAN, LLP

GEORGE RILEY
MARK E. MILLER
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Xavier A. Clark
      Xavier A. Clark

Counsel for Defendant
MENTOR GRAPHICS CORPORATION

November 5, 2014

IT IS SO ORDERED

Judge Maxine M. Chesney

MENTOR'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:12-CV-06467-MMC

1