1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

17

18

19

20

SYNOPSYS, INC., a Delaware
Corporation,

               Plaintiff,

      v.

MENTOR GRAPHICS
CORPORATION, an Oregon
Corporation,

               Defendant.

Case No. 3:12-cv-06467-MMC-DMR

GRANTING IN PART AND
[PROPOSED] ORDER DENYING IN PART
**PLAINTIFF'S ADMINISTRATIVE
MOTION TO STRIKE PORTIONS OF
MENTOR'S REPLY BRIEF
REGARDING MENTOR'S *DAUBERT*
MOTION TO EXCLUDE TESTIMONY
OF MARY WOODFORD, OR IN THE
ALTERNATIVE FOR PERMISSION TO
FILE A SUR-REPLY**

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE
PORTIONS OF MENTOR'S REPLY BRIEF REGARDING MENTOR'S *DAUBERT* MOTION
CASE NO. 3:12-CV-06467-MMC

Plaintiff Synopsys, Inc. ("Synopsys") filed its Administrative Motion To Strike Portions Of Mentor's Reply Brief Regarding Mentor's *Daubert* Motion To Exclude Testimony Of Mary Woodford, Or In The Alternative For Permission To File A Sur-Reply ("Motion") (Dkt. No. 359); Mentor Graphics Corporation filed its Response thereto on November 4, 2014 ("Response"). After fully considering the Motion and Response thereto, Synopsys's Motion is DENIED-IN-PART and GRANTED-IN-PART.

Synopsys may file a sur-reply on the issue of whether Ms. Woodford's testimony is conclusory regarding *Panduit* factor 2 (Dkt. No. 359-3 at 3:3-13) because Mentor does not oppose that portion of Synopsys's Motion.  The remainder of Synopsys's request to file a sur-reply is denied because Mentor adequately raised Synopsys's discovery failures in its opening motion (Dkt. No. 290-3).


IT IS SO ORDERED.


Dated: November 5, 2014

Honorable Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE
PORTIONS OF MENTOR'S REPLY BRIEF REGARDING MENTOR'S *DAUBERT* MOTION
CASE NO. 3:12-CV-06467-MMC                                                          1