| | |
|---|---|
| George A. Riley (S.B. #118304) | Xavier A. Clark (*Pro Hac Vice*) |
| griley@omm.com | xavier.clark@klarquist.com |
| Mark E. Miller (S.B. #130200) | Kristin L. Cleveland (S.B. #184639) |
| markmiller@omm.com | kristin.cleveland@klarquist.com |
| Luann L. Simmons (S.B. #203526) | Salumeh R. Loesch (*Pro Hac Vice*) |
| lsimmons@omm.com | salumeh.loesch@klarquist.com |
| O'MELVENY & MYERS LLP | Andrew M. Mason (*Pro Hac Vice*) |
| Two Embarcadero Center, 28th Floor | andrew.mason@klarquist.com |
| San Francisco, CA 94111 | N. Andrew Sfeir (S.B. # 282336) |
| Telephone: (415) 984-8700 | andy.sfeir@klarquist.com |
| Facsimile: (415) 984-8701 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| | Owen D. Yeates (*Pro Hac Vice*) |
| | owen.yeates@klarquist.com |
| | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR 97204 |
| | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>**MENTOR GRAPHICS CORPORATION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**; ORDER THEREON |

On October 3, 2014, October 31, 2014, and November 1, 2014, three versions of the same document were filed under seal with the Court, at Dkt. Nos. 287-11, 363-2, and 367-7, respectively.  On November 3, 2014, Mentor learned that it did not redact excerpts of its confidential source code from the document, which the Court has subsequently required the parties to redact.  (Dkt. No. 377.)  On November 4, 2014, Mentor filed its motion to remove the version of the document filed at Dkt. No. 363-2. (Dkt. No. 384.) Also on November 4, 2014, Mentor submitted a corrected version of the document to the Court. (Dkt. No. 385-1.) The Court granted Mentor's motion to remove on November 5, 2014. (Dkt. No. 389.)

Mentor now hereby requests that the Court remove from the ECF system and destroy the versions of the documents filed at Dkt. Nos. 287-11 and 367-7. Synopsys does not oppose this motion.  Synopsys' lack of opposition to this motion does not change any of its positions taken in the Joint Discovery Letter Brief related to source code.  (*See* Dkt. No. 391.)

Dated: November 6, 2014

XAVIER A. CLARK
KRISTIN L. CLEVELAND
SALUMEH R. LOESCH
ANDREW M. MASON
N. ANDREW SFEIR
JOHN D. VANDENBERG
OWEN D. YEATES
KLARQUIST SPARKMAN, LLP

GEORGE RILEY
MARK E. MILLER
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: */s/ Xavier A. Clark*
Xavier A. Clark

Counsel for Defendant

MENTOR GRAPHICS CORPORATION

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 7, 2014

MENTOR'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 3:12-CV-06467-MMC                                                                                                    1