David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>　　　　　Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**REPLACEMENT FOR DOCKET NO. 287-35, PURSUANT TO DOCKET NO. 377** |

Pursuant to the Court's order at Docket No. 377, Plaintiff Synopsys, Inc. files under seal a replacement for Docket No. 287-35 that has only the excerpts of Mentor Graphics Corp.'s source code redacted. This document is attached hereto.

Dated: November 10, 2014

Respectfully submitted,

By:  */s/ Philip W. Woo*
    Philip W. Woo

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile:  (650) 565-7100

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, Inc., a Delaware Corporation

---

REPLACEMENT FOR DOCKET NO. 287-35, PURSUANT TO DOCKET NO. 377 – CASE NO. 3:12-CV-06467-MMC