David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile:  (650) 565-7100

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

Attorneys for Plaintiff
SYNOPSYS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, ) | Case No. 3:12-cv-06467-MMC |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT STATEMENT OF RECENT DECISION [N.D. CAL. L.R. 7-11, 7-3(D)(2)]** |
| ) | |
| vs. ) | |
| ) | |
| MENTOR GRAPHICS CORPORATION, an ) | |
| Oregon Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

1  Plaintiff Synopsys, Inc. ("Synopsys") filed an Unopposed Motion For Administrative Relief
2  To Submit Statement of Recent Decision (the "Motion").  After fully considering the Motion and the
3  supporting documents filed concurrently therewith, **IT IS HEREBY ORDERED** that:
4  Synopsys' Motion is **GRANTED** and the decision in *Ameranth, Inc. v. Genesis Gaming*
5  *Solutions, Inc.*, No. 8:11-00189 AG-RNB, ECF No. 215, decided November 12, 2014, and
6  attached as Exhibit A to Synopsys' motion, is hereby deemed submitted to the Court pursuant to
7  Civil Local Rule 7-3(d)(2).

Dated: November 19, 2014

_____
Hon. Maxine M. Chesney
United States District Judge