| | |
|---|---|
| George A. Riley (S.B. #118304) | Xavier A. Clark (*Pro Hac Vice*) |
| griley@omm.com | xavier.clark@klarquist.com |
| Mark E. Miller (S.B. #130200) | Kristin L. Cleveland (S.B. #184639) |
| markmiller@omm.com | kristin.cleveland@klarquist.com |
| Luann L. Simmons (S.B. #203526) | Klaus H. Hamm (S.B. # 224905) |
| lsimmons@omm.com | klaus.hamm@klarquist.com |
| O'MELVENY & MYERS LLP | Salumeh R. Loesch (*Pro Hac Vice*) |
| Two Embarcadero Center, 28th Floor | salumeh.loesch@klarquist.com |
| San Francisco, CA 94111 | Andrew M. Mason (*Pro Hac Vice*) |
| Telephone: (415) 984-8700 | andrew.mason@klarquist.com |
| Facsimile: (415) 984-8701 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| | Owen D. Yeates (*Pro Hac Vice*) |
| | owen.yeates@klarquist.com |
| | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR 97204 |
| | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>    Defendant. | Case No. 3:12-cv-06467-MMC-DMR<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT STATEMENT OF RECENT DECISION**<br><br>**[N.D. CAL. L.R. 7-11, 7-3(d)(2)]** |

1  Having considered Defendant Mentor Graphics Corporation's ("Mentor")
2  Unopposed Motion For Administrative Relief To Submit Statement Of Recent
3  Decision, the Court finds that good cause exists to GRANT the motion.

4  IT IS HEREBY ORDERED THAT:

5  The Federal Circuit's decision in *Ultramercial, Inc. v. Hulu, LLC*, No. 2010-
6  1544, 2014 WL 5904902 (Fed. Cir. Nov. 14, 2014), attached as Exhibit A to Mentor's
7  motion, is hereby deemed submitted to the Court.

8  Accordingly, Mentor's Motion for Unopposed Motion For Administrative Relief
9  To Submit Statement Of Recent Decision is hereby GRANTED.

11  **IT IS SO ORDERED.**

13  Dated: November 19, 2014

_____
MAXINE M. CHESNEY
United States District Judge