United States District Court

For the Northern District of California

1
2
3
4
5
6
7

8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10

11  SYNOPSYS INC,                                    No. C-12-06467-MMC (DMR)

12          Plaintiff(s),

13      v.                                           **ORDER FOR RESPONSE TO EX
                                                     PARTE DISCOVERY LETTER
14  MENTOR GRAPHICS CORP,                            [DOCKET NO. 419]**

15          Defendant(s).
                                          /
16

17      Synopsys has filed an ex parte discovery letter seeking emergency judicial intervention.

18  [Docket No. 419.]  Mentor shall file a response to Docket No. 419 by no later than **9 a.m. on**

19  **December 4, 2014.**  The response shall not exceed **two pages**.

20

21      IT IS SO ORDERED.

22

23  Dated:  December 3, 2014

24                                          _____
                                            DONNA M. RYU
25                                          United States Magistrate Judge

26
27
28