UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC, | No. C-12-06467-MMC (DMR) |
| Plaintiff(s), | **ORDER RE: DOCKET NO. 421** |
| v. | |
| MENTOR GRAPHICS CORP, | |
| Defendant(s). | |

It has come to the court's attention that in Docket No. 421, Mentor cited to and attached portions of the rough transcript of the proceedings on November 20, 2014 before Judge Chesney. It is inappropriate to distribute or cite to portions of a rough transcript. Accordingly, Docket No. 421 is sealed and locked from further access. **Mentor shall immediately refile Docket No. 421 with no reference to or excerpts from the rough transcript.** The court notes that it has not relied and will not rely on the rough transcript in making its determination.

IT IS SO ORDERED.

Dated: December 4, 2014

DONNA M. RYU
United States Magistrate Judge