United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
| Plaintiff, | **ORDER VACATING PRETRIAL AND TRIAL DATES; DIRECTIONS TO PARTIES** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |
| _____/ | |

By order filed August 1, 2014, the Court stayed all proceedings on U.S. Patent No. 6,836,420 pending completion of trial on inter partes review of said patent by the Patent Trial and Appeals Board. On January 20, 2015, the Court granted summary judgment in favor of defendants as to all claims relating to U.S. Patent Nos. 5,748,488, 5,530,841, and 5,680,318.

As the proceedings on the remaining claims are stayed, the March 2, 2015 trial date and related pretrial dates are hereby VACATED, and the parties are hereby DIRECTED to file, no later than July 10, 2015, and every 6 months thereafter, a joint status report.

**IT IS SO ORDERED.**

Dated: January 21, 2015

MAXINE M. CHESNEY
United States District Judge