IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MENTOR GRAPHICS CORPORATION, <br><br>　　　　　Defendant. <br>_____/ | No. C 12-6467 MMC <br><br>**ORDER ON ADMINISTRATIVE MOTION TO SEAL DEFENDANT'S MOTION FOR ATTORNEY FEES AND EXHIBITS THERETO; DIRECTIONS TO PARTIES** |

　　　　Before the Court is defendant Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Motion for Attorney Fees," filed May 4, 2015, pursuant to Civil Local Rule 79-5, by which Mentor seeks to file under seal certain exhibits submitted in support of its motion for attorney fees, which documents have been designated confidential by plaintiff Synopsys Inc. ("Synopsys"), and certain portions of its motion for attorney fees that incorporate information from those exhibits. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable"). On May 8, 2015, Synopsys timely filed its responsive declaration in support of sealing. See id. Having read and considered the administrative motion and the parties' respective declarations filed in support thereof, the Court hereby rules as follows.

　　　　To the extent Synopsys, by its responsive declaration, asserts specified portions of Mentor's motion for attorney fees, specified portions of Exhibit B to the Declaration of Salumeh Loesch in support thereof ("Loesch Declaration"), and the entirety of Exhibits G,

H, I, N, and O to the Loesch Declaration are sealable,[1] Mentor's administrative motion is GRANTED, and the requested portions of said exhibits may remain under seal. No later than May 22, 2015, Mentor shall file in the public record a revised redacted version of its motion for attorney fees and Exhibit B in conformity therewith.

As to Exhibits A, C, and U to the Loesch Declaration, Synopsys, in its declaration, has stated it has no objection to the filing of said documents in the public record, and, accordingly, Mentor's administrative motion is DENIED as to Exhibits A, C, and U.

As to Exhibit J to the Loesch Declaration, Synopsys has not addressed said exhibit in its responsive declaration, and, accordingly, Mentor's administrative motion is DENIED as to Exhibit J.

Lastly, as to Exhibit F to the Loesch Declaration, which Mentor seeks to have sealed in its entirety, the motion sweeps too broadly, as said document appears to contain substantial amounts of non-sealable material. See Civil L.R. 79-5(a) (providing "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law"; requiring request "be narrowly tailored to seek sealing only of sealable material"). In lieu of denial, the Court DEFERS ruling on the sealing of Exhibit F pending Synopsys' filing, no later than May 22, 2015, a supplemental response in which Synopsys provides a proposed redacted version limiting the amount of material sought to be sealed. Pending the Court's ruling on the supplemental response, said document will remain under seal.

**IT IS SO ORDERED.**

Dated: May 13, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Mentor does not seek to file under seal and, presumably, Synopsys has not designated confidential, the exhibits to the Loesch Declaration not referenced herein, namely, Exhibits D, E, K, L, M, P through T, V, and W.