IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, <br><br> Defendant. | No. C 12-6467 MMC <br><br> **ORDER ON ADMINISTRATIVE MOTION TO SEAL DEFENDANT'S MOTION FOR ATTORNEY FEES AND EXHIBITS THERETO** |

Before the Court is defendant Mentor Graphics Corporation's ("Mentor") "Administrative Motion to File Under Seal Motion for Attorney Fees," filed May 4, 2015, pursuant to Civil Local Rule 79-5, by which Mentor seeks to file under seal, <u>inter alia</u>, certain exhibits submitted in support of its motion for attorney fees, which documents have been designated confidential by plaintiff Synopsys Inc. ("Synopsys"). By order filed May 13, 2015, the Court deferred ruling on the administrative motion to the extent it sought to seal the entirety of Exhibit F to the declaration of Salumeh Loesch, pending Synopsys' filing a supplemental response providing for such document a redacted version limiting the amount of material sought to be sealed. On May 22, 2015, Synopsys filed its supplemental response. Having read and considered the supplemental response, the Court finds good cause for the relief requested therein.

Accordingly, the Court hereby GRANTS the administrative motion to the extent it seeks to seal portions of Exhibit F, and the requested portions of said exhibit may remain under seal.

**IT IS SO ORDERED.**

Dated: May 26, 2015

MAXINE M. CHESNEY
United States District Judge