| | |
|---|---|
| George A. Riley (S.B. #118304) | Xavier A. Clark (*Pro Hac Vice*) |
| griley@omm.com | xavier.clark@klarquist.com |
| Mark E. Miller (S.B. #130200) | Kristin L. Cleveland (S.B. #184639) |
| markmiller@omm.com | kristin.cleveland@klarquist.com |
| Luann L. Simmons (S.B. #203526) | Klaus H. Hamm (S.B. # 224905) |
| lsimmons@omm.com | klaus.hamm@klarquist.com |
| O'MELVENY & MYERS LLP | Salumeh R. Loesch (*Pro Hac Vice*) |
| Two Embarcadero Center, 28th Floor | salumeh.loesch@klarquist.com |
| San Francisco, CA 94111 | Andrew M. Mason (*Pro Hac Vice*) |
| Telephone: (415) 984-8700 | andrew.mason@klarquist.com |
| Facsimile: (415) 984-8701 | John D. Vandenberg (*Pro Hac Vice*) |
| | john.vandenberg@klarquist.com |
| | Owen D. Yeates (*Pro Hac Vice*) |
| | owen.yeates@klarquist.com |
| | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| | Portland, OR 97204 |
| | Telephone: (503) 595-5300 |
| | Facsimile: (503) 595-5301 |

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. 3:12-cv-06467-MMC-DMR <br><br> **[PROPOSED] ORDER GRANTING MENTOR GRAPHICS CORPORATION'S MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES** |

Defendant Mentor Graphics Corporation moves to file the following documents under seal pursuant to Civil Local Rules 79-5(d)-(e):

- Mentor Graphics Corporation's Reply In Support Of Motion For Attorney Fees

Accordingly, Mentor Graphics Corporations Administrative Motion to File Under Seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: _June 1, 2015_____        _____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING
MENTOR GRAPHICS CORP.'S MOTION TO FILE UNDER SEAL
CASE NO. 3:12-CV-06467-MMC                                              1