IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>    Defendant. | No. C 12-6467 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Before the Court is plaintiff Synopsys, Inc's ("Synopsys") "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed June 16, 2015, by which Synopsys requests this Court set aside Magistrate Judge Donna M. Ryu's order of June 2, 2015, to the extent such order imposes sanctions. The Court hereby affords defendant Mentor Graphics Corporation leave to file, no later than July 1, 2015, an opposition to the motion. See Civil L.R. 72-2. Any reply thereto shall be filed no later than July 8, 2015, after which the matter will stand submitted unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: June 17, 2015

MAXINE M. CHESNEY
United States District Judge